IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GWYNETH GILBERT, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LAND'S END, INC. <br><br> Defendants. | Civil Action No. 3:19-cv-823-JDP |

**PLAINTIFFS' SUPPORT OF MOTION FOR CONSOLIDATION AND OPPOSITION TO STAY OF LATER-FILED CASES**

Plaintiffs and the proposed class in the above captioned *Gilbert* case support of the motions to consolidate the *Andrews* and *Davis* cases with the first-filed *Gilbert* case, rather than stay the two later filed cases as suggested by Lands' End. (See Dkt. 27, 28 and 29) As the Court correctly noted in the Order scheduling Oral Argument (Dkt. 30), counsel in the *Gilbert* case are in talks with counsel in the *Andrews* case to set up an interim class counsel structure that will enable the attorneys to work together cooperatively. Since the recent filing of the *Davis* case, that counsel has also been included in this discussion.

In the near future we hope to submit a motion for approval of an interim class counsel structure. This will eliminate the Court's concern that three sets of plaintiffs' counsel will be acting simultaneously. Rather, the cooperative efforts among counsel will result in a beneficial and more efficient division of labor. Thus, not only do the cases share common questions of fact and law, but consolidation would serve the interests of judicial economy.

                                                **NAGEL RICE LLP**

                                                By: */s/ Bruce H. Nagel*
                                                Bruce H. Nagel, Esq. (Admitted *Pro Hac Vice*)

Randee M. Matloff, Esq.(Admitted *Pro Hac Vice*)
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 618-0400
Facsimile: (973)618-9194
Email: bnagel@nagelrice.com
rmatloff@nagelrice.com

**CERASIA & DEL REY-CONE LLP**
Edward Cerasia II, Bar No. 2475127
150 Broadway, Suite 1517
New York, New York 10038
Telephone: (646) 525-4231
Email: ed@cdemploymentlaw.com

*Attorneys for Plaintiffs*
*in Gilbert Action*