IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GWYNETH GILBERT and MICHAEL MARTE, on behalf of themselves and the Putative Class,<br><br>Plaintiffs,<br><br>v.<br><br>LANDS' END, INC.,<br><br>Defendant. | Civil Action No. 3:19-cv-00823-jdp |
| STEPHANIE ANDREWS, et al on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LANDS' END, INC. and LANDS' END OUTFITTERS, INC.<br><br>Defendants. | Civil Action No. 3:19-cv-01066-jdp |

**CONSENT MOTION TO DISMISS NAMED PLAINTIFFS**

Defendant, Lands' End, Inc., by its attorneys, hereby moves, in accordance with the Court's November 25, 2020 Order[1] and Federal Rule of Civil Procedure 41(b), to dismiss those named Plaintiffs who have neither provided Lands' End with a completed Questionnaire nor a client

---

[1] *See* Dkt. No. 74

1

intake form with signed verification.[2] A complete list of Plaintiffs to be dismissed is attached as Exhibit A.

Dated: December 23, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By: s/ U. Gwyn Williams
U. Gwyn Williams (*pro hac vice*)
Samuel A. Townsend (*pro hac vice*)
Avery E. Borreliz (*pro hac vice*)
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: 617.948.6000
Facsimile: 617.948.6001
gwyn.williams@lw.com
samuel.townsend@lw.com
avery.borreliz@lw.com

*Attorneys for Defendant
Lands' End, Inc.*

---

[2] Lands' End has conferred with Plaintiffs' counsel regarding the list of named Plaintiffs for whom Lands' End has not received a Questionnaire and confirmed this list is accurate. Counsel for both parties are continuing to confer over an additional 42 Plaintiffs who provided Lands' End with incomplete Questionnaires. Plaintiffs' counsel is working to cure the deficient Questionnaires by January 18, 2021.