# Exhibit A

**Named Plaintiffs to be Dismissed**

1. Jamie Abbenhaus, Dkt. 48-1 ("Third Amended Appendix A") ¶ 3
2. Kerry Abrahamsen, Third Amended Appendix A ¶ 5
3. Lenee' Adkins, Third Amended Appendix A ¶ 10
4. Orhan Akgul, Third Amended Appendix A ¶ 13
5. Leianne Al-Khafaji, Third Amended Appendix A ¶ 17
6. Jacqueline Allbright, Third Amended Appendix A ¶ 19
7. Mary Allen, Third Amended Appendix A ¶ 23
8. Nicole Alvarez, Third Amended Appendix A ¶ 27
9. Breanna Anderson, Third Amended Appendix A ¶ 32
10. Laura Anderson, Third Amended Appendix A ¶ 34
11. Simone Arellano, Third Amended Appendix A 47
12. Simone Diana-Arellano, Third Amended Appendix A 49
13. Natalia Artemenko, Third Amended Appendix A ¶ 52
14. Suzanne Atwood, Third Amended Appendix A ¶ 57
15. Brandis Banks, Third Amended Appendix A ¶ 64
16. Vicki Beach, Third Amended Appendix A ¶ 74
17. Jennifer Beier, Third Amended Appendix A ¶ 77
18. Nadia Beloshov, Third Amended Appendix A ¶ 83
19. Mary Biessenberger, Third Amended Appendix A ¶ 94
20. Salone Bishop, Third Amended Appendix A ¶ 97
21. Therese Blackwell, Third Amended Appendix A ¶ 101
22. Barbara Boccagno, Third Amended Appendix A ¶ 106
23. Twyla Brown, Third Amended Appendix A ¶ 133
24. Emma Bryant, Third Amended Appendix A ¶ 135
25. Victoria Bui, Third Amended Appendix A ¶ 140
26. Marcella Bulger, Third Amended Appendix A ¶ 141
27. Maryjo Burns, Third Amended Appendix A ¶ 148
28. Emily Burris, Third Amended Appendix A ¶ 113

