# EXHIBIT 1

**SUPPLEMENT TO THE THIRD AMENDED**
**APPENDIX A FILED ON MAY 20, 2020**

1148.  Plaintiff, ASHLEY PEREZ ALVARADO, a flight attendant, is a resident and citizen of South Carolina and is currently domiciled in Anderson, South Carolina. For purposes of 28 U.S.C. § 1332, Plaintiff, ASHLEY PEREZ ALVARADO, is a citizen of South Carolina. Plaintiff, ASHLEY PEREZ ALVARADO, is an employee of Delta, and whose symptoms include severe itchiness, skin rashes, fatigue, headaches, bruising, and hives that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1149.  Plaintiff, JENNY BALDOZ, a flight attendant, is a resident and citizen of New York and is currently domiciled in New York, New York. For purposes of 28 U.S.C. § 1332, Plaintiff, JENNY BALDOZ is a citizen of New York. Plaintiff, JENNY BALDOZ is an employee of Delta, and whose symptoms include severe itchiness, trouble breathing, coughing, skin rashes, skin irritation, fatigue, hair loss, numbness, bloody nose, dizziness, peeling skin, nose burns, trouble breathing, and vision issues that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1150.  Plaintiff, DENISE PURTILL BARNES, a flight attendant, is a resident and citizen of Texas and is currently domiciled in McKinney, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, DENISE PURTILL BARNES, is a citizen of Texas. Plaintiff, DENISE PURTILL BARNES, is an employee of Delta, and whose symptoms include trouble breathing, coughing, fatigue, headaches, skin rashes, tightness of chest, red blisters, swollen lymph nodes, cysts, and broken blood vessels in fingers that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1151.  Plaintiff, KIMBERLY BARRERA, a flight attendant, is a resident and citizen of Tennessee and is currently domiciled in Franklin, Tennessee. For purposes of 28 U.S.C. § 1332,

Plaintiff, KIMBERLY BARRERA is a citizen of Tennessee. Plaintiff, KIMBERLY BARRERA, is an employee of Delta, and whose symptoms include severe itchiness, fatigue, headaches, skin rashes, bruising, scarring, abdominal pain, heart palpitations, vomiting, and vertigo that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1152.   Plaintiff, MONA BHARDWAJ, a flight attendant, is a resident and citizen of New York and is currently domiciled in Rego Park, New York. For purposes of 28 U.S.C. § 1332, Plaintiff, MONA BHARDWAJ, is a citizen of New York. Plaintiff, MONA BHARDWAJ, is an employee of Delta, and whose symptoms include severe itchiness, trouble breathing, fatigue, headaches, skin rashes, asthma, and trouble concentrating that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1153.   Plaintiff, RITA BOLDEN, a flight attendant, is a resident and citizen of Georgia and is currently domiciled in Atlanta, Georgia. For purposes of 28 U.S.C. § 1332, Plaintiff, RITA BOLDEN, is a citizen of Georgia. Plaintiff, RITA BOLDEN, is an employee of Delta, and whose symptoms include severe itchiness, fatigue, headaches, skin rashes, and hives that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1154.   Plaintiff, KAREN BOWERS, a flight attendant, is a resident and citizen of Georgia and is currently domiciled in Fayetteville, Georgia. For purposes of 28 U.S.C. § 1332, Plaintiff, KAREN BOWERS, is a citizen of Georgia. Plaintiff, KAREN BOWERS, is an employee of Delta, and whose symptoms include severe itchiness, coughing, skin rashes, vocal cord dysfunction, eye redness, and nose bleeds that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1155. Plaintiff, MONICA BREWER, a flight attendant, is a resident and citizen of Georgia and is currently domiciled in Smyrna, Georgia. For purposes of 28 U.S.C. § 1332, Plaintiff, MONICA BREWER, is a citizen of Georgia. Plaintiff, MONICA BREWER, is an employee of Delta, and whose symptoms include severe itchiness, trouble breathing, coughing, headaches, skin rashes, and vocal cord dysfunction that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1156. Plaintiff, DEBORAH CARTER, a flight attendant is a resident and citizen of Georgia and is currently domiciled in Fayetteville, Georgia. For purposes of 28 U.S.C. § 1332, Plaintiff, DEBORAH CARTER, is a citizen of Georgia. Plaintiff, DEBORAH CARTER, is an employee of Delta, and whose symptoms include severe itchiness, skin rashes, itchy scalp, and hair loss that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1157. Plaintiff, SHERRY CAUDILL, a flight attendant, was a resident of Michigan when her symptoms caused by the Lands' End garments manifested, and she is now a resident and citizen of Kentucky and is currently domiciled in Olive Hill, Kentucky. For purposes of 28 U.S.C. § 1332, Plaintiff, SHERRY CAUDILL, is a citizen of Kentucky. Plaintiff, SHERRY CAUDILL, was an employee of Delta until approximately May 2019, and whose symptoms included severe itchiness, trouble breathing, coughing, fatigue, headaches, skin rashes, vocal cord dysfunction, tightness of chest, swollen lymph nodes, hair loss, vision loss, and muscle aches that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1158. Plaintiff, PAULINE CHEUNG, a flight attendant, is a resident and citizen of New York and is currently domiciled in New York, New York. For purposes of 28 U.S.C. § 1332,

