# COURTROOM MINUTES
# CIVIL

DATE: 2/8/2021   DAY: Monday   START TIME: 1:03 p.m.   END TIME: 1:59 p.m.

JUDGE/MAG.: JDP   CLERK: rks   REPORTER: CS

CASE NO.: 19-cv-823-jdp   CASE NAME: Gilbert et al. v Lands End Inc
           19-cv-1066-jdp                Andrews et al v. Lands End Inc et al

**APPEARANCES:**

PLAINTIFF(S): Bodiford, Maxwell   DEFENDANT(S): Townsend, Williams, Borreliz
              Matloff, Nagel
              J. Urban

**PROCEEDING:**

- ☐ CONFIRMATION OF SALE
- ☐ CONTEMPT OF COURT
- ☐ MOTION FOR DEFAULT JUDGMENT
- ☐ ORDER TO SHOW CAUSE
- ☒ OTHER: status conference

Discussed housekeeping matters.

Joint proposed schedule due 2/19/2021.

Motion to Add and Remove Plaintiffs to and from Consolidated Class Action Complaint (dkt 107) granted.

TOTAL COURT TIME: 0'56"