# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 22, 2021

Before
ILANA DIAMOND ROVNER, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 21-8026 | GWYNETH GILBERT, et al., Petitioners |
| | v. |
| | LANDS' END, INCORPORATED, and LANDS' END OUTFITTERS, INC., Respondents |
| **Originating Case Information:** | |
| District Court Nos: 3:19-cv-00823-jdp and 3:19-cv-01066-jdp  Western District of Wisconsin  District Judge James D. Peterson | |

The following are before the court:

1. **PLAINTIFF'S PETITION FOR LEAVE TO APPEAL A DENIAL OF CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(f)**, filed on September 1, 2021, by counsel for petitioners.

2. **OPPOSITION TO PLAINTIFFS' PETITION FOR LEAVE TO APPEAL A DENIAL OF CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(f)**, filed on September 16, 2021, by counsel for respondents.

**IT IS ORDERED** that the petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f) is **DENIED**.

form name: **c7_Order_3J**   (form ID: **177**)

