# EXHIBIT D

| James T. Terrell* | Christopher G. Burns | Angelo M. Patacca, Jr.* | Leslie Scott Jean-Bart# |
| Wayne Hogan* | Anita L. Clark•> | Christopher Shakib* | Fadi M. Chakour✠ |
| T. Edward McClamma# | Alan M. Pickert^ | Bruce A. Maxwell# | Bradley Bodiford |
| Evan J. Yegelwel*^ | Leslie A. Goller | Matthew W. Sowell†*♦ | |



# DOCUMENTS SENT TO FRED APPLE, M.D.
## TABLE OF CONTENTS

In regards to Gwyneth Gilbert & Prospective Class of Plaintiffs v. Lands' End Inc., W. D. Wis. Consolidated Case No. 3:19-cv-823, we are providing the following documents.

**A. Plaintiff Questionnaires, Medical Records, Labs/Uniform Testing & Photographs (where applicable).:**

|  | **Name:** | **Bates No.:** |
|---|---|---|
| 1. | Rachel Abukhdeir | Apple00001-Apple00042 |
| 2. | Stephanie Andrews | Apple00043-Apple00076 |
| 3. | Janelle Austin | Apple00077-Apple00101 |
| 4. | Cori Behrends | Apple00102-Apple00136 |
| 5. | Marilyn Bowden | Apple00137-Apple00185 |
| 6. | Eva Chauvin | Apple00186-Apple00196 |
| 7. | Phyllis Heffelfinger | Apple00197-Apple00212 |
| 8. | Elizabeth Leonardo | Apple00213-Apple00221 |
| 9. | Gena LeSueur Poulos | Apple00222-Apple00234 |
| 10. | Wallie Maria Meyer | Apple00235-Apple00255 |
| 11. | Deborah Murphy | Apple00256-Apple00276 |
| 12. | Penny Owens | Apple00277-Apple00288 |
| 13. | Chelsea Perry | Apple00289-Apple00397 |
| 14. | Dora M. Ruiz | Apple00398-Apple00444 |
| 15. | Brenda Sanderson-Cook | Apple00445-Apple00455 |
| 16. | Cynthia Sedustine | Apple00456-Apple00544 |
| 17. | Salinah Smith | Apple00545-Apple00568 |
| 18. | Diana True | Apple00569-Apple00603 |
| 19. | Kathryn Ude | Apple00604-Apple00627 |
| 20. | Lynda Valdez | Apple00628-Apple00677 |
| 21. | Michelle Warner | Apple00678-Apple00874 |
| 22. | Troye Washington Clanton | Apple00875-Apple00883 |

**B. Lab Reports Summary:**

|  |  |  |
|---|---|---|
| 23. | Lab Testing Summary | Apple00884-Apple00886 |

**C. AFA Labs:**

|  | **Document Name:** | **Bates No.:** |
|---|---|---|
| 24. | Summary Report dated May 20, 2020 | Apple00887-Apple00889 |
| 25. | AFA Delta Uniforms Testing Update May 14, 2020 | Apple00890-Apple00893 |

**D. ALS Environmental: Zac Posen (Purple Uniform) Laboratory reports dated and numbered as follows (where applicable):**

|     | Document Name: | Bates No.: |
| --- | --- | --- |
| 26. | 08/16/2019, Service Request Number J1904629 | Apple00894-Apple00933 |
| 27. | 09/13/2019, Service Request Number J1905053 | Apple00934-Apple00978 |
| 28. | 09/16/2019, Service Request Number J1905056 | Apple00979-Apple00992 |
| 29. | 11/04/2019, Service Request Number J1906234 | Apple00993-Apple01015 |
| 30. | 11/04/2019, Service Request Number J1906237 | Apple01016-Apple01039 |

**E. ALS Environmental: Richard Tyler (Old Blue Uniform) Laboratory reports dated and numbered as follows (where applicable):**

|     | Document Name: | Bates No.: |
| --- | --- | --- |
| 31. | 07/30/2020, Service Request Number J2003716 | Apple01040-Apple01075 |
| 32. | 07/30/2020, Service Request Number J2003717 | Apple01076-Apple01111 |
| 33. | 07/30/2020, Service Request Number J2003720 | Apple01112-Apple01150 |

**F. Bureau Veritas Report:**

|     | Document Name: | Bates No.: |
| --- | --- | --- |
| 34. | 03/20/2019, Bureau Veritas Report | Apple01151-Apple01174 |

**G. Doctors Data Inc.:**

|     | Document Name: | Bates No.: |
| --- | --- | --- |
| 35. | 07/17/2019, U190713-2066-1 | Apple01175-Apple01179 |
| 36. | 07/30/2019, H190725-2198-1 | Apple01180-Apple01184 |

