# EXHIBIT E

**Fred Apple PhD Deposition and Trial Case List:**
**2016 through January 2021**

1. 6/17/16 deposition. Louis M Borowicz Esq., v. William Washington MD et al. State of Ohio.
2. 9/13/16 deposition. Barbara Hanson et al v. Jeffrey A, Norton MD et al. State of New Hampshire.
3. 09/26/17 trial. Vang et al. v. Twin Cities Entertainment, Inc., d/b/a Aqua Nightclub. Minneapolis MN.
4. 11/30/17 trial, Kimberly S. Lundquist v. The Brook Saloon, Duluth MN.
5. 3/28/18 deposition. Delbert and Nikki Stinnett vs. MCC Partners LLC et al., State of Indiana.
6. 8/24/18 deposition. Joanna Collins et al, Claimants v. University of Maryland Medical System, et al, Defendants. Circuit Court, Baltimore City Maryland.
7. 12/27/18 deposition. Scoops Sports Bar/Scoops Pub; Court File No. 02-CV-17-2766. County of Anoka, Minnesota.
8. 4/24/19 video deposition. Culbert v. State Farm Mutual Insurance Company. File No. 27-CV-18-9524.
9. 12/23/20 video deposition. Caudill vs. B&S of Fort Wayne, Inc. Cause No. 92C01-1707-CT-349.
10. 4/7/21 video deposition, Wilmoth vs. OSF Healthcare System, St Joseph Medical Center, Humza Azam DO, Justin Couch RN, Kimberly Berg RN.

Fees (effective January 1, 2020):
$400.00 per hour for case review, preparation time, etc
$800.00 per hour for deposition and courtroom testimony

1