# EXHIBIT A

**BRIGHAM HEALTH**

**BRIGHAM AND WOMEN'S HOSPITAL**

**HARVARD** MEDICAL SCHOOL

**Pamela L. Scheinman, MD**
Associate Professor of Dermatology
Harvard Medical School

Director, Contact Dermatitis and Occupational Dermatology Program
Brigham and Women's Hospital

## The Faculty of Medicine of Harvard University
## Curriculum Vitae

| | |
|---|---|
| **Date Prepared:** | **December 16, 2020** |
| **Name:** | **Pamela L. Scheinman** |
| **Office Address:** | **850 Boylston Street, Suite 437**<br>**Chestnut Hill, MA**<br>**02467** |
| **Home Address:** | **Newton, MA** |
| **Work Phone:** | **617-732-9090** |
| **Work Email:** | **pscheinman@bwh.harvard.edu** |
| **Place of Birth:** | **USA** |

**Education:**

| 1982 | BA, magna cum laude | | Brandeis University |
|---|---|---|---|
| 1986 | MD | Medicine | Mount Sinai School of Medicine |

**Postdoctoral Training:**

| 1986-1987 | Intern | Internal Medicine | St. Luke's Hospital, NY |
|---|---|---|---|
| 1987-1990 | Resident | Dermatology | University of Rochester, NY |
| 1989-1990 | Chief Resident | Dermatology | University of Rochester, NY |

**Faculty Academic Appointments:**

| 1990-1991 | Clinical Instructor | Dermatology | University of Rochester School of Medicine and Dentistry |
|---|---|---|---|
| 1991-1993 | Assistant Professor | Dermatology | George Washington University Medical Center |
| 1993-2007 | Assistant Professor | Dermatology | Tufts University School of Medicine |

| 2007-2012 | Associate Clinical Professor | Dermatology | Tufts University School of Medicine |
| 2012-2015 | Clinical Professor | Dermatology | Tufts University School of Medicine |
| 2015- | Associate Professor | Dermatology | Harvard Medical School |

**Appointments at Hospitals/Affiliated Institutions:**

| 1990-1991 | Associate Attending Physician | Dermatology | Strong Memorial Hospital |
| 1991-1993 | Attending Physician | Dermatology | George Washington University Medical Center |
| 1993-1994 | Attending Physician | Dermatology | East Boston Health Center Boston City Hospital |
| 1993-2014 | Attending Physician | Dermatology | Tufts Medical Center |
| 2014- | Attending Physician | Dermatology | Brigham and Women's Hospital |

**Other Professional Positions:**

| 2007-2010 | Chief Medical Division, Dermatology | Tufts Medical Center |

**Major Administrative Leadership Positions:**
**Local**

| 1994-2014 | Director and Founder of the Contact Dermatitis and Occupational Dermatology Unit | Tufts Medical Center |
| 2010-2014 | Director, fourth year medical student Dermatology rotation, Tufts Dermatology Department | Tufts Medical Center |
| 2014- | Director and Founder of the Contact Dermatitis and Occupational Dermatology Program | Brigham and Women's Hospital |
| 2015- | Program Director and Founder of the Contact Dermatitis and Occupational Dermatology Fellowship Program (GME-approved) | Brigham and Women's Hospital |

**Regional**

| 1995-1998 | Board of Directors | Massachusetts Academy of Dermatology |

**National**

| 1997-1998 | Chairperson, Review Body for Resident Publications | American Journal of Contact Dermatitis |
| 2006 | Chairperson Nomination Committee | American Contact Dermatitis Society |

| | | |
|---|---|---|
| 2006-2009, 2010-2013 | Board of Directors | American Contact Dermatitis Society |
| 2007-2009 | Chairperson, Health Care Policy | American Contact Dermatitis Society |
| 2010-2012 | Chairperson, Liaison Committee | American Contact Dermatitis Society |
| 2013-2015 | Vice President | American Contact Dermatitis Society |
| 2014-2015 | Chairperson, Cyberspace Committee | American Contact Dermatitis Society |
| 2015-2016 | Chairperson, Contact Allergen Management Program (CAMP), Quality and Accuracy (QA) Committee | American Contact Dermatitis Society |
| 2016-2018 | Chairperson, Contact Dermatitis and Devices Regulatory Policy Workgroup | American Academy of Dermatology Association |
| 2018 | Chairperson, Long Range Planning Committee | American Contact Dermatitis Society |
| 2019 | ACDS Mentoring Award Committee | American Contact Dermatitis Society |
| 2020 | ACDS Clinical Research Award Committee | American Contact Dermatitis Society |
| 2020 | ACDS Fisher Award and Lectureship Committee | American Contact Dermatitis Society |

**Committee Service:**
**Local**

| | | |
|---|---|---|
| 2005 | Glove Value Analysis Committee | Tufts – New England Medical Center (NEMC) Member |
| 2006 | Glove Policy Committee | Tufts – NEMC Member |
| 2007 | Allegiance Vinyl and Synthetic Gloves | Tufts – NEMC Member |
| 2008 | Wound Care Committee | Tufts Medical Center Member |
| 2010 | Moisturizer Stock Committee | Tufts Medical Center Member |

**Regional**

| | | |
|---|---|---|
| 2010-2014 | Nomination Committee | New England Dermatologic Society Member |

**National**

| | | |
|---|---|---|
| 1995-1998 | Clinical Research Studies Committee | American Contact Dermatitis Society Member |
| 1995-1998 | Review Body for Resident Publications | American Contact Dermatitis Society Member |

| 1998 | Nominating Committee | American Contact Dermatitis Society Member |
| 2000, 2013, 2014 | Fisher Resident Committee | American Contact Dermatitis Society Member |
| 2009 | Core Allergen Committee | American Contact Dermatitis Society Member |
| 2009-2012 | Liaison Committee | American Contact Dermatitis Society Member |
| 2010-2012 | Regulatory Policy Committee, Nickel Workgroup | American Academy of Dermatology Member |
| 2013-2014 | Health Policy Committee | American Contact Dermatitis Society Member |
| 2013-2014 | Cyberspace Committee | American Contact Dermatitis Society Member |
| 2013-2016 | Contact Allergen Management Program (CAMP) Quality and Accuracy Committee | American Contact Dermatitis Society Member |
| 2015-2017 | Cross Reactor Committee | American Contact Dermatitis Society Member |
| 2016 | Nominating Committee | American Contact Dermatitis Society Member |
| 2019 | Mentorship Award Committee | American Contact Dermatitis Society Member |

**Professional Societies:**

| 1990- | American Academy of Dermatology | Member |
| 1991- | American Contact Dermatitis Society | Member |
| 1994- | Massachusetts Academy of Dermatology | Member |

**Editorial Activities:**
- **Ad hoc Reviewer**
  - Dermatitis Journal
  - Pediatric Dermatology Journal

- **Other Editorial Roles**

| 2018- | Occupational Dermatitis Section Co-Editor | Dermatitis Journal |

**Honors and Prizes:**

| 1992 | Magna Cum Laude | Phi Beta Kappa, Brandeis University | |
| 01/2000, 12/2000, 12/2002, 09/2006 | Oliver Smith Award | New England Medical Center | Recognition of Compassion and Service for Patients |

| 2012 | Excellence in Teaching | Tufts Medical Center | Awarded by Dermatology Residents |
| 2016 | Excellence in Patient Satisfaction | Brigham and Women's Hospital | Press Ganey Results (April 2015-September 2015) |
| 2018 | Participant in Leadership Course | Harvard Medical School | Selected to participate in leadership course |

