# EXHIBIT B

# EXHIBIT B

# PUBLICATIONS LAST 10 YEARS

1. Volf E, Au SC, Dumont N, **Scheinman P**, Gottlieb AB. A Phase 2, Open-Label, Investigator-Initiated Study to Evaluate the Safety and Efficacy of Apremilast in Subjects with Recalcitrant Allergic Contact or Atopic Dermatitis. J Drugs Dermatol. 2012 Mar;11(3):341-346. PMID: 22395585
2. Hession M, **Scheinman P**. The role of contact allergens in chronic idiopathic urticaria. Dermatitis. 2012 May-Jun;23(3):110-116. doi: 10.1097/DER.0b013e318250b448.PMID: 22653171
3. Cressey B, **Scheinman P**. Contact Allergy to Sorbitans, a follow up study. Dermatitis. 2012 Jul-Aug;23(4):158-161. doi: 10.1097/DER.0b013e318260d75f. PMID: 22828254
4. Kim N, Notik S, Gottlieb A, **Scheinman P** . Patch Test Results in Psoriasis Patients on Biologics. Dermatitis 2014 Jul-Aug; 25 (4): 182-90. doi. 10.1097/DER.0000000000000056. PMID: 25000235
5. Cressey B, Viswanath BR, **Scheinman P**, Silvestri D, MceEntee N, Livingston V, Lacouture M, Zippin JH. Stoma care products represent a common and previously underreported source of peristomal contact dermatitis. Contact Dermatitis. 2017 Jan;76(1):27-33. doi: 10.1111/cod.12678. Epub 2016 Aug 31. PMID: 27576564; PMCID: PMC5523875
6. Wolfe MK, Wells E, Mitro B, Desmarais AM, **Scheinman P**, Lantagne D. Seeking Clearer Recommendations for Hand Hygiene in Communities Facing Ebola: A Randomized Trial Investigating the Impact of Six Handwashing Methods on Skin Irritation and Dermatitis. PLOS One. 2016 Dec 28;11(12):e0167378. doi:10.1371/journal.pone.0167378. eCollection 2016. PMID: 28030544; PMCID: PMC5193384
7. Wolfe MK, Gallandat K, Daniels K, Desmarais AM, **Scheinman P**, Lantagne D. Handwashing and Ebola virus disease outbreaks: A randomized comparison of soap, hand sanitizer, and 0.05% chlorine solutions on the inactivation and removal of model organisms Phi6 and *E. coli* from hands and persistence in rinse water. PLOS ONE 2017 Feb 23;12(2):e0172734. doi: 10.1371/journal.pone.0172734. eCollection 2017. PMID: 28231311; PMCID: PMC5322913
8. Isaac J, **Scheinman PL**. Benzalkonium chloride, an irritant and sensitizer. Dermatitis. 2017 28(6):346-352. doi: 10.1097/DER.0000000000000316. PMID: 28885313
9. Zhu H, Suresh R, Farahnik B, Jeon C, Warshaw E, **Scheinman P**, Mowad C, Botto N, Brod B, Taylor J, Atwater A, Watsky K, Schalock P, Machler B, Helms S, Jacob S, Murase J. Survey of Patch Test Business Models in the United States by the American Contact Dermatitis Society; Dermatitis. 2018 Mar-Apr;29(2):85-88. doi: 10.1097/DER.0000000000000355. PMID: 29494395
10. Goldminz AM, **Scheinman PL**. A comparative study of nickel sulfate 2.5% and nickel sulfate 5% for the detection of nickel contact allergy. Dermatitis. 2018; Nov/Dec;29 (6) :321-323. doi: 10.1097/DER.0000000000000419. PMID: 30422885
11. Prasad S, Marks DH, Burns L, De Souza B, Flynn EA, **Scheinman P,** Silvestri D, Yu J, LoSicco K, MM Senna. Patch testing and contact allergen avoidance in patients with lichen planopilaris and/or frontal fibrosing alopecia: a cohort study. J Am Acad Dermatol. J Am Acad Dermatol. 2020; 83(2):659-661.
12. Lertphanichkul C, **Scheinman P**. Occupational allergic contact dermatitis (OACD) in a cohort of 458 consecutive dermatitis patients; A case series of 17 patients with OACD. J Am Acad Dermatol. 2020 Jun 1;S0190-9622(20)31008-2

