# EXHIBIT C

# EXHIBIT C

## DOCUMENTS REVIEWED

|   |   | Bates No. |
|---|---|---|
| 1 | Various Patch tests with redactions for PP1 | PLS-0061 |

|   | **TexTest**<br>**Laboratory reports dated and numbered as follows:** | Bates No. |
|---|---|---|
| 2 | 06/26/2019, Report Number 8608 | PLS-0062 |
| 3 | 08/28/2019, Report Number 8999 | PLS-0063 |
| 4 | 08/28/2019, Report Number 9000 | PLS-0065 |
| 5 | 08/28/2019, Report Number 9001 | PLS-0066 |
| 6 | 08/28/2019, Report Number 9002 | PLS-0067 |
| 7 | 8/28/2019, Report Number 9003 | PLS-0068 |
| 8 | 08/28/2019, Report Number 9004 | PLS-0069 |
| 9 | 08/28/2019, Report Number 9005 | PLS-0070 |
| 10 | 08/28/2019, Report Number 9006 | PLS-0071 |
| 11 | 08/28/2019, Report Number 9007 | PLS-0072 |
| 12 | 08/28/2019, Report Number 9008 | PLS-0073 |
| 13 | 08/28/2019, Report Number 9009 | PLS-0074 |

|   | **Enthalpy Analytical**<br>**Laboratory reports dated and numbered as follows:** | PLS-0075 |
|---|---|---|
| 14 | 07/03/2019, Report Number 311031 | PLS-0076 |
| 15 | 3/12/2020, Report No. 318381 | PLS-0209 |
| 16 | 5/11/2020, Report No 319489 | PLS-0234 |

| | | |
|---|---|---|
| 17 | 08/18/2019, Report Number 312700 | PLS-0247 |

| | | |
|---|---|---|
| | **AFA Testing** | PLS-0126 |
| 18 | A Vista data for first 19 fabric samples summary<br>Vista data next set of samples 6 May 2020 | PLS-0182 |
| 19 | First set of results rec'd 12 Mar 2020 | PLS-0209 |
| 20 | Second set of results rec'd 11 May 2020 | PLS-0234 |
| 21 | Delta Uniform Finishes Testing Report | PLS-0257 |
| 22 | Delta Uniform Testing Comparison Report | PLS-0259 |
| 23 | Office notes for Cori Behrends by Allergy Immunology Office including pulmonary Function Test, Interpretation, Behrends patch testing | (PLS-02620-0269 also at PLS-0094-0112) |
| 24 | H. Durathon's patch test photos and result | PLS-0279 |
| 25 | Diana True heavy metal blood test result | PLS-0675 |
| 26 | Joe Abamonte allergy test | PLS-0533 |
| 27 | Michele Noren Patch test | PLS-0602 |
| 28 | Debra Baretta laboratory report from GPL-TOX and toxic metals urine test and hair test | PLS-0615 |
| 29 | Patch testing Diana True | (also at PLS-0113-15)<br>PLS-0673 |
| 30 | Veronica DeMaggio patch testing and letter | PLS-0682 |
| 31 | Intertox Report | PLS-0271 |

| | | |
|---|---|---|
| | **Uniform Testing**<br>**ALS Environmental**<br><br>**Laboratory reports dated and numbered as follows:** | |
| 32 | 08/16/2019, Report Number J1904629 | PLS-0387 |

| 33 | 09/13/2019, Report Number J1905056 | PLS-0472 |
|---|---|---|
| 34 | 09/16/2019, Report Number J1905053 | PLS-0427 |
| 35 | 11/04/2019, Report Number J1906234 | PLS-0486 |
| 36 | 11/04/2019, Report Number J1906237 | PLS-0509 |
|  | **MSC Testing** | PLS-0536 |
| 37 | Quantitative Summary of Medical Injuries related to Delta Uniforms (created by counsel) | PLS-0538 |
| 38 | Summary from early version Andrews Complaint for background | PLS-0540 |
| 39 | One page Delta Overview for background | PLS-0542 |
| 40 | OEKO Tex-Standard | PLS-0543 |
| 41 | NIOSH Report | PLS-0683 |
| 42 | Hohenstein report 4 Mar 2020 | PLS-0696 |
| 43 | Michael Marte Med Records-Dermatology Specialists Of Atlanta | PLS-0713 |
| 44 | Rachel Abukhdeir Medical records-Dermatology Specialists of Atlanta | PLS-0725 |
| 45 | Rachel Abukhdeir medical records-Southeastern Lung Care, PC | PLS-0741 |
| 46 | Plaintiff Questionnaire-Ayper Street | PLS-0771 |
| 47 | Plaintiff Questionnaire Franchesca Soto | PLS-0781 |
| 48 | Kathyrn Ude Quesitonnaire and Medical Records from Environmental Health Center Dallas | PLS-0793 |
| 49 | Stephanie Andrews Medical Records-Salt Lake City Allergy | PLS-0804 |
| 50 | Lynda Valdez Medical Records-Mt. Sinai Hospital | PLS-0821 |
| 51 | Michelle Warner records related to sensitization and medical records re eye doctor attributing problems to chemicals. | PLS-0839 |

|    | **Articles Relied Upon** |          |
|----|--------------------------|----------|
| 52 | 1) Mathias CT. Contact dermatitis and workers' compensation: criteria for establishing causation and aggravation. J Am Acad Dermatol 1989; 20:842-8 | PLS-0846 |
| 53 | 2) Meyer JD, Chen Y, Holt DL, Beck MH, Cherry NM. Occupational contact dermatitis in the UK: a surveillance report from EPIDERM and OPRA. *Occup Med.* 2000;50(4):265-273 | PLS-0853 |
| 54 | 3) Turner S, Carder M, van Tongeren M, et al. The incidence of occupational skin disease as reported to The Health and Occupation Reporting (THOR) network between 2002 and 2005. *Br J Dermatol.* 2007;157(4):713-722 | PLS-0862 |
| 55 | 4) Yu et al. Aopecia and associated toxic agents: A systematic review. Skin appendage disorders 2018; 245-260 | PLS-0872 |
| 56 | 5) Leonard A and Guttman-Yassky, The Unique Molecular Signatures of Contact Dermatitis and Implications for Treatment. Clin. Rev/ Allergy Immunol. 2019;56(1):1-8 | PLS-0888 |
| 57 | Consolidated Complaint without Appendix (not bates numbered) |   |

|    | **Excel Spreadsheets Produced By Lands' End- Not Bates Stamped** |   |
|----|------------------------------------------------------------------|---|
| 58 | Delta Below Wing Uniform Program (Dye Information) LENY00004705 |   |
| 59 | Delta Finishes Allergy Screening (Full Test List and Extractable Heavy Metal Comparison Chart) LENY00006118 |   |
| 60 | Delta Finishes Allergy Screening (Full Test List and Extractable Heavy Metal Comparison Chart) LEWI00000010 |   |