# EXHIBIT D

## **EXHIBIT D**

## **FEE SCHEDULE**

Hourly rate for review of documents and preparation of reports:     $500 per hour

Hourly rate for deposition and court appearances:     $750 per hour + travel + food expenses + lodging, as necessary, depending upon location .