# EXHIBIT B

## Hauser Expert Reports and Deposition Record as of June 2018

| Suit | Venue/Case No. | Type | Date |
|---|---|---|---|
| Nextec vs Brookwood | U.S. District Court, Southern District of New York Civil Action No. 1:07-CV-06901 | Expert Report Expert Report Trial Testimony | February 2012 April 2012 May 2012 |
| Coats Patent Infringment | Patent Trial and Appeal Board USP 6,105,214 | Expert Report | September 2013 |
| Nextec vs Brookwood | U.S. Court of Federal Claims Civil Action No. 1:13-CV-00242 | Expert Report Expert Report Deposition | January 2014 September 2014 October 2014 |
| Plaintiffs vs R.T.G. Furniture | U.S. District Court, Southern District of Florida Civil Action Mo. 9:15-CV-81139Cohen/Seltzer | Expert Report Deposition | December 2016 December 2016 |