# EXHIBIT C

Publications List for Peter J. Hauser, Ph.D.

Peter J. Hauser, Ph.D.
Professor Emeritus, North Carolina State University
1100 Glencastle Way
Raleigh, NC  27606
peterjhauser@gmail.com
919-274-9663

Publications
1) Hauser,P.J.,et al.,*Theor. Chim. Acta,* **24,** 78-88 (1972).
2) Schreiner,A.F.,et al.,*Inorg. Chem.,* **11,** 880-8 (1972).
3) Schreiner,A.F. and Hauser,P.J.,*Inorg. Chem.,* **11,** 2706-13 (1972).
4) Hauser,P.J.,et al.,*Inorg. Chem.,* **12,** 1347-52 (1973).
5) Hauser,P.J.,et al.,*Theor. Chim. Acta.,* **32,** 87-91 (1973).
6) Evans,R.S.,et al.,*Inorg. Chem.,* **13,** 901-5 (1974).
7) Hauser,P.J.,et al.,*Inorg. Chem.,* **13,** 1925-7 (1974).
8) Evans,R.S.,et al.,*Inorg. Chem.,* **13,** 2185-92 (1974).
9) Hauser,P.J. and Schreiner,A.F.,*Inorg. Chim. Acta,* **9,** 113-15 (1974).
10) Evans,R.S.,et al.,*Inorg. Chem.,* **14,** 163-70 (1975).
11) Hauser,P.J. and A.Bairathi, "New System for Improved Indigo Dyeing", *American Dyestuff Reporter,* **85**(8), 55-57,59 (1996).
12) Hauser,P.J. and J.N.Etters, "Saponification of Polyester Fiber: Optimizing Process Parameters for Denier Reduction", *American Dyestuff Reporter,* **86**(9), 15-18 (1997).
13) Hauser,P.J. and J.C.Montagnino, "Alkalinity Studies of Commercial Denim Fabrics", *American Dyestuff Reporter,* **87**(5), 24-29 (1998).
14) Hauser, P.J., "Innovative Wet Processing Solutions", *America's Textiles International,* **28**(1), 66-67 (1999).
15) Tabba, A.H., and P.J. Hauser, "Effect of Cationic Pretreatment on Pigment Printing of Cotton Fabric", *Textile Chemist and Colorist, 32(2),* 30-33 (2000).
16) Hauser, P.J., "ITMA-99 Finishing Review", *Textile Progress, 30*(1/2), 84-89 (2000).
17) Hauser, P.J., "Reducing Pollution and Energy Requirements in Cotton Dyeing", *Textile Chemist and Colorist and American Dyestuff Reporter,* **32**(6), 44-48, (2000).
18) Hauser, P.J., "Cationic Pretreatment of Cotton", *America's Textile Industries,* **29** (10), 42-46 (2000).
19) Hauser, P.J. and J.T. Merritt, "Improved Determination of Indigo on Fibers or Fabrics", *Textile Chemist and Colorist and American Dyestuff Reporter,* **32**(12), 33-35, (2000).
20) Merritt, J. T., III, Beck, K. R., Smith, C. B., Hauser, P. J., and Jasper, W. J., " Determination of Indigo in Dyebaths by Flow Injection Analysis and Redox Titrations", *AATCC Review,* **1**(4), 53-57, April 2001.
21) Mock, G. N.; P.J. Hauser, "Finishing First", *Textile industries,* **30**(6), pp.62, 64-69, (2001).
22)  Hauser, P.J., "Quick Turns: Finishing Trends", *Textile Industries,* **30**(9), 48 – 50 (2001).
23) McCord, M.G., Y. J. Hwang, L.K. Canup, P.J. Hauser, Y. Qiu, J. Cuomo, O. Hankins, and M.A. Bourham, "Modification of Nylon and Polypropylene Fabrics with Atmospheric Pressure Plasmas", *Textile Research Journal* , **72**(6), 491-498 (2002).
24) Hauser, P.J. and A.H. Tabba, "Improving the Environmental and Economic Aspects of Dyeing Cotton", *Coloration Technology,* **117**(5), 282-288 (2001).

