# EXHIBIT
# D

James T. Terrell* Christopher G. Burns Angelo M. Patacca, Jr.* Leslie Scott Jean-Bart#
Wayne Hogan* Anita L. Clark•> Christopher Shakib* Fadi M. Chakour✣
T. Edward McClamma# Alan M. Pickert^ Bruce A. Maxwell# Bradley Bodiford
Evan J. Yegelwel*^ Leslie A. Goller Matthew W. Sowell†*◆



**DOCUMENTS SENT TO PETER J. HAUSER, M.D.**
**TABLE OF CONTENTS**

In regards to Gwyneth Gilbert & Prospective Class of Plaintiffs v. Lands' End Inc., W. D. Wis. Consolidated Case No. 3:19-cv-823, we are providing the following documents.

**A. Deposition Transcripts:**

| | **Name:** | **Bates No.:** |
|---|---|---|
| 1. | Deposition of Michael Perotti<br>July 7, 2020 | Hauser00001-<br>Hauser00040 |
| 2. | Deposition of Kallie Sersch<br>July 9, 2020 | Hauser00041-<br>Hauser00078 |

**B. Deposition Exhibit Documents**:

| | | |
|---|---|---|
| 3. | Another complaint form re pants, FA complains of 9 unsuccessful IVF cycles. | Hauser00079 |
| 4. | Another FA complaint, tingling, headaches, weird vision, crocking - what happens when LE escalates a complaint. | Hauser00080 |
| 5. | Bureau Veritas Hong Kong Fabric test request, bulk fabric passport plum, full test, formaldehyde for additional fabric color, and fabric content. | Hauser00081-<br>Hauser00084 |
| 6. | Bureau Veritas Lands' End Test Report ((5217) 195-1017) Allergic screening test report revision | Hauser00085-<br>Hauser00098 |
| 7. | Bureau Veritas Technical Report (9318) 65-0760 Career dress, rejected not color fast | Hauser00099-<br>Hauser00109 |
| 8. | Email chain Pat Melville re how to get approval for black and white and pricing | Hauser00110-<br>Hauser00111 |
| 9. | Email chain re testing of 3 garments, including Monica's, why weren't we provided with the other 2 test results | Hauser00112-<br>Hauser00116 |
| 10. | Email chain Sharon Heley re when to involve Sedgwick | Hauser00117-<br>Hauser00119 |
| 11. | Email chain showing LE refusing to give second reimbursement | Hauser00120-<br>Hauser00121 |
| 12. | Email Chain with LE regarding untreated blouses | Hauser00122 |
| 13. | Email re crocking and severe physical complaints, employee asking for black and white | Hauser00123-<br>Hauser00125 |

| | | |
|---|---|---|
| 14. | Lands' End test report (5217) 28-0851, test rejected not sure why | Hauser00126 |
| 15. | LE Call Center Response | Hauser00127 |
| 16. | LE Test Report by Bureau Veritas, buttons rejected for volatile organic compounds | Hauser00128 |
| 17. | LE Test Request form to Bureau Veritas Hong Kong | Hauser00129-Hauser00131 |
| 18. | Triade Juane Triasperse 6GSL 200%- Dyestuff pigment | Hauser00132-Hauser00137 |
| 19. | Uniform Testing Report by Bureau Veritas NY (Monica's uniform) | Hauser00138-Hauser00149 |
| 20. | Whole Win-Material Safety Data Sheet - TWSoft (moisture absorb and sweat release for industrial use only) | Hauser00150-Hauser00157 |

**C. AFA Labs:**

| | **Document Name:** | **Bates No.:** |
|---|---|---|
| 21. | Enthalpy Analytical report March 12, 2020 | Hauser00158-Hauser00182 |
| 22. | Vista Analytical Laboratory report March 16, 2020 | Hauser00183-Hauser00238 |
| 23. | Vista Analytical Laboratory report May 06, 2020 | Hauser00239-Hauser00265 |
| 24. | Enthalpy Analytical report May 11, 2020 | Hauser00266-Hauser00278 |

**D. Bureau Veritas**

| | **Document Name:** | **Bates No.:** |
|---|---|---|
| 25. | Bureau Veritas Testing (LENY) **Document on disc provided** | Hauser00279-Hauser01701 |
| 26. | Bureau Veritas Testing (LEWI) **Document on disc provided** | Hauser01702-Hauser03014 |

**E. Powerpoint**

| | **Document Name:** | **Bates No.:** |
|---|---|---|
| 27. | Collage of photos depicting crocking and dye property damage and injury | Hauser03015-Hauser03041 |

