# EXHIBIT E

Peter J. Hauser 2020 Consulting Fee Schedule

| | |
|---|---|
| Consulting Hours | $300/hr |
| Travel Hours | $150/hr |
| Deposition and Testimony Hours | $450/hr |
| Initial Retainer (covers first 4 consulting hours) | $1,200 |

Peter J. Hauser, Ph.D.
1100 Glencastle Way
Raleigh, North Carolina  27606
919-274-9663
peterjhauser@gmail.com