1

29. Susan Bushover, Third Amended Appendix A ¶ 151

30. Tori Calhoon, Third Amended Appendix A ¶ 160

31. Mateus Cardoso, Third Amended Appendix A ¶ 168

32. Ida Castro, Third Amended Appendix A ¶ 175

33. Debra Chesbro, Third Amended Appendix A ¶ 183

34. Emily Beth Chezes, Third Amended Appendix A ¶ 184

35. Georgina Chu, Third Amended Appendix A ¶ 186

36. Katie Ciccotti, Third Amended Appendix A ¶ 188

37. Betsey Clifton, Third Amended Appendix A ¶ 193

38. Joni Coleman, Third Amended Appendix A ¶ 201

39. Christy Combs, Third Amended Appendix A ¶ 203

40. Kyle Cook, Third Amended Appendix A ¶ 211

41. Mary Ann Cook, Third Amended Appendix A ¶ 212

42. Julia Cox, Third Amended Appendix A ¶ 225

43. Lori Craig, Third Amended Appendix A ¶ 227

44. Nicole Davis, Third Amended Appendix A ¶ 240

45. Pauline Demaet, Third Amended Appendix A ¶ 251

46. Sharon Denney, Third Amended Appendix A ¶ 253

47. Karen Dersken, Third Amended Appendix A ¶ 258

48. Marsha Devaney, Third Amended Appendix A ¶ 261

49. De Vere Von Don, Third Amended Appendix A ¶ 263

50. Janet Dodge, Third Amended Appendix A ¶ 278

51. Kary Doerfler, Third Amended Appendix A ¶ 279

52. Sandra Doherty, Third Amended Appendix A ¶ 281

53. Terri Donahue, Third Amended Appendix A ¶ 283

54. Opal Doubleday, Third Amended Appendix A ¶ 287

55. Carris Dougherty, Third Amended Appendix A ¶ 288

56. Kathryn Dubinsky, Third Amended Appendix A ¶ 293

57. Pamela Dutcher, Third Amended Appendix A ¶ 303

58. Yuval Eitan, Third Amended Appendix A ¶ 310

59. Alixandra Errington, Third Amended Appendix A ¶ 318

60. Susan Ficquette, Third Amended Appendix A ¶ 331

61. Steve Fillmore, Third Amended Appendix A ¶ 333

62. Susan Flint, Third Amended Appendix A ¶ 339

63. Carrie Ford, Third Amended Appendix A ¶ 343

64. Nicole Ford, Third Amended Appendix A ¶ 344

65. Sandra Foster, Third Amended Appendix A ¶ 347

66. Lori Fouty, Third Amended Appendix A ¶ 349

67. Tereza Fraser, Third Amended Appendix A ¶ 353

68. Akane Freeman, Third Amended Appendix A ¶ 354

69. Monique Furrow, Third Amended Appendix A ¶ 363

70. Megumi Furudate, Third Amended Appendix A ¶ 362

71. Bettina Garcia, Third Amended Appendix A ¶ 366

72. Katrena Garske, Third Amended Appendix A ¶ 371

73. Emily Geary, Third Amended Appendix A ¶ 375

74. Brooklyn Gibson-Greene, Third Amended Appendix A ¶ 382

75. Michael Giles, Third Amended Appendix A ¶ 383

76. Kim Godby, Third Amended Appendix A ¶ 388

77. Cyndee Goodman, Third Amended Appendix A ¶ 394

78. Nelvie Goodwin, Third Amended Appendix A ¶ 396

79. Elena Gough, Third Amended Appendix A ¶ 398

80. Heather Greene, Third Amended Appendix A ¶ 406

81. Bridget Guiberson, Third Amended Appendix A ¶ 415

82. Elizabeth Guina, Third Amended Appendix A ¶ 416

83. Sherri Hahn, Third Amended Appendix A ¶ 422

84. Chantel Hampton, Third Amended Appendix A ¶ 430

85. Connie Hanson, Third Amended Appendix A ¶ 438

86. Hillari Hardt, Third Amended Appendix A ¶ 442

87. Cynthia Hawker, Third Amended Appendix A ¶ 450

88. Marlene Hawkins, Third Amended Appendix A ¶ 451

3

89. Stacy Hayes, Third Amended Appendix A ¶ 453

90. Virginia Heery, Third Amended Appendix A ¶ 457

91. Amanda Hepler, Third Amended Appendix A ¶ 467

92. Barbara Herwig, Third Amended Appendix A ¶ 475

93. Steven Hills, Third Amended Appendix A ¶ 478