4

Plaintiff, PAULINE CHEUNG, is a citizen of New York. Plaintiff, PAULINE CHEUNG, is an employee of Delta, and whose symptoms include severe itchiness, fatigue, headaches, skin rashes, hives, and trouble concentrating that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1159.   Plaintiff, JOSEPH CHIACCIO, a flight attendant, is a resident and citizen of New Jersey and is currently domiciled in Delran, New Jersey. For purposes of 28 U.S.C. § 1332, Plaintiff, JOSEPH CHIACCIO, is a citizen of New Jersey. Plaintiff, JOSEPH CHIACCIO, is an employee of Delta, and whose symptom includes headaches that did not occur until he was exposed to the Lands' End garments and are a result of said exposure.

1160.   Plaintiff, BRYCE CRAPS, a flight attendant, is a resident and citizen of South Carolina and is currently domiciled in Lexington, South Carolina. For purposes of 28 U.S.C. § 1332, Plaintiff, BRYCE CRAPS, is a citizen of South Carolina. Plaintiff, BRYCE CRAPS, is an employee of Delta, and whose symptoms include severe itchiness that did not occur until he was exposed to the Lands' End garments and are a result of said exposure.

1161.   Plaintiff, SANDRA DAVIDSON, a flight attendant, is a resident and citizen of Georgia and is currently domiciled in Newnan, Georgia. For purposes of 28 U.S.C. § 1332, Plaintiff, SANDRA DAVIDSON, is a citizen of Georgia. Plaintiff, SANDRA DAVIDSON, is an employee of Delta, and whose symptom include skin rashes that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1162.   Plaintiff, DEBORAH LOPRETE DAVIS, a flight attendant, is a resident and citizen of Iowa and is currently domiciled in Osceola, Iowa. For purposes of 28 U.S.C. § 1332, Plaintiff, DEBORAH LOPRETE DAVIS, is a citizen of Iowa. Plaintiff DEBORAH LOPRETE DAVIS, is an employee of Delta, and whose symptoms include hair loss,