**H. Enthalpy Analytical:**

|     | Document Name: | Bates No.: |
| --- | --- | --- |
| 37. | 07/03/2019, Lab Job Number 311031 | Apple01185-Apple01203 |
| 38. | 08/18/2019, Lab Job Number 312700 | Apple01204-Apple01213 |
| 39. | 05/11/2020, Lab Job Number 319489 | Apple01214-Apple01238 |
| 40. | 03/12/2020, Lab Job Number 318381 | Apple01239-Apple01251 |

**I. Graham Peaslee, Notre Dame Reports:**

|     | Document Name: | Bates No.: |
| --- | --- | --- |
| 41. | 11/11/2019, Electronic Communication from Graham Peaslee, Notre Dame | Apple01252-Apple01255 |

**J. Great Plains Laboratory Reports:**

|     | Document Name: | Bates No.: |
| --- | --- | --- |
| 42. | The Great Plains Laboratory, Inc.: 07/18/2019, Requisition Number 707040 | Apple01256-Apple01269 |

**K. Hohenstein Textile Testing Institute:**

|     | Document Name: | Bates No.: |
| --- | --- | --- |
| 43. | 03/04/2020, Report Number 20.0.06546 | Apple01270-Apple01286 |

**L. TexTest:**

|     | Document Name: | Bates No.: |
| --- | --- | --- |
| 44. | 06/26/2019, Report Number 8608 | Apple01287-Apple01288 |
| 45. | 08/28/2019, Report Number 8999 | Apple01289 |
| 46. | 08/28/2019, Report Number 9000 | Apple01290 |
| 47. | 08/28/2019, Report Number 9001 | Apple01291 |
| 48. | 08/28/2019, Report Number 9002 | Apple01292 |
| 49. | 08/28/2019, Report Number 9003 | Apple01293 |
| 50. | 08/28/2019, Report Number 9004 | Apple01294 |
| 51. | 08/28/2019, Report Number 9005 | Apple01295 |
| 52. | 08/28/2019, Report Number 9006 | Apple01296 |
| 53. | 08/28/2019, Report Number 9007 | Apple01297 |
| 54. | 08/28/2019, Report Number 9008 | Apple01298 |
| 55. | 08/28/2019, Report Number 9009 | Apple01299 |

**M. Vartest Labs**

|     | Document Name: | Bates No.: |
| --- | --- | --- |
| 56. | Vartest ISO/ICC Test Report- Revised 10/5/20 | Apple01300-Apple01322 |
| 57. | Vartest ISO/ICC Test Report-Dated 10/6/20 | Apple01323-Apple01347 |
| 58. | Vartest pH Testing Result | Apple01348 |
| 59. | Vartest ISO?ICC Test Report Dated 10/6/20Results | Apple01349-Apple01373 |
| 60. | Vartest ISO/ICC Test Report Dated 10/1/20 | Apple01374-Apple01397 |

**N. Vista Analytical Laboratory:**

|     | Document Name: | Bates No.: |
| --- | --- | --- |
| 61. | 03/16/2020, Work Order Number 2000348 | Apple01398-Apple01453 |
| 62. | 05/06/2020, Work Order Number 2000804 | Apple01454-Apple01480 |

**O. Delta Generated Information:**

|     | Document Name: | Bates No.: |
| --- | --- | --- |
| 63. | 11/11/2019 Intertox Toxicological Risk Assessment (Dr. Pleus) | Apple01481-Apple01595 |

| | | |
|---|---|---|
| 64. | Delta Finishes Testing Report Article/Data | Apple01596-Apple01597 |
| 65. | Delta Dye Details Report/Data | Apple01598-Apple01599 |
| 66. | Delta Uniform Testing Comparison Report/Data | Apple01600-Apple01602 |
| 67. | Uniform Programs Overview from November 2016 | Apple01603-Apple01618 |

**P. Documents Containing Injuries/Symptoms:**

| | Document Name: | Bates No.: |
|---|---|---|
| 68. | Chemical and Metal Human Reactions List | Apple01619 |
| 69. | Complaint Chart Injury List/Symptoms | Apple01620-Apple01645 |
| 70. | Master Spreadsheet Columns A-B (Symptoms) | Apple01646-Apple01680 |
| 71. | Master Spreadsheet Columns C-L (Injuries) | Apple01681-Apple01746 |
| 72. | Master Spreadsheet of Symptoms | Apple01747-Apple01769 |
| 73. | Quantitative Summary | Apple01770-Apple01771 |

**Q. Class Representative Questionnaires and Supporting Documents:**

| | Document Name: | Bates No.: |
|---|---|---|
| 74. | Rachel Abukhdeir | Apple01772-Apple01895 |
| 75. | Monica Decrescentis | Apple01896-Apple01977 |
| 76. | Gwenyth Gilbert | Apple01978-Apple02095 |
| 77. | Michael Marte | Apple02096-Apple02262 |

**R. Additional documents:**

| | Document Name: | Bates No.: |
|---|---|---|
| 78. | Dana Smith – Class Representative response and objections to Defendant's First set of Interrogatories | Apple02263-Apple02326 |
| 79. | Environmental and Science Technology Article | Apple02327-Apple02345 |