## Report of Funded and Unfunded Projects

### Past

| 2009-2010 | The role of contact allergens in chronic urticaria<br>The American Contact Dermatitis Society<br>PI, $5000 |
| 2012-2013 | A review of patch test results in psoriasis patients on biologics<br>The American Contact Dermatitis Society<br>PI, $2500 |
| 2015-2016 | "Comparison of soap, hand sanitizer, and 0.05% NaDCC, HTH, and NaOCl chlorine solutions in the development of dermatitis during frequent handwashing"<br>US Aid Agency<br>Co-PI with Daniele Lantagne, PhD, Tufts University, and Huw Taylor, University of Brighton, United Kingdom, $84,200 |

### Current

| 2017- | Allergen specific T cells and effector cytokines in allergic contact dermatitis to nickel in different intensity patch test reactions<br>Human Skin Disease Resource Center, Brigham and Women's Hospital<br>Co-PI with Ari Goldminz who received a visiting scholar grant, $15,000 |
| 2018- | The Effects of Dupilumab on Allergic Contact Dermatitis<br>Sanofi-Regeneron Pharmaceuticals; Funding amount TBD<br>Investigator initiated study with co-investigators Ari Goldminz, MD, Joseph Merola MD, Elizabeth Buzney, MD |

## Report of Local Teaching and Training

### Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs):

| 1993-2014 | Contact Dermatitis Lecture Series<br>Residents | Tufts Medical Center<br>Quarterly |
| 1994-2014 | Three month patch test rotation<br>Dermatology Residents | Tufts Medical Center Clinic<br>Twice Weekly |
| 2010-2014 | Journal Club<br>Dermatology Residents | Tufts Medical Center<br>Annually/Biannually |
| 2010-2014 | CPC<br>Dermatology Residents | Tufts Medical Center<br>Annually/Biannually |
| 2013-2017 | Occupational Medicine Residents | Occupational Contact Dermatitis |
| 2014-2019 | Harvard Combined Dermatology Program<br>Dermatology Residents | Harvard Medical School<br>Annual Lecture |

| | | |
|---|---|---|
| 2014- | Annual Intro to Contact Dermatitis Course Allergy Fellows | Harvard Medical School |

**Clinical Supervisory and Training Responsibilities:**     **Trainees from:**

| | | |
|---|---|---|
| 1993-2000, 2004-2006 | Preceptor, Preclinical Selective Program | Tufts University School of Medicine |
| 1994-2000 | Supervisor Occupational Medicine Residents Rotation | New England College of Occupational and Environmental Medicine |
| 2006-2007 | Supervisor, Patch Testing Master Students | Boston Medical Center |
| 2013-2014 | Supervisor Occupational Medicine Residents Rotation | Harvard School of Public Health |
| 2014-2015 | Supervisor Oral Medicine Resident Rotation | Brigham and Women's Hospital, Oral Medicine Program |
| 2014- | Supervisor Allergy and Immunology Fellows Rotation | Brigham and Women's Hospital, Allergy and Immunology Program |
| 2016-2018 | Preceptor Jahdonna Isaac, Medical Student, Research rotation | Tufts University School of Medicine |
| 2018- | Supervisor Occupational Medical Residents Rotation | Harvard School of Public Health |

**Research Supervisory and Training Responsibilities:**

| | | |
|---|---|---|
| 2005-2006 | Mentor Margaret Lee Bellantoni, MD, Ph.D, Dermatology Resident | Resulted in oral presentation "Defibrillator Dermatitis" American Contact Dermatitis Society Annual Meeting, San Francisco, 2006; results published |
| 2006-2007 | Mentor Titi Olupona, M.D., Research Assistant | Resulted in oral presentation: "Acute Papulovescular contact dermatitis stimulating a drug reaction requiring prednisone for patch testing" American Contact Dermatitis Society Annual Meeting, Washington DC, 2007; results published |
| 2007-2008 | Mentor Adam Asarch, Medical Student | Resulted in oral presentation "Sobitan sesquioleate, a common topical corticosteroid emulsifier, is an important contact allergen" which won the bronze Fisher Resident Award American Contact Dermatitis Society Annual Meeting, San Antonio, 2008; results published |
| 2007-2008 | Mentor David Rosmarin, M.D., Dermatology Resident | Resulted in oral presentation "A case series of ten patients patch tested while on systemic immunosuppressants" American Contact Dermatitis Society Annual Meeting, San Antonio, January 2008; results published |
| 2008-2009 | Mentor | "Contact allergens causing chronic urticaria in a New England area population." Dr. Kerbleski won the American Contact Dermatitis |

|  | Joseph Kerbleski, M.D., Research Fellow | Research Grant Award for this project. "A fragrance paradox," selected for an oral presentation American Contact Dermatitis Society Annual Meeting, San Francisco, CA, March 2009 |
|---|---|---|
| 2008-2009 | Mentor Emily Yu, M.D., Dermatology Resident | Mentor for published case report "Lip and perioral dermatitis caused by propyl gallate" |
| 2008-2009 | Mentor Katherine Szyfelbein, M.D., Dermatology Resident | Mentor for published case report "Systemic Contact Dermatitis Presenting as Lichen Planus of the Lip"; |
| 2009-2010 | Mentor Israel Andrews, Medical Student | Selected for an oral presentation "Systemic hypersensitivity to an implantable cardioverter defibrillator without cutaneous findings" American Contact Dermatitis Society Annual Meeting, Miami, FL, March 2010; results published |
| 2009-2010 | Mentor Victoria Kuohung, M.D. | Selected for an oral presentation "Prevalence of aluminium allergy in dermatitis patients" American Contact Dermatitis Society Annual Meeting, Miami, FL, March 2010 |
| 2009-2011 | Mentor Meghan Hession, Medical Student | Mentor for a case report "Lymphomatoid, granulomatous allergic contact dermatitis mimicking cutaneous T-cell lymphoma." "Atypical histological patterns of allergic contact dermatitis;" selected for poster presentation at the American Academy of Dermatology summer meeting, Chicago, IL, August 2010. Case series write-up "A fragrance paradox." "Role of contact allergens in chronic idiopathic urticaria", selected for an oral presentation at the Annual American Contact Dermatitis Society Meeting, New Orleans, LA, February 2011; results published |
| 2010-2013 | Mentor Brienne Cressey, Medical Student | "Allergy to Sorbitans, a follow up study," selected for an oral presentation at the Annual American Contact Dermatitis Society Meeting, New Orleans, LA, February 2011. Oral presentation, "Allergic Contact Dermatitis to an Ostomy Spray". Brienne was selected to give an oral presentation at the American Contact Dermatitis Society Annual meeting, March 2012. Case report published, "Systemic contact dermatitis of the lips due to allergy to an antimicrobial agent in a contact lens disinfecting solution." Case report published, "Periocular dermatitis from systemic exposure to nickel in a palatal expander and dental braces" |
| 2011-2013 | Mentor Noori Kim, M.D., Research Fellow | Mentor for a grant she submitted to the American Contact Dermatitis Society on patch testing reactions in psoriatic patients receiving biologic therapy. Dr Kim was awarded a paid research grant by the American Contact Dermatitis Society to perform this study at the ACDS Annual meeting, March 2012. Oral presentation, "Patch test results in psoriasis patients on biologic medications." Noori was |