**Other peer-reviewed scholarship**
1. Yu Y, **Scheinman PL**. Lip and perioral dermatitis caused by propyl gallate. Dermatitis. 2010 Mar-Apr;21(2):118-9. PMID: 20233553
2. Szyfelbein Masterpol K, Gottlieb AB, **Scheinman PL**. Systemic contact dermatitis presenting as lichen planus of the lip. Dermatitis 2010 Jul-Aug;21(4):218-19. PMID: 20646675
3. Hession MT, **Scheinman PL**. Lymphomatoid allergic contact dermatitis mimicking cutaneous T-cell lymphoma. Dermatitis. 2010 Jul-Aug;21(4);220. PMID: 20646676
4. Andrews ID, **Scheinman P**. Systemic hypersensitivity (without cutaneous manifestations) to an implantable cardioverter defibrillator. Dermatitis. 2011 May;22(3):161-4. PMID: 21569746
5. Cressey BD, **Scheinman PL**. Periocular Dermatitis from Systemic Exposure to Nickel in a Palatal Expander and Dental Braces. Dermatitis. 2012 Jul-Aug;23(4):179. doi: 10.1097/DER.0b013e318260d5e5. PMID: 22828260
6. Cressey BD, **Scheinman PL**. Systemic contact dermatitis of the lips due to an allergy to an antimicrobial agent in a contact lens disinfecting solution. Contact Dermatitis. 2012 Oct;67(4):239-40. doi: 10.1111/j.1600-0536.2012.02088.x. PMID: 22957487
7. Botto NC, Penn EH, Grant BM, Kogelman L, Gottlieb AB, **Scheinman PL**. Diffuse crusting of the skin. Cutis. 2015 Aug;96(2):E1-3. PMID: 26367755
8. Mowad CM, Anderson B, **Scheinman P**, Pootongkam S, Nedorost S, Brod B. Allergic Contact Dermatitis: Patient Diagnosis and Evaluation. J Am Acad Dermatol. 2016 Jun;74(6):1029-40. doi: 10.1016/j.jaad.2015.02.1139. Review. PMID: 27185421
9. Mowad CM, Anderson B, **Scheinman P**, Pootongkam S, Nedorost S, Brod B. Allergic Contact Dermatitis: Patient Management and Education. J Am Acad Dermatol. 2016 Jun;74(6):1043-54. doi: 10.1016/j.jaad.2015.02.1144. Review. PMID: 27185422
10. Schalock PC, Crawford G, Nedorost S, **Scheinman PL**, Atwater AR, Mowad C, Brod B, Ehrlich A, Watsky KL, Sasseville D, Silvestri D, Worobec SM, Elliott JF, Honari G, Powell DL, Taylor J, DeKoven J. Patch Testing for Evaluation of Hypersensitivity to Implanted Metal Devices: A Perspective From the American Contact Dermatitis Society. Dermatitis. 2016 Sep-Oct;27(5):241-7. doi: 10.1097/DER.0000000000000210. Review. PMID: 27649347
11. Shutty B, **Scheinman PL**. Occupationally Induced Allergic Contact Dermatitis to Aerosolized Quaternary Ammonium Compounds. Dermatitis 2017;28(6):369. doi: 10.1097/DER.0000000000000326. PMID: 29135682
12. Shutty BG, **Scheinman PL**. Allergic contact mucositis caused by metal: a covertly located permanent dental retainer. Contact Dermatitis. 2018 Jan;78(1):88-90. doi: 10.1111/cod.12848. PubMed PMID: 29265445.
13. Goldminz, A, Wald M, **Scheinman PL**. Positive occluded patch test in the face of negative repeat open application test. Dermatitis 2018; 29 (3):162-3. doi: 10.1097/DER.0000000000000372. PMID: 29762209
14. Zhu H, Suresh R, Warshaw E, **Scheinman P**, Mowad C, Botto N, Brod B, Taylor J, Atwater A, Watsky K, Schalock P, Machler B, Helms S, Jacob S, Murase J; A review of the medical necessity of comprehensive patch testing. Dermatitis 2018;29 (3):107-111. doi: 10.1097/DER.0000000000000362. Review. PMID: 29613858
15. Goldminz AM, **Scheinman PL**. A case series of dupilumab-treated allergic contact dermatitis patients. Dermatol Ther 2018; 31(6):e12701. doi: 10.1111/dth.12701. Epub 2018 Sep 24. PMID: 30246906

16. Isaac J, Goldminz AM, **Scheinman PL**. "Pink Sign": The importance of short-term occlusive testing in suspected cases of contact urticaria. Dermatitis. 2019 Mar/Apr;30(2):168-169. doi: 10.1097/DER.0000000000000441. PMID: 30829798
17. Isaac J, Goldminz AM, **Scheinman PL**. Don't forget the sponge. Contact Dermatitis. 2019 Mar 20. doi: 10.1111/cod.13270. [Epub ahead of print] PMID: 30891773

**Reviews, chapters, monographs and editorials**
1. **Scheinman P**. Allergic contact Dermatitis: Educating the patient. The Dermatologist (formerly Skin and Aging), August 2012; 20 (8): 21-26.
2. Watson A, Johnson N, **Scheinman P.** Dermatitis of the Vulva. In: Up to Date, Post TW (Ed), UpToDate, Waltham, MA (Accessed on December 28, 2018.)