Publications List for Peter J. Hauser, Ph.D.

25) Hauser, P.J. and A. H. Tabba, "Dyeing Cationic Cotton With Fiber Reactive Dyes: Effect Of Reactive Chemistries", *AATCC Review,* **2**(5), 53-56, May 2002.
26) Hauser, P.J., "Plasma Treatment of Textiles: Changing Fiber Surfaces", *Journal of Textile Apparel, Technology, and Management*, **2**(2), Spring 2002.
27) Draper, S.L., K.R. Beck, C.B. Smith, and P.J. Hauser, "Characterization of the Dyeing Behavior of Cationic Cotton with Direct Dyes", *AATCC Review,* **2**(10), 24-27, October 2002.
28) Kanik, M., and P.J. Hauser, "Printing of Cationised Cotton with Reactive Dyes", *Coloration Technology,* **118**(6), 300-306(2002).
29) Hauser, P.J. and M. Kanik, "Printing of Cationized Cotton with Acid Dyes", *AATCC Review*, **3**(3), 25-28(2003).
30) Cannon, K.M. and P.J. Hauser, "Color Assessment of Cationic Cotton Dyed with Fiber Reactive Dyes", *AATCC Review*, **3**(5), 21-23, May 2003.
31) Schindler, W. and P.J. Hauser, "Chemical Finishing of Textiles: Hand Builders", *International Textile Bulletin,* **49**(2), 68-71, May 2003.
32) Kanik M., and P.J. Hauser, "Ink-Jet Printing of Cationized Cotton Using Reactive Inks", *Coloration Technology,* **119**(4), 230-234 (2003).
33) Hashem, M., P.J. Hauser and C.B. Smith, "Wrinkle Recovery for Cellulosic Fabric by Means of Ionic Crosslinking", *Textile Research Journal,* **73**(9), 762-766 2003.
34) Hauser, P.J., M. Hashem, C.B. Smith, "Ionic Crosslinking of Cotton", *Research Journal of Textile and Apparel*, **7**(1), 1-7, May 2003.
35) Draper, S.L., K.R. Beck, C.B. Smith, and P.J. Hauser, "Characterization of the Dyeing Behavior of Cationic Cotton with Acid Dyes", *AATCC Review,* **3**(8), 51-55, August 2003.
36) Schindler, W. and P.J. Hauser, "Chemical Finishing of Textiles: Soft Handle Finish", *International Textile Bulletin,* **49**(4), 72-79, August 2003.
37) Morris, H. and P.J. Hauser, "The Effects of a Cationic Reagent on Typical Finishes", *AATCC Review*, **3**(11), 17-19, November 2003.
38) Hauser, P.J., "ITMA 2003: Chemical Finishing", *Journal of Textile and Apparel, Technology and Management,* **3**(3), Fall 2003.
39) Hauser, P.J., "ITMA 2003: Preparation", *Journal of Textile and Apparel, Technology and Management,* **3**(3), Fall 2003.
40) Hashem, M., P.J. Hauser and C.B. Smith, "Reaction Efficiency for Cellulosic Cationization using 3-Chloro-2-Hydroxypropyl Trimethyl Ammonium Chloride', *Textile Research Journal*, **73**(11), 1017-1023 (2003).
41) Kanik, M., and P.J. Hauser, "Printing of Cationised Cotton with Direct Dyes", *Textile Research Journal*, **74**(1), 43-50 (2004).
42) Lee, M.H., H.S. Park, K.J. Yoon, and P.J. Hauser, "Enhancement of the Durability of Linen-like property of Low Temperature Mercerized Cotton", *Textile Research Journal*, **74**(2), 146-154 (2004).
43) Hauser, P.J., M. Tariq, and J. Rajan, "Dye Fixation Properties of an Antimicrobial Finish", *AATCC Review,* **4**(4), 17-20, April 2004.
44) Mock, G.N., and P.J. Hauser, "ITMA 2003: Technology - Dyeing, Printing & Finishing", *Textile World*, **154**(3), 24,26, 28-34, March 2004.
45) El-Ola, S.M.A. R. Kotek, and P.J. Hauser, "Unusual polymerization of 3-(trimethoxysilyl)-propyldimethyloctadecyl ammonium chloride on PET substrates", *Polymer*, **45**(10), 3125-3225 (2004).