**F. Injury Data from Delta**

| | **Document Name:** | **Bates No.:** |
|---|---|---|
| 28. | Delta_00000001 **Document on disc provided** | Hauser03042-Hauser04042 |

| | | |
|---|---|---|
| 29. | Delta_00001001 **Document on disc provided** | Hauser04043-<br>Hauser05090 |
| 30. | Delta_WI_00002140 **Document on disc provided** | Hauser05091-<br>Hauser06384 |

**G. Uniform Testing:**

**Reports from ALS Group USA, Corp. dba ALS Environmental.**

| | **Document Name:** | **Bates No.:** |
|---|---|---|
| 31. | Report No. J1904629<br>August 16, 2019 | Hauser06385-<br>Hauser06424 |
| 32. | Report No. J1905053<br>September 16, 2019 | Hauser06425-<br>Hauser06469 |
| 33. | Report No. J1905056<br>September 13, 2019 | Hauser06470-<br>Hauser06483 |
| 34. | Report No. J1906234<br>November 4, 2019 | Hauser06484-<br>Hauser06506 |
| 35. | Report No. J1906237<br>November 4, 2019 | Hauser06507-<br>Hauser06530 |

**Laboratory Reports from Enthalpy Analytical.**

| | **Document Name:** | **Bates No.:** |
|---|---|---|
| 36. | Report No. 311031<br>July 3, 2019 | Hauser06531-<br>Hauser06549 |
| 37. | Report No. 312700<br>August 18, 2019 | Hauser06550-<br>Hauser06559 |

**Laboratory Reports from TexTest Lab.**

| | **Document Name:** | **Bates No.:** |
|---|---|---|
| 38. | Report No. 8608<br>June 26, 2019 | Hauser06560-<br>Hauser06561 |
| 39. | Report No. 8999<br>August 28, 2019 | Hauser06562 |
| 40. | Report No. 9000<br>August 28, 2019 | Hauser06563 |
| 41. | Report No. 9001<br>August 28, 2019 | Hauser06564 |
| 42. | Report No. 9002<br>August 28, 2019 | Hauser06565 |
| 43. | Report No. 9003<br>August 28, 2019 | Hauser06566 |
| 44. | Report No. 9004<br>August 28, 2019 | Hauser06567 |

| | | |
|---|---|---|
| 45. | Report No. 9005<br>August 28, 2019 | Hauser06568 |
| 46. | Report No. 9006<br>August 28, 2019 | Hauser06569 |
| 47. | Report No. 9007<br>August 28, 2019 | Hauser06570 |
| 48. | Report No. 9008<br>August 28, 2019 | Hauser06571 |
| 49. | Report No. 9009<br>August 28, 2019 | Hauser06572 |

**H. Miscellaneous Uniform Testing**

| | **Document Name:** | **Bates No.:** |
|---|---|---|
| 50. | Delta Uniform Finishes Testing Report | Hauser06573-<br>Hauser06574 |
| 51. | Delta Uniform Testing Comparison Report | Hauser06575-<br>Hauser06577 |
| 52. | Intertox Report | Hauser06578- Hauser<br>Hauser06693 |
| 53. | MSC Testing | Hauser06694-<br>Hauser06695 |
| 54. | NIOSH Report | Hauser06696-<br>Hauser06708 |
| 55. | OEKO Tex-Standard | Hauser06709-<br>Hauser06756 |
| 56. | OSHA Annotated PELs_Occupational Safety and Health Administration- OSHA Levels | Hauser06757-<br>Hauser06790 |
| 57. | Delta Below Wing Uniform Program (Dye Information) **Document on disc provided** | LENY00004705<br>Spreadsheet - |
| 58. | Delta Finishes Allergy Screening (Full Test List and Extractable Heavy Metal Comparison Chart) **Document on disc provided** | LENY00006118<br>Spreadsheet |
| 59. | Delta Finishes Allergy Screening (Full Test List and Extractable Heavy Metal Comparison Chart) **Document on disc provided** | LEWI00000010<br>Spreadsheet |

**I. Vartest Labratories**

| | **Document Name:** | **Bates No.:** |
|---|---|---|
| 60. | ISO/ICC 17025Certified Third Party Test Report<br>October 1, 2020 | Hauser06791-<br>Hauser06814 |
| 61. | ISO/ICC 17025Certified Third Party Test Report<br>October 6, 2020 | Hauser06815-<br>Hauser06840 |
| 62. | ISO/ICC 17025Certified Third Party Test Report<br>February 5, 2021 | Hauser06841-<br>Hauser06886 |

| | | |
|---|---|---|
| 63. | ISO/ICC 17025Certified Third Party Test Report February 9, 2021 | Hauser06887-Hauser06911 |
| 64. | ISO/ICC 17025Certified Third Party Test Report January 15, 2021 | Hauser06912-Hauser06932 |