94. Katharine Hodge, Third Amended Appendix A ¶ 481

95. Jana Holder, Third Amended Appendix A ¶ 484

96. Heather Hollister, Third Amended Appendix A ¶ 486

97. Julie Hostenske, Third Amended Appendix A ¶ 488

98. Laura Huitron, Third Amended Appendix A ¶ 496

99. Kimberly Jary, Third Amended Appendix A ¶ 513

100. Debra Jensen, Third Amended Appendix A ¶ 515

101. Ann Johnson, Third Amended Appendix A ¶ 527

102. Cheneta Jones, Third Amended Appendix A ¶ 532

103. Irene Kaftanuk, Third Amended Appendix A ¶ 542

104. Ann Kallsen, Third Amended Appendix A ¶ 543

105. David Kaplan, Third Amended Appendix A ¶ 546

106. Aden Kidane, Third Amended Appendix A ¶ 522

107. Jino Kim, Third Amended Appendix A ¶ 561

108. Virginia Kimberlan, Third Amended Appendix A ¶ 562

109. Joel Kinnard, Third Amended Appendix A ¶ 523

110. Natasha Klepec, Third Amended Appendix A ¶ 566

111. Carol Knain, Third Amended Appendix A ¶ 568

112. Kathy Koch, Third Amended Appendix A ¶ 571

113. Rebecca Koeger, Third Amended Appendix A ¶ 572

114. Christopher Kovach, Third Amended Appendix A ¶ 576

115. Alla Kravchik, Third Amended Appendix A ¶ 581

116. Carolyn Kronlokken, Third Amended Appendix A ¶ 584

117. Kathryn Lacerte, Third Amended Appendix A ¶ 596

118. Alexis Lahm, Third Amended Appendix A ¶ 599

4

119.   Erica Lai, Third Amended Appendix A ¶ 598

120.   Christine L'Allier, Third Amended Appendix A ¶ 600

121.   Charles Joseph Layton III, Third Amended Appendix A ¶ 539

122.   Dona Leeming, Third Amended Appendix A ¶ 612

123.   Patcharee Lewis, Third Amended Appendix A ¶ 620

124.   Traci Lewis, Third Amended Appendix A ¶ 621

125.   Mary Lindley, Third Amended Appendix A ¶ 625

126.   Geraldine Lindseth, Third Amended Appendix A ¶ 628

127.   Jenny Liu, Third Amended Appendix A ¶ 629

128.   Jennifer Long, Third Amended Appendix A ¶ 633

129.   Albert Joseph Lucarelli, Third Amended Appendix A ¶ 637

130.   David Mackin, Third Amended Appendix A ¶ 647

131.   Carol Major, Third Amended Appendix A ¶ 652

132.   Donnette Maloco, Third Amended Appendix A ¶ 654

133.   Maryse Mamadou, Third Amended Appendix A ¶ 655

134.   Valerie Manley, Third Amended Appendix A ¶ 658

135.   Michele Mannella, Third Amended Appendix A ¶ 659

136.   Karen Martoia, Third Amended Appendix A ¶ 670

137.   Connie Massmann, Third Amended Appendix A ¶ 679

138.   Virginia Mathios, Amended Complaint Consolidated ¶ 21

139.   John Mazurowski, Third Amended Appendix A ¶ 686

140.   Diane McComber, Third Amended Appendix A ¶ 688

141.   Christine McGrath, Third Amended Appendix A ¶ 693

142.   Stacey McKnight, Third Amended Appendix A ¶ 699

143.   Debbie McLellan, Third Amended Appendix A ¶ 701

144.   Williams Meek, Third Amended Appendix A ¶ 710

145.   Rachelle Meredith, Third Amended Appendix A ¶ 715

146.   Christine Miller, Third Amended Appendix A ¶ 718

147.   Lynn Moffet, Third Amended Appendix A ¶ 727

148.   Karen Mondus, Third Amended Appendix A ¶ 730

149. Michelle Monteleone, Third Amended Appendix A ¶ 731

150. Joan Morawa, Third Amended Appendix A ¶ 738

151. Joni Mulroe, Third Amended Appendix A ¶ 753

152. Ashley Mulvaney, Third Amended Appendix A ¶ 754

153. Maribeth Musselwhite, Third Amended Appendix A ¶ 757

154. Taufeeq Nasir, Third Amended Appendix A ¶ 762

155. Carole Nelson, Third Amended Appendix A ¶ 769