shortness of breath, chest pains, itchiness, contact dermatitis, redness, skin rashes, headaches, fatigue, redeyes, sore throat, and hoarse voice that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1163.   Plaintiff, LINDA DAVIS, a flight attendant, is a resident and citizen of California and is currently domiciled in San Pedro, California. For purposes of 28 U.S.C. § 1332, Plaintiff, LINDA DAVIS, is a citizen of California. Plaintiff, LINDA DAVIS, is an employee of Delta, and whose symptoms include skin issues, tightness of chest, and hair loss that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1164.   Plaintiff, KAREN DERKSEN, a flight attendant, is a resident and citizen of Michigan and is currently domiciled in Saline, Michigan. For purposes of 28 U.S.C. § 1332, Plaintiff, KAREN DERKSEN, is a citizen of Michigan. Plaintiff, KAREN DERKSEN, is an employee of Delta, and whose symptoms include severe itchiness, trouble breathing, coughing, fatigue, headaches, skin rashes, hives, tightness of chest, swollen lymph nodes, hair loss, dizziness, and lightheadedness that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1165.   Plaintiff, DE VERE VON DROSS, a flight attendant, is a resident and citizen of Wisconsin and is currently domiciled in Waukesha, Wisconsin. For purposes of 28 U.S.C. § 1332, Plaintiff, DE VERE VON DROSS, is a citizen of Wisconsin. Plaintiff, DE VERE VON DROSS, is an employee of Delta, and whose symptoms include trouble breathing, coughing, headaches, brain fog, tightness of chest, and blurred vision that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1166.   Plaintiff, DEBORAH FARRELL, a flight attendant, is a resident and citizen of Ohio and is currently domiciled in Loveland, Ohio. For purposes of 28 U.S.C. § 1332, Plaintiff, DEBORAH FARRELL, is a citizen of Ohio. Plaintiff, DEBORAH FARRELL, is an employee of Delta, and whose symptoms include skin-stained purple, headaches, nausea, and fatigue that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1167.   Plaintiff, LESLIE FAULK, a flight attendant, is a resident and citizen of Utah and is currently domiciled in Nibley, Utah. For purposes of 28 U.S.C. § 1332, Plaintiff, LESLIE FAULK, is a citizen of Utah. Plaintiff, LESLIE FAULK, is an employee of Delta, and whose symptoms include seizures and chronic pain that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1168.   Plaintiff, BERBELIZ FERNANDEZ, a flight attendant, is a resident and citizen of New York and is currently domiciled in Brooklyn, New York. For purposes of 28 U.S.C. § 1332, Plaintiff, BERBELIZ FERNANDEZ, is a citizen of New York. Plaintiff, BERBELIZ FERNANDEZ, is an employee of Delta, and whose symptoms include severe itchiness, trouble breathing, coughing, headaches, skin rashes, and tightness of chest that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1169.   Plaintiff, MARI GODBOLT, a flight attendant, is a resident and citizen of Georgia and is currently domiciled in Atlanta, Georgia. For purposes of 28 U.S.C. § 1332, Plaintiff, MARI GODBOLT, is a citizen of Georgia. Plaintiff, MARI GODBOLT, is an employee of Delta, and whose symptom includes vocal cord dysfunction that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1170.   Plaintiff, ERIN GRAHAM, a flight attendant, is a resident and citizen of Washington and is currently domiciled in Tacoma, Washington. For purposes of 28 U.S.C. § 1332, Plaintiff, ERIN GRAHAM, is a citizen of Washington. Plaintiff, ERIN GRAHAM, is an employee of Delta, and whose symptom includes skin rashes that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1171.   Plaintiff, KARI HAUSER, a gate agent, is a resident and citizen of Minnesota and is currently domiciled in Edina, Minnesota. For purposes of 28 U.S.C. § 1332, Plaintiff, KARI HAUSER, is a citizen of Minnesota. Plaintiff, KARI HAUSER, is an employee of Delta, and whose symptoms include severe itchiness, fatigue, and shortness of breath that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1172.   Plaintiff, CASEY HENDERSON, a flight attendant, is a resident and citizen of Georgia and is currently domiciled in Winder, Georgia. For purposes of 28 U.S.C. § 1332, Plaintiff, CASEY HENDERSON, is a citizen of Georgia. Plaintiff, CASEY HENDERSON, is an employee of Delta, and whose symptoms include severe itchiness, trouble breathing, skin rashes, hives, tightness of chest, and numbness that did not occur until he was exposed to the Lands' End garments and are a result of said exposure.

1173.   Plaintiff, BRONWYN HENLEY, a flight attendant, is a resident and citizen of Tennessee and is currently domiciled in Knoxville, Tennessee. For purposes of 28 U.S.C. § 1332, Plaintiff, BRONWYN HENLEY, is a citizen of Tennessee. Plaintiff, BRONWYN HENLEY, is an employee of Delta, and whose symptoms include trouble breathing, coughing, bloody urine, fatigue, headaches, hives, vocal cord dysfunction, asthma, tightness of chest, swollen lymph nodes, trouble concentrating, easily angered or agitated,