|           |                                                      | selected to give an oral presentation at the American Contact Dermatology Society Annual meeting, February 2013; results published |
|-----------|------------------------------------------------------|---|
| 2013-2014 | Mentor<br>Nina Botto, M.D.                            | Mentor for a research project "Prevalence of Cal-Stat antiseptic handrub contact allergy in Tufts Medical Center Personnel" |
| 2013-2014 | Mentor<br>Erin Penn, Medical Student                 | Mentor for a published case report of crusted scabies in an HTLV1 patient in a non-endemic area |
| 2016-2017 | Mentor<br>Brandon Shutty, D.O., Fellow               | Mentor for: 1) retrospective study of concordance of TRUE test patch test results versus comprehensive patch test results and 2) report of case series of occupationally induced contact dermatitis to benzalkonium chloride. Brandon was selected to give an oral presentation at the American Contact Dermatitis Society annual meeting, Orlando, FL, March 2017, and published his results in Dermaitis journal on our occupational cases. |
| 2016-2017 | Mentor<br>Jahdonna Isaac, 1st Year Medical Student   | Mentor for a retrospective chart review of prevalence of positive patch test reactions to benzalkonium chloride, a commonly used preservative in personal care products. Jahdonna was selected to give an oral presentation at the American Contact Dermatitis Society annual meeting, Orlando, FL, March 2017 and published her results as an original study, "Benzalkonium chloride, an irritant and sensitizer." |
| 2017      | Mentor<br>Ari Goldminz, M.D.                         | Mentor for a grant proposal for creating a validated clinical scoring system for ACD. |
| 2017-2018 | Mentor<br>Ari Goldminz, M.D.                         | Mentor for his study about allergen specific T cells and effector cytokines in allergic contact dermatitis (ACD) after allergen avoidance. |
| 2017-2018 | Mentor<br>Ari Goldminz, M.D.                         | Mentor for a grant proposal investigating clinical outcomes of patients together with urine and blood results in those patients with systemic ACD before and after avoidance of allergens. |
| 2017-2018 | Mentor<br>Ari Goldminz, M.D.                         | Mentor for a prospective study: nickel sulfate 5% is more sensitive than nickel sulfate 2.5% for detection of nickel contact allergy; Dr Goldminz was selected to give an oral presentation at the Annual ACDS meeting, San Diego, February 2018 for this work and was awarded the BWH department of Dermatology travel award to present at the ACDS meeting; our findings have been published |
| 2017-2018 | Mentor<br>Ari Goldminz, M.D.                         | Mentor for a collaborative investigator- initiated study together with other members of the BWH Dermatology department investigating use of Dupilumab in patients with ACD who have failed allergen avoidance and skin directed therapy. Our case series of 3 patients with allergic contact dermatitis cured with Dupilumab has been published. |
| 2017-2018 | Mentor<br>Molly Wald, Undergraduate Student          | Mentor for her published manuscript of a case report of a false negative repeat open application test (ROAT) to a lotion which showed an extreme reaction on patch testing. |

| 2018-2019 | Mentor Jahdonna Issac, Medical Student | Mentor on published case reports: 1) allergy to a surgical sponge, and 2) the pink sign in contact urticaria |
| 2018- | Mentor Jahdonna Issac, Medical Student | Mentor on her retrospective study comparing prevalence of benzalkonium chloride allergy to methylisothiazolinone allergy in 615 dermatitis patients. |
| 2018-2019 | Mentor Chotinij Lertphanichkul, M.D. | Mentor for her prospective study of occupational allergic contact dermatitis patients among 458 consecutive patients undergoing patch testing in our program. Dr Lertphanichkul was selected to give an oral presentation at the Annual ACDS meeting February 2019 on her results. Our manuscript has been published. |
| 2018- | Mentor Ari Goldminz, M.D., and Chotinij Lertphanichkul, M.D. | Mentor for their re-analysis of data comparing patch test results of the same or representative allergens tested via TRUE test versus those tested via our extended testing at BWH. Our data showed 87% of strong or extreme reactions detected on extended testing were negative on TRUE test to the same allergens in the same dermatitis patients. Approximately 1 strong or extreme reaction per patient was not detected via TRUE test, whether patients were retested within 8 weeks of TRUE test or 9-52 weeks after TRUE test. Our manuscript has been submitted for publication. |
| 2019-2020 | Mentor to Abdullah Alajaji, M.D. | Mentor for his retrospective analysis of ammonium persulfate allergy in 2138 dermatitis patients patch tested in our practice from July 2015-November 2019; Dr Alajaji was selected to give an oral presentation at the Annual ACDS meeting, Denver, Colorado, March 2020, for this work and was awarded the BWH department of Dermatology travel award to present at the ACDS meeting; Unfortunately, due to the Covid-19 pandemic, the annual meeting was cancelled. Our manuscript has been submitted for publication and has received favorable reviews; we are currently formulating our response to the reviewers. |
| 2020- | Mentor to Kimberly Arrington, MD | Mentor for retrospective analysis of challenging eyelid dermatitis case series. |
| 2020- | Mentor to Kimberly Arrington, MD | Mentor for retrospective analysis of challenging lip dermatitis case series. |

## Mentored Trainees and Faculty:

| 2016-2017 | Brandon Shutt, D.O. Contact Dermatitis and Occupational Dermatology Fellowship at Brigham and Women's Hospital |
| 2017-2018 | Ari Goldminz, M.D. / Associate Physician Brigham and Women's Hospital Contact Dermatitis and Occupational Dermatology Fellowship at Brigham and Women's Hospital |

| 2018-2019 | Chotinij Lertphanishkul, M.D.<br>Contact Dermatitis and Occupational Dermatology Fellowship at Brigham and Women's Hospital |
| --- | --- |
| 2019-2020 | Abdullah Alajaji, M.D.<br>Contact Dermatitis and Occupational Dermatology Fellowship at Brigham and Women's Hospital |
| 2020- | Kimberly Arrington, MD<br>Contact Dermatitis and Occupational Dermatology Fellowship at Brigham and Women's Hospital |

**Formal Teaching of Peers (e.g., CME and other continuing education courses):**
*Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified.*

| 2006 | Updates in Dermatology Review Course (Amgen) | Tufts NEMC, Boston, MA |
| --- | --- | --- |
| 2007 | Update your Dermatology Review Course Contact Dermatitis (Amgen) | Tufts NEMC, Boston, MA |

**Local Invited Presentations:**
*No presentations below were sponsored by 3rd parties/outside entities*

| 2002 | "Eyelid Dermatitis" / Grand Rounds<br>Department of Ophthalmology, New England Medical Center, Boston, MA |
| --- | --- |
| 2007 | "Occupational Contact Dermatitis" / Grand Rounds<br>Boston Medical Center, Boston, MA |
| 2015 | "Patch Testing and Allergic Contact Dermatitis" / In-Service for Staff<br>Department of Dermatology, Brigham and Women's Hospital, Boston, MA |
| 2015 | "Lessons learned in the patch test clinic" / Didactic Series<br>Allergy Department, Brigham and Women's Hospital, Boston, MA |
| 2015 | "Occupational Contact Dermatitis" / Didactic Series<br>Occupational Medicine Resident, Harvard School of Public Health, Boston, MA |
| 2015 | "Oral and lip allergic contact dermatitis, approach and work up" / Lecture Series<br>Division of Oral Medicine and Dentistry, Brigham and Women's Hospital, Boston, MA |
| 2015-2018 | "Occupational Contact Dermatitis" / Occupational Medicine Residents Lecture<br>Harvard School of Public Health, Boston, MA |
| 2015- | "Contact Dermatitis and Patch Testing" / Introductory Course for Allergy and Immunology Fellows<br>Allergy Department, Brigham and Women's Hospital, Boston, MA |
| 2016 | "Lessons from my allergic contact dermatitis patients; a guide for the rash perplexed" / State of the Department Lecture<br>Department of Dermatology, Brigham and Women's Hospital, Boston, MA |
| 2016-2019 | "Intro to Contact Dermatitis" / Residents Program<br>Harvard Combined Dermatology Residents Program, Boston, MA |
| 2018 | "Interesting cases of oral and lip allergic contact dermatitis" / Lecture Series<br>Division of Oral Medicine and Dentistry, Brigham and Women's Hospital, Boston, MA |

| 2020 | "Say what? A daily bowl of oatmeal is causing that rash? When to suspect systemic contact dermatitis and how to treat it"; Lecture to Combined Harvard Dermatology Residents, Boston, MA, March 2020, |
| 2020 | " Contact allergy and clinical relevance: get ready for some surprises"; Grand Rounds, Department of Dermatology, May 2020. |