Publications List for Peter J. Hauser, Ph.D.

46) Lim, S.H., N.C. Gürsoy, P.J. Hauser and D. Hinks, "Performance of a Cationic Bleach Activator in a Hot Peroxide Bleaching System", *Coloration Technology*, **120**(3), 114-118 (2004).
47) Hauser, P., Smith, C. and Hashem, M. "Ionic Crosslinking of Cotton". *Autex Research Journal*, **4**(2), 95-100. (2004).
48) Kanik, M., P.J. Hauser, L. Parrillo-Chapman, and A. Donaldson, "Effect of Cationization on Ink Jet Printing Properties of Cotton Fabrics", *AATCC Review,* **4**(6), 22-25 (2004).
49) Gürsoy, N.C., A. El-Shafei, P.J. Hauser, and D. Hinks, "Cationic Bleach Activators for Improving Cotton Bleaching", *AATCC Review*, **4**(8). 37-40 (2004).
50) Wang, D.; Mousavi, P.; Grant, C. S.; Hauser, P.J.; and Oxenham, W.; "A Novel Testing System for Evaluating the Thermal Stability of Polyol Ester Lubricants", *Industrial & Engineering Chemistry Research*, **43**(21), 6638-6646, (2004).
51) Gürsoy, N.C., S. Lim, D. Hinks, and P.J. Hauser, "Evaluation of Hydrogen Peroxide Bleaching with Cationic Bleach Activators in a Cold Pad-Batch Process", *Textile Research Journal*, **74**(11), 970-976 (2004).
52) Lee, J.J., S. Lim, P.J. Hauser, and D. Hinks, "Stability of a Novel Cationic Bleach Activator in Aqueous Solution", *Coloration Technology*, **121**(1). 37-40 (2005).
53) Lim, S.H., J.J. Lee, D. Hinks, and P.J. Hauser, "Bleaching of cotton with activated peroxide systems", *Coloration Technology*, **121**(2), 89-95 (2005).
54) Mousavi, P., D. Wang, C.S. Grant, W. Oxenham, and P.J. Hauser, "Measuring Thermal Degradation of a Polyol Ester Lubricant in Liquid Phase", *Industrial & Engineering Chemistry Research*, **44**(15), 5455-5464 (2005).
55) Hauser, P.J, and R.P. Slopek, "Energy, Water and Pollution Reductions with Fiber Reactive Dyes and Cationized Cotton", *Colourage,* **52**(9), 61-66 (2005).
56) Wang D., P. Mousavi, P.J. Hauser, W. Oxenham and C.S. Grant, "Quartz Crystal Microbalance in elevated Temperature Viscous Liquids: Temperature Effect Compensation and Lubricant Degradation Monitoring", *Colloids and Surfaces A: Physicochemical and Engineering Aspects*, **268**(1-3), 30-39 (2005).
57) Hauser, P.J., "Advances and Trends in Textile Wet Processing Chemicals", *Journal of Textile and Apparel, Technology and Management*, **5**(1), Fall 2005.
58) Bilgen M., P.J. Hauser, and B. Smith, "Ionic Crosslinking of Cellulose", *Indian Journal of Fibre & Textile Research,* **31**(3), 363-368 September 2006.
59) Lavric, P.K., F. Kovac, P.F. Tavcer, P.J. Hauser, and D. Hinks, "Enhanced PAA bleaching of cotton by incorporating a cationic bleach activator", *Coloration Technology*, **123**(4), 230-236 (2007).
60) Saunders, P., P.J. Hauser and D. Hinks, "Efficient Decolorization of Dye Bath Wastewater using a Novel Cationic Bleach Activator/Peroxide System", *AATCC Review*, **7**(10), 34-38, October 2007.
61) Vargantwar, P.H., C.B., Smith, and P.J. Hauser," Preparation of Zwitterionic Cotton Fabrics and Their Wrinkle Resistant Performance", *AATCC Review*, **7**(12), 42-46, December 2007.
62) Hauser, P.J., "ITMA Technology: Dyeing, Printing & Finishing", *Textile World,* **157**(6), 36-43, November/December 2007.
63) Hauser, P.J. and A. Gudac, "Effects of Alkaline Treatments on Physical and Dyeing Properties of Cotton Woven Fabrics", *AATCC Review*, 8(9), 45-48, September 2008.
64) Hashem, M., R. Refaie, K. Goli, B. Smith, and P.J. Hauser, "Enhancement of Wrinkle Free Properties of Carboxymethylated Cotton Fabric via Ionic Crosslinking with Poly(vinylpyrrolidone)", *Journal of Industrial Textiles,* **39**(1), 57-80, July 2009.