156. Laura Netcher, Third Amended Appendix A ¶ 775

157. Norika Nonako, Third Amended Appendix A ¶ 782

158. Jennifer Obiofuma, Third Amended Appendix A ¶ 786

159. Claire Obranowicz, Third Amended Appendix A ¶ 787

160. Bianca O'Brien, Third Amended Appendix A ¶ 788

161. Melissa O'Brien, Third Amended Appendix A ¶ 789

162. Natalia Oleinik, Third Amended Appendix A ¶ 793

163. Mark Olsson, Third Amended Appendix A ¶ 798

164. Gerda Orrock, Third Amended Appendix A ¶ 803

165. Patrice Otero, Third Amended Appendix A ¶ 806

166. Christine Otterdahl, Third Amended Appendix A ¶ 807

167. Dawn Palma, Third Amended Appendix A ¶ 813

168. Darlien Pausch, Third Amended Appendix A ¶ 824

169. Beth Pereira, Third Amended Appendix A ¶ 832

170. Marisol Perez, Third Amended Appendix A ¶ 834

171. Teresa Peterson, Third Amended Appendix A ¶ 845

172. Donna Plummer, Third Amended Appendix A ¶ 863

173. Anna Pope, Third Amended Appendix A ¶ 865

174. Jean Poupore, Third Amended Appendix A ¶ 869

175. Natalie Puhrmann, Third Amended Appendix A ¶ 872

176. Patty Register, Third Amended Appendix A ¶ 883

177. Bruce Retrum, Third Amended Appendix A ¶ 890

178. Jacquelyn Riviere, Third Amended Appendix A ¶ 900

179. Susan Lee Rourke, Third Amended Appendix A ¶ 914

180. Deborah Rumpza, Third Amended Appendix A ¶ 917

181. Kayla Russell, Third Amended Appendix A ¶ 918

182. Stacey Rutherford, Third Amended Appendix A ¶ 920

183. Stephanie Salgado, Third Amended Appendix A ¶ 923

184. Amir Sandhu, Third Amended Appendix A ¶ 926

185. Cynthia Saunders, Third Amended Appendix A ¶ 934

186. Sylvia Schaff, Third Amended Appendix A ¶ 936

187. Lori Scherer, Third Amended Appendix A ¶ 939

188. Laura Shelton, Third Amended Appendix A ¶ 956

189. Amanda Simmons, Third Amended Appendix A ¶ 964

190. Jacquelyn Smelter, Third Amended Appendix A ¶ 968

191. Jody Smith, Third Amended Appendix A ¶ 975

192. Diana Sternberg, Third Amended Appendix A ¶ 994

193. Lynn Strole, Third Amended Appendix A ¶ 1008

194. Tracey Sutich, Third Amended Appendix A ¶ 1012

195. Tammy Sutton, Third Amended Appendix A ¶ 1013

196. Jimean Szajkovics, Third Amended Appendix A ¶ 1018

197. Debra Talbert, Third Amended Appendix A ¶ 1021

198. Delik Tas, Third Amended Appendix A ¶ 1025

199. Lori Tate, Third Amended Appendix A ¶ 1026

200. Katherine Taylor, Third Amended Appendix A ¶ 1028

201. Marie Tobler, Third Amended Appendix A ¶ 1048

202. Donna Towns, Third Amended Appendix A ¶ 1054

203. Robin Trow, Third Amended Appendix A ¶ 1057

204. Elissa Valenzano, Third Amended Appendix A ¶ 1073

205. Kathleen Vandeputte, Third Amended Appendix A ¶ 1075

206. Colleen Vanrisseghem, Third Amended Appendix A ¶ 1086

207. Allyson Victor, Third Amended Appendix A ¶ 1080

208. Margarete Viera, Third Amended Appendix A ¶ 1081

7

209.   Christy Walker, Third Amended Appendix A ¶ 1091

210.   Mari Weigel, Third Amended Appendix A ¶ 1100

211.   Kelly Westerman, Third Amended Appendix A ¶ 1105

212.   Tammy Wilkinson, Third Amended Appendix A ¶ 1115

213.   Mary Williams, Third Amended Appendix A ¶ 1120

214.   Leah Wopipka, Third Amended Appendix A ¶ 1133

215.   Hosana Wurtz, Third Amended Appendix A ¶ 1135

216.   Eva Yee-Nappi, Third Amended Appendix A ¶ 1136

217.   Joanne Yuan, Third Amended Appendix A ¶ 1141

218.   Nancy Zimmerman, Third Amended Appendix A ¶  1145