fevers, and night sweats that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1174.   Plaintiff, LISA HOLLOWAY, a flight attendant, is a resident and citizen of Michigan and is currently domiciled in Detroit, Michigan. For purposes of 28 U.S.C. § 1332, Plaintiff, LISA HOLLOWAY, is a citizen of Michigan. Plaintiff, LISA HOLLOWAY, is an employee of Delta, and whose symptoms include severe itchiness, trouble breathing, coughing, bloody urine, headaches, skin rashes, hives, vocal cord dysfunction, and tightness of chest that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1175.   Plaintiff, BRIAN HOUSEKEEPER, a flight attendant, is a resident and citizen of Utah and is currently domiciled in Salt Lake City, Utah. For purposes of 28 U.S.C. § 1332, Plaintiff, BRIAN HOUSEKEEPER, is a citizen of Utah. Plaintiff, BRIAN HOUSEKEEPER, is an employee of Delta, and whose symptoms include severe itchiness, coughing, fatigue, hives, and cysts that did not occur until he was exposed to the Lands' End garments and are a result of said exposure.

1176.   Plaintiff, JOHN HUEBSCHER, a flight attendant, is a resident and citizen on Minnesota and is currently domiciled in Hugo, Minnesota. For purposes of 28 U.S.C. § 1332, Plaintiff, JOHN HUEBSCHER, is a citizen of Minnesota. Plaintiff, JOHN HUEBSCHER, is an employee of Delta, and whose symptom include severe itchiness that did not occur until he was exposed to the Lands' End garments and are a result of said exposure.

1177.   Plaintiff, STEPHEN KOSTORA, a flight attendant, is a resident and citizen of Michigan and is currently domiciled in Westland, Michigan. For purposes of 28 U.S.C. § 1332, Plaintiff, STEPHEN KOSTORA, is a citizen of Michigan. Plaintiff, STEPHEN

KOSTORA, is an employee of Delta, and whose symptoms include severe itchiness, trouble breathing, fatigue, headaches, vocal cord dysfunction, bloody noses, sinus issues, and easily agitated or angered that did not occur until he was exposed to the Lands' End garments and are a result of said exposure.

1178. Plaintiff, VERNON LACORTE, a flight attendant, is a resident and citizen of New York and is currently domiciled in Valley Stream, New York. For purposes of 28 U.S.C. § 1332, Plaintiff, VERNON LACORTE, is a citizen of New York. Plaintiff, VERNON LACORTE, is an employee of Delta, and whose symptoms include skin rashes and severe itchiness that did not occur until he was exposed to the Lands' End garments and are a result of said exposure.

1179. Plaintiff, SYLVIA LAZARD, a flight attendant, is a resident and citizen of Louisiana and is currently domiciled in Detroit, Michigan. For purposes of 28 U.S.C. § 1332, Plaintiff, SYLVIA LAZARD, is a citizen of Louisiana. Plaintiff, SYLVIA LAZARD, is an employee of Delta and whose symptoms include trouble breathing, coughing, tightness of chest, and asthma that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1180. Plaintiff, AMY LUSTY, a flight attendant, is a resident and citizen of Minnesota and is currently domiciled in Edina, Minnesota. For purposes of 28 U.S.C. § 1332, Plaintiff, AMY LUSTY, is a citizen of Minnesota. Plaintiff, AMY LUSTY, is an employee of Delta, and whose symptoms include severe migraines, skin rashes, and watery eyes that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1181. Plaintiff, TANGEE MCBRIDE, a flight attendant, is a resident and citizen of New York and is currently domiciled in New York, New York. For purposes of 28 U.S.C. § 1332,