**Report of Regional, National and International Invited Teaching and Presentations**

*No presentations below were sponsored by 3rd parties/outside entities*

**Regional**

| 2006 | "Contact Dermatitis" / Grand Rounds<br>Department of Dermatology, Roger Williams Hospital, Providence, RI |
| 2007 | "From acute to chronic dermatitis: how patch testing can enhance your clinical practice" / Society Meeting<br>Quinsigamond Dermatological Society Meeting, Worcester, MA |
| 2007 | "Patch testing pearls" / Lecture to Dermatology Residents<br>Department of Dermatology, University of Massachusetts, Worcester, MA |
| 2008 | "Occupational Contact Dermatitis" / Annual Meeting<br>New England College of Occupational and Environmental Medicine, Bedford, MA |
| 2013-2014 | "Occupational Contact Dermatitis" / Occupational Medicine Residents<br>Harvard School of Public Health, Boston, MA |
| 2013 | "Atypical cases of allergic contact dermatitis" / Grand Rounds<br>Department of Dermatology, Roger Williams Hospital, Providence, RI |
| 2015 | "Lessons Learned in the Patch Test Clinic" / Grand Rounds<br>Department of Dermatology, Boston Medical Center, Boston, MA |
| 2016 | "Interesting cases of allergic contact dermatitis" / Dermatology Didactic Series<br>Department of Dermatology, Tufts Medical Center, Boston, MA |

**National**

| 1989 | "Atypical fibroxanthoma after PUVA therapy" / Gross and Microscopic Symposium<br>American Academy of Dermatology Annual Meeting, San Francisco, CA |
| 1991 | "Common Dermatoses and Treatment" / Annual Meeting<br>American Academy of Family Practitioners, Washington, D.C. |
| 1992 | "Cutaneous tumors and common dermatoses." / Peace Corps Medical Personnel<br>Peace Corps, Washington, D.C. |
| 1992 | "Allergic Contact Dermatitis" / Review Course<br>Physician's Assistants Board Review Course, Washington D.C. |
| 1992 | "Acral subacute cutaneous lupus erythematosus, an unusual variant" / Poster presentation<br>Atlantic Dermatological Society Annual Meeting, Washington, D.C. |
| 1993 | "Non scarring alopecia, diagnosis and management." / Grand Rounds<br>Department of Endocrinology, George Washington University Medical Center, Washington, D.C. |
| 1994 | "Major Practical Topics in Contact Dermatitis" / Meeting moderator for "hands-on" patch testing workshop<br>American Contact Dermatitis Society, Boston, MA |

| | |
|---|---|
| 1995 | "Allergic Contact Dermatitis to an Amine Epoxy Resin Hardener Showing Cross Reactivity to Paraphenylenediamine" / Annual Meeting<br>American Contact Dermatitis Society, New Orleans, LA |
| 1996 | "Multiple Sensitizations in a Machinist using a New Cooling Fluid." / Annual Meeting<br>American Contact Dermatitis Society, Washington, D.C. |
| 1996 | "Challenging cases of contact dermatitis." / Breakfast Session, Annual Meeting<br>American Academy of Dermatology, Washington, D.C. |
| 1997 | "Is it really fragrance-free?" / Summer Meeting<br>American Contact Dermatitis Society and Penn State Continuing Education Department, Hershey, PA |
| 1998 | "Is it really fragrance-free; hidden sources of fragrance" / Contact Dermatitis Symposium at Annual Meeting<br>American Academy of Dermatology Annual Meeting, Orlando, FL |
| 1998 | "Fragrance allergy, evaluation and management." / Mid-year Meeting<br>American Contact Dermatitis Society, Dixville Notch, NH |
| 1998 | "Allergic contact dermatitis to a wound dressing." / Annual Meeting<br>American Contact Dermatitis Society, Orlando, FL |
| 2000 | "Updates on Contact Dermatitis" / Preparation for Recertification Course, Annual Meeting<br>American Academy of Dermatology, San Francisco, CA |
| 2001 | "Updates on Contact Dermatitis" / Preparation for Recertification Course, Annual Meeting<br>American Academy of Dermatology, Washington DC |
| 2004 | Contact Dermatitis Section / Moderator, Annual Meeting<br>Atlantic Dermatologic Society Annual Meeting, Boston, MA |
| 2006-2007 | Roundtable Luncheon Discussion, Annual Meeting<br>American Contact Dermatitis Society, San Francisco, CA |
| 2007 | "Interesting cases of contact dermatitis from New England" / Winter Meeting<br>North Carolina Dermatology Association, Pinehurst, NC |
| 2007 | "Diagnosis and treatment of fragrance allergic contact dermatitis" / Summer Meeting<br>American Contact Dermatitis Society and Penn State Continuing Education Department, Hershey, PA |
| 2009 | "Current topics in contact dermatitis" / Course Director, Summer Meeting<br>American Academy of Dermatology, Boston, MA |
| 2009 | "In the clinic: patient counseling and education pearls" / Annual Meeting<br>American Academy of Dermatology, San Francisco, CA |
| 2011 | "In the clinic: patient counseling and education pearls" / Annual Meeting<br>American Academy of Dermatology, New Orleans, LA |
| 2011 | "Atypical presentations of allergic contact dermatitis" / Annual Meeting<br>Atlantic Dermatological Conference, Boston, MA |
| 2013 | "Patient Counseling in the patch test clinic" / Basic Patch Testing Course, Annual Meeting<br>American Academy of Dermatology, San Diego, CA |
| 2014 | "Patient Counseling in the patch test clinic" / Basic Patch Testing Course, Annual Meeting<br>American Academy of Dermatology, Denver, CO |

| 2016 | "Systemic Contact Dermatitis" / Invited Speaker Focus Session: Patch Test Allergens 101: A detective's Toolkit, Summer meeting<br>American Academy of Dermatology, Boston, MA |
|------|---|
| 2017 | "Systemic contact dermatitis and interesting cases of allergic contact dermatitis; a guide to the rash perplexed" / Invited Speaker, Grand Rounds<br>Department of Dermatology, Rush University Medical Center, Chicago, IL |
| 2018 | "A wink and a nod to eyelid contact allergy" / Invited Speaker, Grand Rounds<br>Department of Ophthalmology, Colombia University, New York, NY |
| 2019 | "A wink and a nod to eyelid contact allergy" / Invited Speaker<br>American Contact Dermatitis Society Annual Meeting, Washington, D.C. |
| 2020 | "Systemic contact dermatitis," Invited speaker for Forum: Advanced Patch Testing Pearls from the ACDS, American Academy of Dermatology, Annual meeting, Denver, CO<br>*This presentation was scheduled, but then cancelled because of a Covid-19 travel/meeting ban. Rescheduled for March 2021. Cancelled again because of Covid-19.* |
| 2020 | "Curing contact dermatitis: cases which may cause you to re-think your perceptions of contact allergy" / Visiting Professor, Invited Lecturer, Grand Rounds<br>Indiana University School of Medicine Department of Dermatology *This presentation was scheduled, but then cancelled because of a Covid-19 travel/meeting ban. Rescheduled for May 2021* |