Publications List for Peter J. Hauser, Ph.D.

65) Hashem, M.M., N.A. Ibrahim, R. Refaie, A. El-Shafie, P.J. Hauser, "An Eco-Friendly Novel Approach for Attaining Wrinkle-Free/Soft-Hand Cotton Fabric", *Journal of Carbohydrate Polymers*, **78**(4), 690-703 (2009).
66) Ceria, A. and P.J. Hauser, "Atmospheric plasma treatment to improve durability of a water and oil repellent finishing for acrylic fabrics", *Surface and Coatings Technology*, **204**, 1535-1541 (2010).
67) Wang, Q. and P.J. Hauser, "New characterization of layer-by-layer self-assembly deposition of polyelectrolytes on cotton fabric", *Cellulose*, **16**, 1123-131 (2009).
68) Gürsoy, N. C., and P.J. Hauser, "An Investigation of Dyeing Properties of Bleached Knitted Cotton Fabrics using Novel Cationic Bleaching Activators", *Tekstil ve Konfesksiyon (Journal of Textile and Apparel)*, **2**, 155-161 (2010).
69) Lee, J.J., D. Hinks, S. Lim, and P.J. Hauser," Hydrolytic stability of a series of lactam-based cationic bleach activators and their impact on cellulose peroxide bleaching", *Cellulose* ,**17**, 671–678(2010).
70) Hauser, P.J. and Q. Wang, "Developing a novel UV protection process for cotton based on layer-by-layer self-assembly", *Carbohydrate Polymers,* **81**, 491-496 (2010).
71) Mousavi, P., P.J. Hauser, D. Wang, C.S. Grant, and W. Oxenham, "Effect of Additive Compounds on Thermal Stability of Fiber Finishes", *Textile Research Journal*, published online 27 July 2010  DOI: 10.1177/0040517510374918
72) Wang, Z, P. J. Hauser, J. Laine and O.J. Rojas, "Multilayers of low charge density polyelectrolytes on thin films of carboxymethylated and cationic cellulose", *Journal of Adhesion Science and Technology*, **25**, 643-660 (2011).
73) Hauser, P.J. and A. El-Shafei, "Atmospheric Pressure Plasma Treatments for Repellent Textiles", *AATCC Review,* **11**(1), 70-74 (2011).
74) Davis, R. A. El-Shafei, and P.J. Hauser, "Use of Atmospheric Pressure Plasma to Confer Durable Water Repellent Functionality and Antimicrobial Functionality on Cotton/Polyester Blend", *Surface and Coating Technology,* **205** (20), 4791-4797 (2011).
75) Nada, A.A., P.J. Hauser and S.M. Hudson, "The Grafting of per-(2, 3, 6-O-allyl)- ß Cyclodextrin onto Derivatized Cotton Cellulose via Thermal and Atmospheric Plasma Techniques", *Plasma Chemistry and Plasma Processing,* **31**(4), 605-621 (2011).
76) Kale, K., P.J. Hauser, A. El-Shafei and S. Palaskar, "Some Studies on Atmospheric Pressure Glow Discharge of Helium-Oxygen Plasma on Polyester/Cotton Blended Textiles", *Indian Journal of Fibre and Textile Research*, **36**, 137-144, June 2011.
76) Xu, C., D. Hinks, A. El-Shafei, P.J. Hauser, M. Li, M. Ankeny, and K. Lee, "Review of bleach activators for environmentally efficient bleaching of textiles", *Proceedings of Textile Bioengineering and Informatics Symposium*, 623-630 (2011).
78) Xu, C., D. Hinks, A. El-Shafei, P.J. Hauser, M. Li, M. Ankeny, and K. Lee, "Review of bleach activators for environmentally efficient bleaching of textiles", *Journal of Fiber Bioengineering & Informatics* , **4**(3), 209-219 (2011).
79) Hauser, P.J., "ITMA Technology – Dyeing, Printing & Finishing", *Textile World*, November/December, 36-39 (2011).
80) Hauser, P.J., "ITMA Technology –Dyeing, Printing & Finishing", *Textile World Asia,* October-November-December, 37-42 (2011).
81) Hauser, P.J., "Tecnologia de ITMA: Tintura, Estampado y Acabado", *Textiles Panamericanos,* **71**(6), 22-26 (2011).