Plaintiff, TANGEE MCBRIDE, is a citizen of New York. Plaintiff, TANGEE MCBRIDE, is an employee of Delta, and whose symptoms include skin rashes, hair loss, and swollen eyes that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1182. Plaintiff, LORNA MCCALLA, a retired customer service agent, is a resident and citizen of Florida and is currently domiciled in Davie, Florida. For purposes of 28 U.S.C. §1332, Plaintiff LORNA MCCALLA, is a citizen of Florida. Plaintiff, LORNA MCCALLA, was an employee of Delta, and whose symptoms included severe respiratory symptoms and asthma flare-ups that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1183. Plaintiff, MARGARET ANDREA MCDONALD, a flight attendant, is a resident and citizen of Georgia and is currently domiciled in Augusta, Georgia. For purposes of 28 U.S.C. § 1332, Plaintiff, MARGARET ANDREA MCDONALD, is a citizen of Georgia. Plaintiff, MARGARET ANDREA MCDONALD, is an employee of Delta, and whose symptoms include severe itchiness, fatigue, headaches, skin rashes, scarring, bruising, and hair loss that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1184. Plaintiff, MARGARET MCKASY, a flight attendant, is a resident and citizen of Minnesota and is currently domiciled in St. Paul, Minnesota. For purposes of 28 U.S.C. § 1332, Plaintiff, MARGARET MCKASY, is a citizen of Minnesota. Plaintiff, MARGARET MCKASY, was an employee of Delta until approximately July 2019, and whose symptom includes migraines that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

11

1185.   Plaintiff, WALLIE MARIA MEYER, a flight attendant, is a resident and citizen of California and is currently domiciled in Mission Viejo, California. For purposes of 28 U.S.C. § 1332, Plaintiff, WALLIE MARIA MEYER, is a citizen of California. Plaintiff, WALLIE MARIA MEYER, is an employee of Delta, and whose symptoms include coughing, headaches, skin rashes, tightness of chest, and trouble breathing that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1186.   Plaintiff, LYNN MILLER, a flight attendant, is a resident and citizen of Florida and is currently domiciled in Palm Harbor, Florida. For purposes of 28 U.S.C. § 1332, Plaintiff, LYNN MILLER, is a citizen of Florida. Plaintiff, LYNN MILLER, is an employee of Delta, and whose symptoms include severe itchiness, trouble breathing, coughing, fatigue, headaches, skin rashes, and hives that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1187.   Plaintiff, ROBIN MILLER, a flight attendant, is a resident and citizen of the District of Columbia and is currently domiciled in Washington, District of Columbia. For purposes of 28 U.S.C. § 1332, Plaintiff, ROBIN MILLER, is a citizen of the District of Columbia. Plaintiff, ROBIN MILLER, is an employee of Delta, and whose symptom includes contact dermatitis that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1188.   Plaintiff, NIKKI MISURELLI, a flight attendant, is a resident and citizen of Alaska and is currently domiciled in Anchorage, Alaska. For purposes of 28 U.S.C. § 1332, Plaintiff, NIKKI MISURELLI, is a citizen of Alaska. Plaintiff, NIKKI MISURELLI, is an employee of Delta, and whose symptoms includes severe itchiness, skin rashes, skin-stained purple,

fatigue, and shortness of breath that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1189.   Plaintiff, REBECCA MULLIGAN, a flight attendant, is a resident and citizen of Michigan and is currently domiciled in Canton, Michigan. For purposes of 28 U.S.C. § 1332, Plaintiff, REBECCA MULLIGAN, is a citizen of Michigan. Plaintiff, REBECCA MULLIGAN, is an employee of Delta, and whose symptoms include difficulty breathing, coughing, fatigue, headaches, tightness of chest, and swollen lymph nodes that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1190.   Plaintiff, HANNAH ODAFE, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Missouri City, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, HANNAH ODAFE, is a citizen of Texas. Plaintiff, HANNAH ODAFE, is an employee of Delta, and whose symptoms include severe itchiness, aches and scars that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1191.   Plaintiff, CHRISTINE PARSONS, a flight attendant, is a resident and citizen of North Dakota and is currently domiciled in Hebron, North Dakota. For purposes of 28 U.S.C. § 1332, Plaintiff, CHRISTINE PARSONS, is a citizen of North Dakota. Plaintiff, CHRISTINE PARSONS, is an employee of Delta, and whose symptoms include severe itchiness, skin rashes and blisters that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1192.   Plaintiff, KONSTANZE PELARGUS, a flight attendant, is a resident and citizen of Georgia and is currently domiciled in Atlanta, Georgia. For purposes of 28 U.S.C. § 1332, Plaintiff, KONSTANZE PELARGUS, is a citizen of Georgia. Plaintiff, KONSTANZE PELARGUS, is an employee of Delta, and whose symptoms include difficulty breathing,