**International**

| 2000 | "Fragrance allergy prevalence"<br>European Association of Dermatology and Venereology Meeting, Geneva, Switzerland |
|------|---|
| 2012-2013 | "Interesting and atypical cases of allergic contact dermatitis" / Dermatology Lecture Seminar<br>Department of Dermatology, Hadassah Hospital, Jerusalem, Israel |
| 2018 | "Systemic contact dermatitis and other interesting cases of allergic contact dermatitis" / Dermatology Lecture Seminar<br>Department of Dermatology, Sheba Hospital, Ramat Gan Israel |

## Report of Clinical Activities and Innovations
**Current Licensure and Certification:**

| 1987 | New York Medical License #171212-1 |
|------|---|
| 1990 | Dermatology Board Certification, American Board of Dermatology |
| 1993 | Massachusetts Medical License #77928 |
| 2009 | Board Recertified in Dermatology, American Board of Dermatology |

**Practice Activities:**

| 2014- | Ambulatory Care Center | Dermatology, Brigham and Women's Hospital | 6 sessions per week |
|------|---|---|---|

**Clinical Innovations:**

| | |
|---|---|
| Contact Dermatitis and Occupational Dermatology Unit / Tufts Medical Center | First to establish a Contact Dermatitis and Occupational Dermatology Unit at Tufts Medical Center (TMC). |
| GME approved Contact Dermatitis Fellowship / Tufts Medical Center | First to establish a GME approved Contact Dermatitis and Occupational Dermatology Fellowship at TMC. |
| Fragrance-Free | First to report that "fragrance-free" is not free of fragrance materials (JAAD 1999; 41:1020-4) |
| Contact Allergens Causing Urticaria | First to retrospectively study contact allergens causing chronic idiopathic urticaria in an American series (Dermatitis 2012; 23 (3): 110-116) |
| Patch Test Results | First to retrospectively study patch test results in a series of patients concurrently on various oral immunosuppressants and immunomodulatory agents (Dermatitis 2009; 20(5): 265-70) |
| Sorbitan Sesquioleate | First to report that sorbitan sesquioleate, a common emulsifier in topical corticosteroids, is an important contact allergen (Dermatitits 2008; 19(6): 323-7) |
| Patch Test Results of Psoriasis Patients | First to report on patch test results of psoriasis patients on biologic therapy (Dermatitis 2014; 25(4): 182-90) |
| Contact Dermatitis and Occupational Dermatology Unit / Brigham and Women's Hosptial | First to establsh a Contact Dermatitis and Occupational Dermatology Program at Brigham and Women's Hospital (BWH). |
| GME approved Contact Dermatitis Fellowship / Brigham and Women's Hospital | First to establish a GME approved Contact Dermatitis and Occupational Dermatology Program at BWH. |
| Ostomy Products in Contact Dermatitis | Member of team to report that ostomy products are significant sources of contact dermatitis in ostomy patients. |
| Dilute Chlorine Hand Washes | Member of team to first report that dilute chlorine hand washes do not cause significantly more hand dermatitis than soap and water or hand sanitizers in settings of multiple hand washings. |
| Benzalkonium Chloride | Reported that benzalkonium chloride and potential cross reacting chemicals present in many popular over the counter eczema/sensitive skin products, are associated with significant contact sensitization and should be used with caution in patients with impaired skin barriers. |
| Nickel 5% | First to report that nickel 5% is significantly more sensitive than nickel 2.5% in detecting nickel contact allergy and recommend further investigation for use in testing to this concentration in North America. |
| Dupilumab | Reported use of atopic dermatitis drug, dupilumab, as useful for treating allergic contact dermatitis (Dermatol Ther 2018; 31(6):e12701). |

| | |
|---|---|
| Contact Urticarial Allergens | Reported on contact urticarial allergens causing dermatitis and recalcitrant cutaneous and non-skin symptoms which could only have been elucidated via a 20 minute occlusion time investigating for urticarial responses to allergens, rather than the usual 48 hours of occlusion (Dermatitis 2019; 30 (2): 168-169). |
| Eyelid ACD | Have presented findings of dramatic cures of eyelid dermatitis patients via avoidance of topical and sometimes ingested allergens at national invited lectures/meetings. |
| Frontal Fibrosing Alopecia/Lichen planopilaris and ACD | Member of a team to report on potential role of contact allergens in FFA/LPP |
| Occupational ACD | Reported prevalence of occupational ACD (3.9%) in 458 consecutive dermatitis patients, finding health care workers and hair dressers as the most common occupations in our cohort with rubber additives followed by cosmetic/preservative and textile allergens as most common classes of allergens. |
| Clinical Relevance | Presented at BWH Grand Rounds about clinical relevance determination immediately post patch testing. Emphasized that often one cannot accurately predict which allergens are clinically relevant until time has elapsed and patient performs allergen avoidance. |

## Report of Education of Patients and Service to the Community
*No presentations below were sponsored by 3rd parties/outside entities*

### Activities

| | |
|---|---|
| 2005 | Maimonides School, Brookline, MA / Lecturer "ABCDs of Moles" Lecture to grade school students. |
| 2011, 2012 | Massachusetts State House Skin Cancer Screenings / Volunteer |
| 2016 | Maimonides High School / Lecturer and Mentor Lectured and mentored high school students in the Moc Docs Club. |
| 2018 | Congregation Shaarei Tefillah, Newton, MA / Invited Speaker Synagogue educational forum, how Judaism influences my practice of dermatology. |
| 2019 | Boston Healthcare for the Homeless / Volunteer Volunteer for Boston Healthcare for the Homeless Screening in Boston, MA under the direction of Molly Cavanaugh-Hussey, M.D., MPH |
| 2019 | Met with Irina Mordukhovich, PhD, MSPH, Research Associate, Harvard School of Public Health to discuss textile allergic contact dermatitis for a project she is conducting re textile contact allergy in the airline industry, July 2019 |
| 2019 | Met with Caitrin Lynch, PhD, Professor of Anthropology, Olin College of Engineering to discuss textile contact allergy and other contact dermatitis related subjects for a research project she is conducting, July 2019 |

**Educational Material for Patients and the Lay Community:**
*Books, monographs, articles and presentations in other media*

| | | | |
|---|---|---|---|
| 1998 | Nickel Allergy and Body Piercing | Interview | NECN |
| 1998 | The use of Ivy block for prevention of poison ivy | Interview | NBC |
| 1999 | Nickel Allergy | Interview | Reuters |
| 1999 | Nickel Allergies on the Rise | Interview | Dermatology Times |
| 1999 | Inclusion of Fragrance Materials in Fragrance-Free Products | Interview | Web MD |
| 2005 | Topical Scrubs and Irritant Dermatitis | Interview | Simple Magazine |
| 2006 | Inclusion of Fragrance Materials in Fragrance-Free Products | Interview | NBC News |
| 2007 | Article discussing Fragrance Allergy presentation at the Summer American Contact Dermatitis Society Meeting, Hershey, PA | Article | Skin and Allergy News |
| 2009-2010 | Mayo Clinic Reviewing Cross Reacting Chemicals | Volunteer Consultant to Jimmy Yiannes, M.D. | Contact Allergen Replacement Database |
| 2010 | Skin Care Product Entries | Judge | National Parenting Publications Awards (NAPPA) Website |
| 2011 | Poison Ivy | Interview | Web MD |
| 2011 | Topical corticosteroids with sorbitans can spur allergic reaction | Front Cover (Brienne Cressey's presentation at the ACDS annual meeting in New Orleans) | International Medicine News |
| 2016 | Allergy to Preservatives | Interview by Natalie Engler | SkinSafe Article |

*Patient educational material*

| | | |
|---|---|---|
| Patch testing and contact dermatitis used for patient teaching | Scripted and appeared in educational video for patients at Tufts Medical Center and Brigham and Women's Department of Dermatology | www.vidscrip.com/drpamelascheinman |

| | |
|---|---|
| Contact Allergens | Created educational handouts on contact allergens for patients used in Dermatology Clinics |