Publications List for Peter J. Hauser, Ph.D.

82) Hauser, P.J. and J.B. Rodie, "Quality Counts", *Textile World,* March/April, 24-25 (2012).
83) Hauser, P.J. and J. B. Rodie, "La Calidad Cuenta Como Siempre", *Textiles Panamericanos,* **72**(2), 8-11 (2012).
84) Hauser, P.J., "Sustainable Cotton Dyeing", *Advanced Materials Research*, **441**, 1-4 (2012).
85) Malshe, P., A. El-Shafei, and P.J. Hauser, "Functional Military Textile: Plasma-Induced Graft Polymerization of DADMAC for Antimicrobial Treatment on Nylon-Cotton Blend Fabric", *Plasma Chemistry and Plasma Processing*, **32**(4), (2012) DOI: **10.1007/s11090-012-9380-1**
86) Hauser, P.J., "Dyes and Chemicals at ITMA 2011", *Textile World,* May/June, 26-27 (2012).
87) Hauser, P.J., "Colorantes y Productos Químicos en ITMA 2011", *Textiles Panamericanos,* **72**(3), 16-17 (2012).
88) Hauser, P.J. and J.B. Rodie, "Quality Counts", *Textile World Asia,* April/May/June, 18-20 (2012).
89) Widodo, M., A. El-Shafei and P.J. Hauser, "Surface Nanostructuring of Kevlar Fibers by Atmospheric Pressure Plasma-Induced Graft Polymerization for Multifunctional Protective Clothing", *Journal of Polymer Science Part B: Polymer Physics,* **50**(16), 1165-1172 (2012).
90) Mashaly, H.M. and P.J. Hauser, "Cold Pad Batch Cationization and Dyeing of Linen Fabric with Some Reactive Dyes, *Research Journal of Textile and Apparel*, **16**(3), 111-118 (2012).
91) Cheema, H., A. El-Shafei, and P. Hauser. "Conferring Flame Retardancy on Cotton Using Novel Halogen-free Flame Retardant Bifunctional Monomers", *Carbohydrate Polymers,* **92**, 885-893 (2013).
92) Edwards, B., A. El-Shafei, and P.J. Hauser, "Towards flame retardant cotton fabrics by atmospheric pressure plasma-induced graft polymerization: synthesis and application of novel phosphoramidate monomers", *Surface and Coatings Technology*, **209**, 73-79, 2012.
93) Malshe, P., M. Mazloumpour, A. El-Shafei, and P.J. Hauser, "Multi-Functional Military Textile: Plasma-Induced Graft Polymerization of a C6 fluorocarbon for Repellent Treatment on Nylon-Cotton Blend Fabric", *Surface and Coatings Technology*, **217**, 112-118, 2013.
94) Varan, N.Y, N.C. Gursoy, M.W. King, and P.J. Hauser, "Novel Elastomeric Fabrics for Burn Pressure Garments Using Silver Antimicrobial Agents", *Tekstil ve Konfeksiyon*, **23**(1), 38-42, 2013.
95) Ramamoorthy,A., A. El-Shafei and P.J. Hauser, "Plasma Induced Graft Polymerization of C6 Fluorocarbons on Cotton Fabrics for Sustainable Finishing Applications", *Plasma Processes and Polymers*, **10** (5), 430-443, 2013.
96) Mazloumpour, M., P. Malshe, A. El-Shafei and P.J. Hauser, "Conferring Durable Antimicrobial Properties on Nonwoven Polypropylene via Plasma-assisted Graft Polymerization of DADMAC", *Surface and Coatings Technology,* **224**, 1-7, 2013.
97) Farrell, M.J. and P.J. Hauser, "Cationic Cotton, Reservations to Reality", *AATCC Review,* **13**(5), 56-63, 2013.
98) Fu, S., D. Hinks, and P.J. Hauser, "Ultra-Deep Dyeing of Cotton", *Cellulose*, **20**, 3101-3110, 2013, DOI 10.1007/s10570-013-0081-6