coughing, fatigue, headaches, sinus irritation, and swollen lymph nodes that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1193.  Plaintiff, KARINA PEREZ, a flight attendant, is a resident and citizen of California and is currently domiciled in San Diego, California. For purposes of 28 U.S.C. § 1332, Plaintiff, KARINA PEREZ, is a citizen of California. Plaintiff, KARINA PEREZ, is an employee of Delta, and whose symptoms include trouble breathing, coughing, fatigue, headaches, and trouble concentrating that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1194.  Plaintiff, RACHELLE QUINN, a flight attendant, is a resident and citizen of Minnesota and is currently domiciled in Stillwater, Minnesota. For purposes of 28 U.S.C. § 1332, Plaintiff, RACHELLE QUINN, is a citizen of Minnesota. Plaintiff, RACHELLE QUINN, is an employee of Delta and whose symptoms include fatigue, headaches, skin rashes, itchiness, swollen lymph nodes, eye swelling, and eye irritation that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1195.  Plaintiff, JEANNE SALITURE, a flight attendant, is a resident and citizen of Illinois and is currently domiciled in Chicago, Illinois. For purposes of 28 U.S.C. § 1332, Plaintiff, JEANNE SALITURE, is a citizen of Illinois.  Plaintiff, JEANNE SALITURE, is an employee of Delta, and whose symptoms include skin irritation, severe itchiness, difficulty breathing, coughing, fatigue, headaches, skin rashes, bruising, hives, tightness of chest, hair loss, and sinus irritation that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1196.  Plaintiff, RICHARD SARNO JR., a flight attendant, is a resident and citizen of Nevada and is currently domiciled in Las Vegas, Nevada. For purposes of 28 U.S.C. § 1332,

Plaintiff, RICHARD SARNO JR., is a citizen of Nevada.  Plaintiff, RICHARD SARNO JR., is an employee of Delta, and whose symptoms include hair loss and sleep problems that did not occur until he was exposed to the Lands' End garments and are a result of said exposure.

1197.   Plaintiff, PHILLIP SCHIEFER, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Los Angeles, California. For purposes of 28 U.S.C. § 1332, Plaintiff, PHILLIP SCHIEFER, is a citizen of Texas.  Plaintiff, PHILLIP SCHIEFER, is an employee of Delta, and whose symptoms include skin rashes, severe itchiness, fatigue, and scarring that did not occur until he was exposed to the Lands' End garments and are a result of said exposure.

1198.   Plaintiff, DARLENE SHIPPEE, a flight attendant, is a resident and citizen of New York and is currently domiciled in Halfmoon, New York. For purposes of 28 U.S.C. § 1332, Plaintiff, DARLENE SHIPPEE, is a citizen of New York.  Plaintiff, DARLENE SHIPPEE, is an employee of Delta, and whose symptoms include severe itchiness, headaches, rashes, and hives that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1199.   Plaintiff, PEGGY SLATER, a flight attendant, is a resident and citizen of Florida and is currently domiciled in Palm Harbor, Florida. For purposes of 28 U.S.C. § 1332, Plaintiff, PEGGY SLATER, is a citizen of Florida.  Plaintiff, PEGGY SLATER, is an employee of Delta, and whose symptoms include coughing, fatigue, headaches, vocal cord dysfunction, tightness of chest, sinus irritation, and eye irritation that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1200. Plaintiff, JORDANA SPERL, a flight attendant, is a resident and citizen of Minnesota and is currently domiciled in Farmington, Minnesota. For purposes of 28 U.S.C. § 1332, Plaintiff, JORDANA SPERL, is a citizen of Minnesota.  Plaintiff, JORDANA SPERL, is an employee of Delta, and whose symptoms include skin irritation, coughing, fatigue, skin rashes, vocal cord dysfunction, swollen lymph nodes, and hair loss that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1201. Plaintiff, CHRISTOPHER STO DOMINGO, a flight attendant, is a resident and citizen of California and is currently domiciled in Beaumont, California. For purposes of 28 U.S.C. § 1332, Plaintiff, CHRISTOPHER STO DOMINGO, is a citizen of California. Plaintiff, CHRISTOPHER STO DOMINGO, is an employee of Delta, and whose symptoms include severe itchiness, skin rashes, and scars that did not occur until he was exposed to the Lands' End garments and are a result of said exposure.