**Recognition:**

| | | |
|---|---|---|
| 2005 | "Who's who in Medicine Academia" | |
| 2008 | Referenced in General Dermatology Textbook: Bolognia JL, Jorizzo JL, Rapini RP: *Dermatology*, 2nd ed, Mosby 2008, vol 1 (page 218), about my work exposing fragrance chemicals in some "fragrance-free" products. | |
| 2008 | Referenced in Contact Dermatitis Textbook: Rietschel RL and Fowler JF: *Fisher's Contact Dermatitis*, 6th ed, BC Decker, Inc 2008 (page 399), about my work exposing fragrance chemicals in some "fragrance-free" products. | |
| 2014 | The Global Directory of Who's Who: Top Doctors | |
| 2015 | Top Dermatologist | International Association of Dermatologists |
| 2017-2020 | Top Doctor | Castle Connolly, Boston Magazine |
| 2018-2020 | Exceptional Women in Medicine Award | Castle Connolly |
| 2018-2020 | Regional Top Doctor | Castle Connolly |
| 2019 | Referenced in Contact Dermatitis Textbook: Fowler JF and Zirwas MJ: *Fisher's Contact Dermatitis*, 7th ed, Contact Dermatitis Institute (page 337), about my work exposing fragrance chemicals in some "fragrance-free" products. | |
| 2019 | Special recognition for teaching of Occupational and Environmental Medicine Residents (OEMR), written up in OEMR Annual Report | Harvard School of Public Health |

## Report of Scholarship
**Peer-Reviewed Scholarship in print or other media:**
**Research Investigations**

1. **Scheinman PL**, Peck GL, Rubinow Dr., DiGiovanna JJ, Abangan DL, Ravin PD. Acute depression from isotretinoin. J Am Acad Dermatol 1990 Jun;22(6 Pt 1):1112-14. PMID: 2142496
2. Asarch A, **Scheinman PL**. Sorbitan Sesquioleate, a Common Emulsifier in Topical Corticosteroids, is an Important Contact Allergen. Dermatitits. 2008 Nov-Dec;19(6):323-7. PMID: 19134436

3. Asarch A, **Scheinman P**. Sorbitan Sesquioleate: An Emerging Contact Allergen. Dermatitis. 2008 Nov-Dec;19(6):339-41. PMID: 19134439

4. Asarch A, Gottlieb A, Lee J, Masterpol K, **Scheinman PL**, Stadecker M, Massaroti E, Bush ML. Lichen Planus-like eruptions: an emerging side effect of TNF-Alpha antagonists. J Am Acad Dermatol. 2009 Jul;61(1):104-11. doi: 10.1016/j.jaad.2008.09.032. Review. PMID: 19539844

5. Rosmarin D, Asarch A, Gottlieb A, **Scheinman PL**. Patch-testing while on systemic immunosuppressants. Dermatitis. 2009 Sep-Oct;20(5):265-70. PMID: 19808001

6. Volf E, Au SC, Dumont N, **Scheinman P**, Gottlieb AB. A Phase 2, Open-Label, Investigator-Initiated Study to Evaluate the Safety and Efficacy of Apremilast in Subjects with Recalcitrant Allergic Contact or Atopic Dermatitis. J Drugs Dermatol. 2012 Mar;11(3):341-346. PMID: 22395585

7. Hession M, **Scheinman P**. The role of contact allergens in chronic idiopathic urticaria. Dermatitis. 2012 May-Jun;23(3):110-116. doi: 10.1097/DER.0b013e318250b448.PMID: 22653171

8. Cressey B, **Scheinman P**. Contact Allergy to Sorbitans, a follow up study. Dermatitis. 2012 Jul-Aug;23(4):158-161. doi: 10.1097/DER.0b013e318260d75f. PMID: 22828254

9. Kim N, Notik S, Gottlieb A, **Scheinman P** . Patch Test Results in Psoriasis Patients on Biologics. Dermatitis 2014 Jul-Aug; 25 (4): 182-90. doi. 10.1097/DER.0000000000000056. PMID: 25000235

10. Cressey B, Viswanath BR, **Scheinman P**, Silvestri D, MceEntee N, Livingston V, Lacouture M, Zippin JH. Stoma care products represent a common and previously underreported source of peristomal contact dermatitis. Contact Dermatitis. 2017 Jan;76(1):27-33. doi: 10.1111/cod.12678. Epub 2016 Aug 31. PMID: 27576564; PMCID: PMC5523875

11. Wolfe MK, Wells E, Mitro B, Desmarais AM, **Scheinman P**, Lantange D. Seeking Clearer Recommendations for Hand Hygiene in Communities Facing Ebola: A Randomized Trial Investigating the Impact of Six Handwashing Methods on Skin Irritation and Dermatitis. PLOS One. 2016 Dec 28;11(12):e0167378. doi:10.1371/journal.pone.0167378. eCollection 2016. PMID: 28030544; PMCID: PMC5193384

12. Wolfe MK, Gallandat K, Daniels K, Desmarais AM, **Scheinman P**, Lantange D. Handwashing and Ebola virus disease outbreaks: A randomized comparison of soap, hand sanitizer, and 0.05% chlorine solutions on the inactivation and removal of model organisms Phi6 and *E. coli* from hands and persistence in rinse water. PLOS ONE 2017 Feb 23;12(2):e0172734. doi: 10.1371/journal.pone.0172734. eCollection 2017. PMID: 28231311; PMCID: PMC5322913

13. Isaac J, **Scheinman PL**. Benzalkonium chloride, an irritant and sensitizer. Dermatitis. 2017 28(6):346-352. doi: 10.1097/DER.0000000000000316. PMID: 28885313

14. Zhu H, Suresh R, Farahnik B, Jeon C, Warshaw E, **Scheinman P**, Mowad C, Botto N, Brod B, Taylor J, Atwater A, Watsky K, Schalock P, Machler B, Helms S, Jacob S, Murase J. Survey of Patch Test Business Models in the United States by the American Contact Dermatitis Society; Dermatitis. 2018 Mar-Apr;29(2):85-88. doi: 10.1097/DER.0000000000000355. PMID: 29494395

15. Goldminz AM, **Scheinman PL**. A comparative study of nickel sulfate 2.5% and nickel sulfate 5% for the detection of nickel contact allergy. Dermatitis. 2018; Nov/Dec;29 (6) :321-323. doi: 10.1097/DER.0000000000000419. PMID: 30422885

16. Prasad S, Marks DH, Burns L, De Souza B, Flynn EA, **Scheinman P**, Silvestri D, Yu J, LoSicco K, MM Senna. Patch testing and contact allergen avoidance in patients with lichen planopilaris and/or frontal fibrosing alopecia: a cohort study. J Am Acad Dermatol. 2020; 83(2):659-661.

17. Lertphanichkul C, **Scheinman P**. Occupational allergic contact dermatitis (OACD) in a cohort of 458 consecutive dermatitis patients; A case series of 17 patients with OACD. J Am Acad Dermatol. 2020 Jun 1;S0190-9622(20)31008-2

**Other peer-reviewed scholarship**

1. **Scheinman PL**, Helm KF, Fairley JA. Acral necrosis in a patient with chronic renal failure. Arch Dermatol. 1991 Feb;127(2):248-9, 251-2. PMID: 1990994

2. **Scheinman PL**. Acral subacute cutaneous lupus erythematosus: an unusual variant. J Am Acad Dermatol. 1994 May;30(5 Pt 1):800-801. PMID: 8176027

3. **Scheinman PL**. Klippel-Trenaunay-Weber Syndrome mimicking Pyoderma Gangrenosum. Int J Dermatol. 1995 Oct;34(10):717-9. PMID: 8537163

4. **Scheinman PL**. Allergic Contact Dermatitis to Fragrance: A Review. Am J Contact Dermat. 1996 Jun;7(2): 65-76. PMID: 8796745

5. **Scheinman PL**. Is it really fragrance-free? Am J Contact Dermat. 1997 Dec;8(4):239-242. PMID: 9358119

6. **Scheinman PL**. The foul side of fragrance-free products: What every clinician should know about managing patients with fragrance allergy. J Am Acad Dermatol. 1999 Dec;41(6):1020-4. PMID: 10570392

7. **Scheinman PL**. The foul side of fragrance-free products. J Am Acad Dermatol. 2000 Jun;42(6):1087. PMID: 10827419.