Publications List for Peter J. Hauser, Ph.D.

99) Vargantwar, P., and P.J. Hauser, "Novel Treatment for Preparation and Characterization of Carboxymethyl Cellulose", *AATCC Journal of Research,* **1**(1), 1-5, 2014, DOI 10.14504/ajr.1.1.1

100) Yuan, H. and P.J. Hauser, "Synthesis of a Bi-functional Cationic Agent and its Application in Cotton Dyeing", *AATCC Journal of Research*, **1**(2), 8-12, 2014, DOI 10.14504/ajr.1.2.4.

101) Farrell, M.J., M.A. Ankeny, and P.J. Hauser, "Prediction of recipes for cotton cationization and reactive dyeing to shade match conventionally dyed cotton", *Coloration Technology*, **130**(5), 363-367, 2014, DOI: 10.1111/cote.12101.

102) Edwards, B., P.J. Hauser, and A. El-Shafei, "Nonflammable cellulosic substrates by application of novel radiation-curable flame retardant monomers derived from cyclotriphosphazene", *Cellulose,* 2014, DOI 10.1007/s10570-014-0497-7

103) Edwards, B., S. Rudolf, P.J. Hauser, and A. El-Shafei, "Preparation, Polymerization and Performance Evaluation of Halogen-Free Radiation Curable Flame Retardant Monomers for Cotton Substrates", *Industrial & Engineering Chemistry Research,* **54**(2), 557-584, 2015 DOI: 10.1021/ie502915t.

104) Wang, Z., P.J. Hauser, and O.J. Rojas, "Study on Charge Distribution of Carboxymethylated Cotton Fabric by Streaming Potential/Current Measurements", *AATCC Journal of Research*, **2**(2), 13-19, 2015, DOI:10.14504/ajr.2.2.2

105) Hauser, P.J., "Innovations in Textile Machinery: Wet Processing", *Textile World*, January/February (2015).

106) Fu, S., P.J. Hauser, and D. Hinks, "Sustainable Deep Dyed Cotton", 2015 AATCC Sustainability Symposium Conference Proceedings.

107) El-Shafei, A., H. Hany, A. Ramamoorthy, and P.J. Hauser, "Nanolayer Atmospheric Pressure Plasma Graft Polymerization of Durable Repellent Finishes on Cotton", *Journal of Coatings Technology and Research*, **12**(4), 681-691, 2015. DOI: 10.1007/s11998-015-9665-4.

108) Fu, S., M. Farrell, P.J. Hauser, and M. Ankeny, "Influence of liquor ratio and amount of dyestuff in producing ultradeep black dyeing using mercerised and cationised cotton", *Coloration Technology*, **132**(3), 232-237, 2016, DOI: 10.1111/cote.12216

109) Hauser, P.J., "ITMA 2015 Technology: Wet Processing", *Textile World,* March/April 2016.

110) Hauser, P.J., "ITMA 2015 Technology: Wet Processing", *Textile World Asia*, January/February/March 2016.

111) Hauser, P.J., "Nuevos Desarrollos en Procesamiento en Húmedo ", *Textiles Panamericanos,* April 2016.