1202. Plaintiff, LISA SUEMNICHT-LAACK, a flight attendant, is a resident and citizen of Wisconsin and is currently domiciled in Tomahawk, Wisconsin. For purposes of 28 U.S.C. § 1332, Plaintiff, LISA SUEMNICHT-LAACK, is a citizen of Wisconsin. Plaintiff, LISA SUEMNICHT-LAACK, is an employee of Delta, and whose symptoms include severe itchiness, trouble breathing, coughing, bloody urine, fatigue, headaches, skin rashes, bruising, tightness of chest, easily agitated or angered, blurred vision, and cysts that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1203. Plaintiff, ARZA TANNOUS, a flight attendant, is a resident and citizen of New York and is currently domiciled in Latham, New York. For purposes of 28 U.S.C. § 1332, Plaintiff, ARZA TANNOUS is a citizen of New York.  Plaintiff, ARZA TANNOUS, is an employee

of Delta, and whose symptoms include skin irritation, fatigue, headaches, skin rashes, scarring, and hives that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1204.   Plaintiff, DILEK TAS, a flight attendant, is a resident and citizen of New York and is currently domiciled in Rego Park, New York. For purposes of 28 U.S.C. § 1332, Plaintiff, DILEK TAS, is a citizen of New York. Plaintiff, DILEK TAS, is an employee of Delta, and whose symptoms include trouble breathing, coughing, fatigue, headaches, skin rashes, vocal cord dysfunction, asthma, tightness of chest, swollen lymph nodes, sinus infections, and ear infections that did not occur until he was exposed to the Lands' End garments and are a result of said exposure.

1205.   Plaintiff, KAY THOMAS, a flight attendant, is a resident and citizen of Florida and is currently domiciled in Boynton Beach, Florida. For purposes of 28 U.S.C. § 1332, Plaintiff, KAY THOMAS, is a citizen of Florida. Plaintiff, KAY THOMAS, is an employee of Delta, and whose symptom includes skin rashes that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1206.   Plaintiff, TROY THORUP, a flight attendant, is a resident and citizen of Nevada and is currently domiciled in Las Vegas, Nevada. For purposes of 28 U.S.C. § 1332, Plaintiff, TROY THORUP, is a citizen of Nevada.  Plaintiff, TROY THORUP, is an employee of Delta, and whose symptoms include skin irritation, severe itchiness, coughing, fatigue, skin rashes, scarring, bruising, vocal cord dysfunction, and swollen lymph nodes that did not occur until he was exposed to the Lands' End garments and are a result of said exposure.

1207.   Plaintiff, ALLYSON VICTORY, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Austin, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff,

ALLYSON VICTORY, is a citizen of Texas. Plaintiff, ALLYSON VICTORY, is an employee of Delta, and whose symptoms include coughing, fatigue, headaches, trouble concentrating, and yeast infections that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1208. Plaintiff, VERNELL WASHINGTON, a flight attendant, is a resident and citizen of Georgia and is currently domiciled in Roswell, Georgia. For purposes of 28 U.S.C. § 1332, Plaintiff, VERNELL WASHINGTON, is a citizen of Georgia. Plaintiff, VERNELL WASHINGTON, is an employee of Delta, and whose symptoms include severe itchiness, coughing, skin rashes, bruising, easily agitated or angered, and hair loss that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1209. Plaintiff, WUNCHING WONG, a flight attendant, is a resident and citizen of Ohio and is currently domiciled in Hilliard, Ohio. For purposes of 28 U.S.C. § 1332, Plaintiff, WUNCHING WONG, is a citizen of Ohio. Plaintiff, WUNCHING WONG, is an employee of Delta, and whose symptoms include skin rashes, asthma, headaches, and nausea that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.

1210. Plaintiff, LEAH WOTIPKA, a flight attendant, is a resident and citizen of Texas and is currently domiciled in Houston, Texas. For purposes of 28 U.S.C. § 1332, Plaintiff, LEAH WOTIPKA, is a citizen of Texas. Plaintiff, LEAH WOTIPKA, is an employee of Delta, and whose symptoms include skin irritation, rashes and migraines that did not occur until she was exposed to the Lands' End garments and are a result of said exposure.