8. **Scheinman PL**. Prevalence of fragrance allergy. Dermatology. 2002;205(1):98-102. PMID: 12145450

9. **Scheinman PL**. Exposing covert fragrance chemicals. Am J Contact Dermat. 2001 Dec;12(4):225-228. Review. PMID: 11753900

10. Davis MD, Mowad CM, **Scheinman PL**. Orthopedic prostheses: is there any point in patch testing? Dermatitis. 2004 Dec;15(4):210-212. PMID: 15842067

11. Olupona, T, **Scheinman PL**. Successful patch testing despite concomitant low dose prednisone use. Dermatitis. 2008 Mar-Apr;19(2):117-118. PMID: 18413118

12. Rosmarin D, Bush M, **Scheinman PL**. Patch testing a patient with allergic contact hand dermatitis who is taking infliximab. J Am Acad Dermatol. 2008 Jul;59(1):145-7. doi: 10.1016/j.jaad.2008.02.016. Epub 2008 May 12. PMID: 18468722

13. Yu Y, **Scheinman PL**. Lip and perioral dermatitis caused by propyl gallate. Dermatitis. 2010 Mar-Apr;21(2):118-9. PMID: 20233553

14. Szyfelbein Masterpol K, Gottlieb AB, **Scheinman PL**. Systemic contact dermatitis presenting as lichen planus of the lip. Dermatitis 2010 Jul-Aug;21(4):218-19. PMID: 20646675

15. Hession MT, **Scheinman PL**. Lymphomatoid allergic contact dermatitis mimicking cutaneous T-cell lymphoma. Dermatitis. 2010 Jul-Aug;21(4);220. PMID: 20646676

16. Andrews ID, **Scheinman P**. Systemic hypersensitivity (without cutaneous manifestations) to an implantable cardioverter defibrillator. Dermatitis. 2011 May;22(3):161-4. PMID: 21569746

17. Cressey BD, **Scheinman PL**. Periocular Dermatitis from Systemic Exposure to Nickel in a Palatal Expander and Dental Braces. Dermatitis. 2012 Jul-Aug;23(4):179. doi: 10.1097/DER.0b013e318260d5e5. PMID: 22828260

18. Cressey BD, **Scheinman PL**. Systemic contact dermatitis of the lips due to an allergy to an antimicrobial agent in a contact lens disinfecting solution. Contact Dermatitis. 2012 Oct;67(4):239-40. doi: 10.1111/j.1600-0536.2012.02088.x. PMID: 22957487

19. Botto NC, Penn EH, Grant BM, Kogelman L, Gottlieb AB, **Scheinman PL**. Diffuse crusting of the skin. Cutis. 2015 Aug;96(2):E1-3. PMID: 26367755

20. Mowad CM, Anderson B, **Scheinman P**, Pootongkam S, Nedorost S, Brod B. Allergic Contact Dermatitis: Patient Diagnosis and Evaluation. J Am Acad Dermatol. 2016 Jun;74(6):1029-40. doi: 10.1016/j.jaad.2015.02.1139. Review. PMID: 27185421

21. Mowad CM, Anderson B, **Scheinman P**, Pootongkam S, Nedorost S, Brod B. Allergic Contact Dermatitis: Patient Management and Education. J Am Acad Dermatol. 2016 Jun;74(6):1043-54. doi: 10.1016/j.jaad.2015.02.1144. Review. PMID: 27185422

22. Schalock PC, Crawford G, Nedorost S, **Scheinman PL**, Atwater AR, Mowad C, Brod B, Ehrlich A, Watsky KL, Sasseville D, Silvestri D, Worobec SM, Elliott JF, Honari G, Powell DL, Taylor J,

DeKoven J. Patch Testing for Evaluation of Hypersensitivity to Implanted Metal Devices: A Perspective From the American Contact Dermatitis Society. Dermatitis. 2016 Sep-Oct;27(5):241-7. doi: 10.1097/DER.0000000000000210. Review. PMID: 27649347

23. Shutty B, **Scheinman PL**. Occupationally Induced Allergic Contact Dermatitis to Aerosolized Quaternary Ammonium Compounds. Dermatitis 2017;28(6):369. doi: 10.1097/DER.0000000000000326. PMID: 29135682

24. Shutty BG, **Scheinman PL**. Allergic contact mucositis caused by metal: a covertly located permanent dental retainer. Contact Dermatitis. 2018 Jan;78(1):88-90. doi: 10.1111/cod.12848. PubMed PMID: 29265445.

25. Goldminz, A, Wald M, **Scheinman PL**. Positive occluded patch test in the face of negative repeat open application test. Dermatitis 2018; 29 (3):162-3. doi: 10.1097/DER.0000000000000372. PMID: 29762209

26. Zhu H, Suresh R, Warshaw E, **Scheinman P**, Mowad C, Botto N, Brod B, Taylor J, Atwater A, Watsky K, Schalock P, Machler B, Helms S, Jacob S, Murase J; A review of the medical necessity of comprehensive patch testing. Dermatitis 2018;29 (3):107-111. doi: 10.1097/DER.0000000000000362. Review. PMID: 29613858

27. Goldminz AM, **Scheinman PL**. A case series of dupilumab-treated allergic contact dermatitis patients. Dermatol Ther 2018; 31(6):e12701. doi: 10.1111/dth.12701. Epub 2018 Sep 24. PMID: 30246906

28. Isaac J, Goldminz AM, **Scheinman PL**. "Pink Sign": The importance of short-term occlusive testing in suspected cases of contact urticaria. Dermatitis. 2019 Mar/Apr;30(2) :168-169. doi: 10.1097/DER.0000000000000441. PMID: 30829798

29. Isaac J, Goldminz AM, **Scheinman PL**. Don't forget the sponge. Contact Dermatitis. 2019 Mar 20. doi: 10.1111/cod.13270. [Epub ahead of print] PMID: 30891773

**Non-peer reviewed scholarship in print or other media:**

**Reviews, chapters, monographs and editorials**
1. Practical Contact Dermatitis: A Handbook for the Practitioner. Jere Guin (ed). **Scheinman PL**. Arch Dermatol 1995; 131(11):1347.
2. Lee-Bellantoni M, Gunkel J, **Scheinman PL**. Defibrillator Dermatitis. US Dermatology Reviews 2007. Touch Briefings, London, UK. November 2007.
3. Asarch A, **Scheinman P**. Focus on the non-T.R.U.E. Test Allergen – Sorbitans. Skin and Aging, November 2008.
4. **Scheinman P**. Allergic contact Dermatitis: Educating the patient. The Dermatologist (formerly Skin and Aging), August 2012; 20 (8): 21-26.
5. Watson A, Johnson N, **Scheinman P.** Dermatitis of the Vulva. In: Up to Date, Post TW (Ed), UpToDate, Waltham, MA (Accessed on December 28, 2018.)