112) Jin, X., W. Wang, C. Xiao, L. Bian, and P.J. Hauser, "Improvement of coating durability, interfacial adhesion and compressive strength of UHMWPE fiber/epoxy composite through plasma pre-treatment and polypyrolle coating", *Composites Science and Technology,* **128**, 169-175, 2016.

113) Fu, S., M.J. Farrell, P.J. Hauser, D. Hinks, W.J. Jasper, and M.A. Ankeny, "Real-time dyebath monitoring of reactive dyeing on cationized cotton for levelness control: part 1—influence of dye structure, temperature, and addition of soda ash", *Celluose*, 23, 3319-3330, 2016. DOI: 10.1007/s10570-016-1008-9.

114) Dincmen, G., N. Gursoy, and P.J. Hauser, "Atmospheric Pressure Plasma Treatment of Nylon 6,6 and Polyester Fabrics for Enhancing Antistatic Property of Fabrics", *AATCC Journal of Research*, **3** (4), 36-46, 2016.

Publications List for Peter J. Hauser, Ph.D.

115) Rezaei, F., M.D. Dickey, M. Bourham, P.J. Hauser, "Surface modification of PET film via a large area atmospheric pressure plasma: An optical analysis of the plasma and surface characterization of the polymer film", *Surface & Coatings Technology*, November 2016. DOI: 10.1016/j.surfcoat.2016.11.072
116) Ramamoorthy, Amsarani; Helmy, Hany; Rajbhandari, Rajeev; Hauser, Peter; El-Shafei, Ahmed, "Plasma Induced Graft Polymerization of Cationic and Fluorocarbon Monomers into Cotton: Enhanced Dyeability, Repellency and Photostability", *Industrial & Engineering Chemistry Research*, **55**(31), 8501-8508, 2016.
117) Dincmen, G. N. Gursoy, and P.J. Hauser,"Plasma Induced Graft Polymerization of Three Hydrophilic Monomers on Nylon 6,6 Fabrics for Enhancing Antistatic Property", *Plasma Chemistry and Plasma Processing,* 36, 1377-1391, 2016.

Accepted for publication

118) Dincmen, G. N. Gursoy, and P.J. Hauser, "Plasma induced graft polymerization of a fluorocarbon monomer on polyamide 6,6 fabrics", accepted for publication January 2017 by Tekstil ve Konfeksiyon Journal.
119) El-Shafei, A., H. Helmy, and P.J. Hauser, "Influence of Atmospheric Plasma-induced Graft Polymerization of DADMAC into Cotton on Dyeing with Acid Dyes", accepted for publication February 16, 2017 by The Journal of the Textile Institute. DOI: 10.1080/00405000.2017.1298206
120) Rezaei, F., M. Dickey, and P.J. Hauser, "Superhydrophobic/oleophobic Coatings Based on Catalyst Driven Thiol-Epoxy-Acrylate Ternary System", accepted for publication May 2018 by the Journal of Applied Polymer Science. DOI: 10.1002/app.20180022

Authored Books
 "*Chemical Finishing of Textiles*", Schindler W. and P. Hauser, Woodhead Publishing. Cambridge, 2004, ISBN: 978-1-85573-905-5

Edited Books
 *"Advances in Treating Textile Effluent"*, Peter J. Hauser (Ed.), InTech, 2011, ISBN: 978-953-307-704-8
 "*Textile Dyeing*", Peter J. Hauser (Ed.), InTech, 2011, ISBN 978-953-307-565-5

Book chapters
 "Chemical Analysis of Fabric Finishes and Performance Related Tests", in *"Chemical Testing of Textiles"*, Q. Fan (Ed.), Woodhead Publishing, Cambridge, 2005, ISBN: 978-1-855733-917-8
 "Effect of cationization on ink jet printing properties of cotton fabrics", in *"Digital Printing of Textiles"*, H. Ujiie (Ed.), Woodhead Publishing, Cambridge, 2006, ISBN: 978-1-85573-951-2
 "Fabric finishing: pre-treatment/textile wet processing" in "*Textiles and Fashion*", R. Sinclair (Ed.), Woodhead Publishing, Cambridge, 2015, ISBN: 978-1-84569-931-4