**Professional educational materials or reports, in print or other media:**
2014    Created a video explaining allergic contact dermatitis and the patch test procedure: www.vidscrip.com/drpamelaschlinman

2016, 2018, 2020  Invited lecturer for audio recording of "Contact Dermatitis and Patch Testing" for Brigham Board Review in Allergy & Immunology, CME course

**Abstracts, Poster Presentations and Exhibits Presented at Professional Meetings:**
1. Kim N, Gottlieb A, **Scheinman P**. A Case Control Review of patch test results in psoriasis patients on biologics.   Dermatitis 2013; 24(4): 8.

2.  Badri O, Patil A, Peters T, Lian C, Granter S, **Scheinman P**. A 65- year-old woman with self-healing recurrent eruption of pruritic erythematous papules. New England Dermatological Society Meeting, Massachusetts General Hospital, January 2016.
3.  Gunasekera N, Butler D, Lezcano M, Clark R, MD, **Scheinman P,** Liu S, Nambudiri V. A 47 year old woman with refractory dermatitis of the hand following puncture injury. New England Dermatological Society Meeting, Lahey Clinic, MA, October, 2016
4.  Storer M, Maniar LG, Goldberg L, **Scheinman PL**. A 50-year old man with recurrent hemorrhagic bullae on the lips, nasal mucosa, and dorsal hands and feet. New England Dermatological Society Meeting, Lahey Clinic, MA, October, 2016.
5.  Vedak P, **Scheinman P**. Follow up case: Systemic Amyloidosis; A 50-year old man with recurrent hemorrhagic bullae on the lips, nasal mucosa, and dorsal hands and feet. New England Dermatological Society Meeting, Beth Israel Deaconness Medical Center, February **2018**.
6.  Goldminz A, **Scheinman P**. Perioral dermatitis in a saxophone player. New England Dermatological Society Meeting, Beth Israel Deaconness Medical Center, February **2018**

## Narrative Report

I founded and directed the Contact Dermatitis and Occupational Dermatology Unit at Tufts Medical Center from 1994- 2014. In September 2014, I joined the Dermatology Department at BWH. Seventy five percent of my time is dedicated to clinical activities, 20 % to clinical research and 5 % to administration.

**My Area of excellence** is in **Clinical Expertise and Innovation**. I am an expert in the field of Contact Dermatitis and Occupational Dermatology. In 1994, I established a Contact Dermatitis and Occupational Dermatology Unit at Tufts Medical Center and then 20 years later, I established a Contact Dermatitis and Occupational Dermatology Program at BWH. Over the years I have diagnosed and treated thousands of tertiary care patients with the most refractory types of dermatitis, referred from dermatologists, allergists, ophthalmologists, occupational medicine specialists, oral medicine specialists, pediatricians, orthopedists, and internists throughout United States and abroad.

I patch test greater than 450 patients yearly, the majority referred from practices outside BWH dermatology. Our Fellowship is one of the handful of department- sponsored, GME- approved Contact Dermatitis and Occupational Dermatology Fellowships in the United States.

My previous Fellow was selected to give an oral presentation at the 2020 annual ACDS meeting (which unfortunately was cancelled due to Covid-19) in reference to an epidemiologic study of 2138 consecutive dermatitis patients in our practice with contact allergy to ammonium persulfate in a 48 month period. We found 2.85% of our patients had either strong or extreme reactions to this bleaching agent/disinfectant. Our prevalence was much higher than that found by the NACDG (0.75%). Of those patients with definite clinical relevance, 86% had occupational ACD and 57% were hairdressers. It's important for physicians to be aware of allergy to persulfate, especially in hairdressers. A manuscript of our findings has been submitted to the Dermatitis journal and has received favorable reviews. I anticipate acceptance for publication soon.

The TRUE test is the only FDA approved patch testing device in the US. Our group has found 87% of strong or extreme reactions detected on extended testing were negative on TRUE test to the same allergens in the same dermatitis patients within a one year period. Approximately 1 strong or extreme reaction per patient was not detected via TRUE test, whether patients were retested within 8 weeks of TRUE test or 9-52 weeks after TRUE test. Our manuscript has been submitted for review.

Based on our group's findings of benzalkonium chloride (BAK) as a more prevalent allergen than methylisothiazolinone (MI) (Isaac J and Scheinman PL Dermatitis 2017; 28(6): 346), the NACDG decided to add BAK to its standard series as of February 2019; previously, BAK was not routinely tested by the NACDG.

My colleague and associate-director of our program has been awarded a visiting scholar research grant from the Human Skin Disease Resource Center at BWH to conduct research on allergen specific T cells. Our group has found that often questionable reactions on patch testing are indeed clinically relevant. We are recruiting patients to identify contact allergen-specific T cell clones present in different intensity patch test reactions to nickel including questionable (?), strong (2+) or extreme (3+) reactions. We will quantify inflammatory genes, immune pathways, and upstream regulators in these different intensity reactions. We hypothesize that ? reactions to nickel on patch testing will have similar gene and immunohistochemical expression and allergen specific T-cells compared to 2+ and 3+ reactions to nickel, albeit weaker in the ? reactions. We will also compare both sets of samples to controls. We hope our research will help patients by maximizing the ability to cure patients given all information gained by patch testing.

Our group has been collaborating with BWH Dermatology colleagues for an investigator- initiated study which has been approved for funding, for a study of treatment of allergic contact dermatitis patients with the atopic dermatitis drug, Dupilumab. Our group has previously published on a case series of patients with ACD cured with Dupilumab.

Another previous Fellow has had a manuscript published in the JAAD detailing occupational allergic contact in 17 (3.7%) dermatitis patients among 458 consecutive dermatitis patients patch tested by us. The most common occupations in our cohort were health care workers followed by hairdressers. The most common allergens by class were rubber additives followed by cosmetic/preservative and textile allergens followed by metals.

**Significant Supporting Activities:**

**Administration**
I am section co-editor for the Occupational Dermatitis section, Dermatitis journal and, therefore, am responsible for selecting the most clinically important occupational articles to be published in the Dermatitis journal. Additionally, I am a member of the American Contact Dermatitis Society's (ACDS) Clinical Research Award Committee which decides which clinical research grant applications to fund for a given year.

**Teaching and Education**
Over the past 30 years I have regularly taught Dermatology residents in clinic and via didactics. I have mentored medical students, residents, and fellows who have attained various academic achievements.

In July 2015, I received approval from the Partners Education Committee to begin the first Contact Dermatitis and Occupational Dermatology Fellowship at BWH. As of July 2020, I completed training my first four Fellows; My first Fellow began his own Contact Dermatitis and Occupational Dermatology Practice in Florida. My second Fellow has joined our faculty at BWH, is associate-director of our program, and is continuing his clinical and research activities in allergic contact dermatitis and is a wonderful addition to our program. My third Fellow, a dermatologist from Thailand, has initiated a Contact Dermatitis and Occupational Dermatology Program in her hospital in Thailand. My fourth Fellow, a dermatologist from Saudi Arabia, plans to establish his own Contact Dermatitis Program in his city.

**National/International Recognition**
I have been elected 3 times by vote of the national membership of the ACDS to leadership positions within that organization. I have been invited to speak at many national meetings/conferences and academic centers and have been invited to speak internationally. I have been interviewed for web-based and print publications, on radio and TV for various contact dermatitis-related subjects.

**In Summary**
I am very happy to have joined the illustrious clinicians and researchers at BWH's Dermatology Department. I have founded a Contact Dermatitis and Occupational Dermatology Program at BWH and trained my first three Fellows. I will be collaborating with T cell and other experts within BWH in conducting clinical and translational research. I anticipate that the BWH Contact Dermatitis and Occupational Dermatology Program will be a magnet for dermatitis patients, clinical/translational research and clinical trials.