# Exhibit C

| FIRST NAME | LAST NAME | | SEX (M/F) | Personal Injury? (Y/) |
|---|---|---|---|---|
| LESLIE | FAULK | | F | y |
| HILARY | ARANA | | F | y |
| CYNTHIA | DURUSHIA | | F | y |
| RHEA | MANALO | | F | y |
| LEAH | WEIMER | | F | y |
| AMANDA | CALVERT | | F | y |
| LINDSAY | PHELPS | | F | y |
| GENARINA | DUNCAN | | F | y |
| NEVINE | GROULX | | F | y |
| CINDY | KHA | | F | y |
| WENDY | KOOPMEINERS | | F | y |
| TROY | MARSHALL | | M | y |
| JONATHAN | LAZENBY | | M | y |
| ANDREAS | SILVAS | | F | y |
| JESSICA | MIZRAHI | | F | y |
| DAISY | MORGAN | | F | y |
| MARIA | CARLISLE | | F | |
| GREGORY | GUINN | | M | y |
| TINA | PETERSON | | F | |
| FRANCES | BLITZ | | F | y |
| GERA | CORONA | | F | |
| KATRINA | GILLIAM | | F | y |
| REBECCA | ROSTKOWSKI | | F | y |
| MARGARET | MCDONALD | | F | y |
| RACHELLE | ARCH | | F | y |
| JOSEPH | ABAMONTE | | M | y |
| DAWN | DRAKE | | F | y |
| BRENDA | KERN | | F | y |
| NANCY | PETRONE | | F | y |
| LINDA | TOMSON | | F | y |
| HEATHER | PLOEGMAN | | F | y |
| RIKA | ANDERSON | | F | y |
| FRANCES | HALE | | F | y |
| CARROLL | WALKER | | F | y |
| VANESSA | WILBERT | | F | y |
| LEAH | WOTIPKA | | F | y |
| JOAN | MILTON | | F | y |
| RENEE | LABBE | | F | y |
| DIANA | TRUE | | F | y |
| ELIZABETH | BROWN | | F | y |
| DEBRA | STEWART | | F | y |
| ERIN | BURREY | | F | y |
| MELANIE | WIGDAHL | | F | y |
| LORRAINE | BOLLA | | F | y |
| ANDREA | COLEMAN | | F | y |
| SHANNON | GRAY | | F | y |

| | | | | |
|---|---|---|---|---|
| RENEE | BERGLUND | | F | y |
| PAULA | JACKSON | | F | y |
| DEBORAH | MARSH | | F | y |
| SABRINA | BIGGERS | | F | y |
| KAYLA | BUONO | | F | y |
| JANE | GERMANN | | F | y |
| KRISTINE | HAMMER | | F | |
| TIFFANY | HAYES | | F | |
| TORI | HOBSON | | F | y |
| MEGHAN | SHAEFER | | F | y |
| TROYE | WASHINGTON | | F | y |
| ADREEAN | WILLIAMS | | F | y |
| CINDY | WOOD | | F | y |
| MORGAN | BLISS | | F | y |
| KATHLEEN | TSCHISHOW | | F | y |
| JODI | PERGOLA | | F | y |
| ANETTE | REIJNDERS | | F | y |
| MICHELLE | WARNER | | F | y |
| CARLITA | BLOOMFIELD | | F | y |
| AYTEN | NADEAU | | F | y |
| JENNIFER | KIM | | F | y |
| DIANA | MONTGOMERY | | F | |
| PAMELA | NEALY | | F | y |
| KRISTEN | SHAKER | | F | y |
| JOAN | LABOW | | F | y |
| KATHLYN | BEZ | | F | y |
| DIAMOND | CORNELISON | | F | y |
| TERESA | KOVARS | | F | y |
| ALLISON | MILLER | | F | y |
| MICAELA | ORSI | | F | y |
| FRANCISCA | PEREZ | | F | y |
| ELIZABETH | SEYMOUR | | F | y |
| JILL | STRIETER | | F | |
| KELLI | HARRIS | | F | y |
| KELLY | MADER | | F | y |
| VICTORIA | MCGARRITY | | F | y |
| DANIEL | SULLIVAN | | M | y |
| TIFFANY | COBB | | F | y |
| JESSICA | WAGNER | | F | y |
| KAREN | GENOVA | | F | y |
| MARGUERITE | LARSEN | | F | y |
| LISA | MILLER | | F | y |
| SUSAN | NEWLAND | | F | y |
| TERESA | PICCIRILLI | | F | y |
| JOYCE | BRYANT | | F | y |
| MICHELLE | MCCARRON | | F | y |
| PATRICK | MORSE | | M | y |

| | | | | |
|---|---|---|---|---|
| ANNILA | RAJPATTY | | F | y |
| DEBORAH | ROEBER | | F | y |
| ANDREA | TRZASKA | | F | y |
| LISA | WALKER | | F | y |
| CYNTHIA | BERZEL | | F | y |
| JOANNE | PERGOLA | | F | y |
| ROBIN | WHALEY | | F | y |
| URSULA | ISIDORE | | F | y |
| NABILA | NAIBKHEL | | F | y |
| PAMELA | HAYNES | | F | y |
| ALLISON | TACKETT | | F | y |
| EMMA | COLE | | F | y |
| BECKY | SALLANDER | | F | y |
| ANGELA | CROWELL | | F | y |
| KATHRYN | FLYNN | | F | y |
| DENISE | GARCIA | | F | y |
| BENITA | JOHNSON | | F | y |
| MILISSA | LACHAUSEE | | F | y |
| CHRISTY | LUNDE | | F | y |
| STACY | MCNEILL | | F | |
| BRITTNEY | NEAL | | F | y |
| CHELSEA | PERRY | | F | y |
| ANGELA | SMITH | | F | y |
| JULIET | THURAB | | F | y |
| KATHRYN | UDE | | F | y |
| ALEXANDRA | DELA | | F | y |
| MARY JO | GONDEK | | F | y |
| MARGARET | REMUS | | F | y |
| TATYANA | LANCASTER | | F | y |
| DANIELLE | SANDERS | | F | y |
| JACQUELINE | BUCCI | | F | y |
| JENNIFER | PIERCE | | F | y |
| CORI | BEHRANDS | | F | y |
| BELISSA | FUENTES | | F | y |
| JULIA | RAYMOND | | F | y |
| KATE | CREAGH | | F | y |
| LAURA | DREWE | | F | y |
| JULIE | ABATE | | F | y |
| KIMBERLY | BARRERA | | F | y |
| MONA | BHARDWAJ | | F | y |
| VERONICA | DEMAGGIO | | F | y |
| BRENT | EGLAND | | M | y |
| JENNIFER | GREEN | | F | y |
| MELODY | GUERRERO | | F | y |
| CANDACE | KABELA | | F | y |
| RACHEL | MALOCH ABUKHDEIR | | F | y |
| STEPHANIE | RHYNES | | F | y |

| | | | |
|---|---|---|---|
| TAMMY | RUSTAD | F | y |
| LISA | WILLETTE | F | y |
| FAYE | BUTTER | F | y |
| ERIN | CLEVELAND | F | y |
| PAMELA | SHELDON | F | y |
| TIA | BELBODA | F | y |
| AUTUMN | COLEMAN | F | y |
| CHRISTA | CAMPBELL | F | y |
| VICTOR | VALDEZ | F | y |
| KENNETH | JACKSON | M | y |
| TIRANA | VAKNIN | F | y |
| KERRI | VREY | F | y |
| ELIZABETH | CASSIDY | F | y |
| KATHY | CAMPBELL | F | y |
| CATHERINE | MCDONALD | F | y |
| DIANNE | KEMMER | F | y |
| MALIN | VEJFORS | F | y |
| JOHNNY | EDWARDS | M | y |
| REIAUH | GREGORY | F | y |
| DIANA | DEL BARRIO | F | y |
| KAREN | SPEASE | F | y |
| JACQUELINE | KANE | F | y |
| CYNTHIA | SEDUSTINE | F | y |
| LAURETTE | CARNS | F | y |
| KELLI | HEIST | F | y |
| BRIDGETTE | JONES | F | y |
| WENDE | WALKER | F | y |
| MICHAEL | BESNER | M | y |
| ROBIN | BODENHEIMER | F | y |
| KATHRINE | COMERFORD | F | y |
| NAGISA | SAUDARGAS | F | y |
| KASAUNDRA | JESSIE | F | y |
| TISHA | TAYLOR | F | y |
| KATHY | WILLIAMS | F | y |
| TERRI | KIDD | F | y |
| KERRY | KRUSE | F | y |
| DAISY | ROSAS | F | y |
| JENNIFER | WILLERT | F | y |
| STEPHANIE | GUNA | F | y |
| LINDSEY | HOWARD | F | y |
| DAA | LOVE | F | y |
| TARJA | ANDERSON | F | y |
| EVA | LELVIS | F | |
| DEBORAH | CHRISTENSEN | F | y |
| ANTONIETTA | CALDARELLA | F | y |
| MICHELLE | GENTRY | F | y |
| RACHEL | SHANKLIN | F | y |

| | | | | |
|---|---|---|---|---|
| SHARON | BISHOP | | F | y |
| JAMIE | ANGULO | | F | y |
| KAITLYNN | LAMOUR | | F | y |
| JAMERE | MAXWELL | | F | y |
| CHASE | TODD | | M | y |
| KATHLEEN | GRAY | | F | y |
| KATIE | SCHILLING | | F | y |
| CHRISTINE | BRABECK | | F | y |
| ASHLEY | ROBERTS | | F | y |
| GINA | NELSON | | F | y |
| NADIM | MARTINY | | M | y |
| CAROL | ADAMS-CONNOR | | F | y |
| MATTHEW | DINGLE | | M | y |
| LISA | FORTUNA | | F | y |
| MELISSA | FURMAN | | F | y |
| CHERI | HODGES | | F | y |
| DEBORAH | MURPHY | | F | |
| TERRY | SMITH | | F | y |
| AMBER | SMITH | | F | |
| STACEY | ATKINS | | F | y |
| ROBIN | MADSON | | F | y |
| KERI | ROJAS | | F | y |
| ANGELA | BARTHELEMY | | F | y |
| GERALDINE | LINDSETH | | F | y |
| NICOLE | FAZIO | | F | y |
| CHERYL | NELSON | | F | y |
| SHARON | MOORE | | F | y |
| CHERIE | BRENNER | | F | y |
| MADOLYN | BRAND | | F | y |
| CORLIS | ARMMER | | F | y |
| LINDA | HALL | | F | y |
| TAMIKA | JONES | | F | y |
| CAROLINE | VANGRIEKEN | | F | y |
| HARRIET | DURANTHON | | F | y |
| KEVIN | HUNTER | | M | y |
| CARISSA | LIZOTTE | | F | y |
| KYOUNGMI | AN | | F | y |
| LORI | ANDERLE | | F | y |
| JENNY | BALDOZ | | F | y |
| DANA | BANKS | | F | y |
| JENNIFER | BRUCE | | F | y |
| CHA HUI | CAIN | | F | y |
| JOSE | COLON | | M | y |
| DIANA | CONWAY | | F | y |
| JULIETA | DUVALL | | F | y |
| ROSEMARY | ELLEN | | F | y |
| SUGAR | GARCIA | | F | y |

| | | | | |
|---|---|---|---|---|
| YASMIN | HAQUE | | F | y |
| LEWIS | HAYDEN | | M | y |
| KACI | KOTTEMANN | | F | y |
| KATE | KOVARY | | F | y |
| ADAM | LUNT | | M | y |
| DONENE | MANNION | | F | y |
| NICOLE | MISURELLI | | F | y |
| KATHLEEN | NELSON | | F | y |
| SIOBHAN | O'DONNELL | | F | y |
| KAY | THOMAS | | F | y |
| ROSALYN | VEGA | | F | y |
| ALLYSON | VICTORY | | F | y |
| VICTORIA | ANDREWS | | F | y |
| KRISTEN | MADDICK | | F | y |
| AMANDA | RHINE | | F | y |
| DONNA | CONSTANT | | F | y |
| SONJA | DAVIS | | F | y |
| CINDY | HELD-SZLASA | | F | y |
| JULIANNE | UMALI | | F | y |
| JULIA | ZIEMAN | | F | y |
| BROMLEY | MOORE | | F | y |
| EMILY | SNELLGROVE | | F | y |
| JULIE | HUISMANN | | F | y |
| KAREN | HALLAGAN | | F | y |
| MARINA | AMIEVA | | F | y |
| CHRISTINA | HART | | F | y |
| SHARON | MCINTOSH | | F | y |
| KATIE | DAVIS | | F | y |
| JILL | FOUTS | | F | y |
| EILEEN | BRENNAN | | F | y |
| ALEXIS | DOWDELL | | F | y |
| ADINE | MABLE | | F | y |
| SUSAN | PENCE | | F | y |
| SHERRY | PETERS | | F | y |
| HEATHER | KRUGER | | F | y |
| MICHELLE | MORRISON | | F | y |
| NICOLE | BETSON | | F | y |
| NELLY | HEIST | | F | y |
| CHRISTINA | BARAUSKAS | | F | y |
| ANGELAMARIA | SCHERILLO | | F | y |
| LONG | LIM | | M | y |
| JACQUELYN | COLLINS | | F | y |
| TANIA | HAGAN | | F | y |
| SUSANNA | LEE | | F | y |
| KRISTIN | ROHLF | | F | y |
| CINTIA | PACE | | F | y |
| WENDY | COMELLAS | | F | y |

| | | | | |
|---|---|---|---|---|
| MADONNA | DUNN | | F | y |
| NANCY | WOODWARD | | F | y |
| KIMBERLY | ABBEY | | F | y |
| CINDY | BERG | | F | y |
| MARYELLEN | CANER | | F | y |
| BREONTE | CLARK | | M | y |
| TEODORA | DIMITROVA | | F | y |
| NINA | DIXON | | F | y |
| DEBORAH | GADDY | | F | y |
| KATHARINE | HODGE | | F | y |
| FLAVIA | MERECCI | | F | |
| MARY ANN | SANDS | | F | y |
| TINA | TUCKER | | F | y |
| MARINA | VORIS | | F | y |
| DREDRICK | COX | | M | y |
| PASCALE | BURGUENO | | F | y |
| LISA | HOGAN | | F | |
| RONDA | COCHERELL | | F | y |
| BRENDA | SALEM | | F | y |
| LYNN | SYPNIEWSKI | | F | |
| TZU | HU | | F | y |
| MICHELE | DOSS | | F | |
| KELLY | HARRIS | | F | y |
| JANINE | MARCHILDON | | F | y |
| TANA | LAMBERT | | F | y |
| PATRICIA | ANTHONY | | F | |
| JAVIER | STONE | | M | y |
| AMANDA | GREENE | | F | y |
| LAURA | HENNING | | F | |
| TIFFANY | CHALLIS | | F | y |
| MARGARET | DRISCHLER | | F | y |
| MONICA | BREWER | | F | y |
| KATHLEEN | COOPER | | F | y |
| KAREN | DISANTIS | | F | y |
| KATHLEEN | DOUGLAS | | F | y |
| CARLOS | ESPINOLA | | M | y |
| SARAH | GERARD | | F | y |
| JAYNE | GRANT | | F | y |
| KASONDRA | KARR | | F | y |
| HEIDI | KESSLER | | F | y |
| MARY | MEADER | | F | y |
| HEATH | MELVIN | | M | y |
| THEONI | REIVA | | F | y |
| LEICHA | RICHARDSON | | F | y |
| SUSAN | TATE | | F | y |
| JANICE | WAITT | | F | y |
| DANIELLE | MARTIN | | F | |

| | | | | |
|---|---|---|---|---|
| JUNKO | ETHERTON | | F | y |
| NIKKI | STONE | | F | y |
| COLLEEN | SYLVES | | F | y |
| KYLE | CRAWFORD | | F | y |
| ANGELA | HYMAN | | F | y |
| JENNIFER | WILLIAMS | | F | y |
| MICHELLE | DISANGRO | | F | y |
| KARI | HOUSHOLDER | | F | y |
| YVETTE | NUGENT | | F | y |
| YUMIKO | NAKAGAMI | | F | y |
| JEANNE | GRZEGORCZYK | | F | y |
| CORINNE | KUBAL | | F | y |
| LINDA | WRIGHT | | F | y |
| BETH | LEPOR | | F | y |
| JANE | WINTERS | | F | |
| DEBRA | FRANKLIN | | F | y |
| LINDA | GOLESKI | | F | y |
| AMBER | JORDAN | | F | y |
| AMY | LUSTY | | F | y |
| TANGEE | MCBRIDE | | F | y |
| MARIO | PORTERFIELD | | M | y |
| RANDI | WILLETT | | F | y |
| CHRISTINA | ZRIZRI | | F | y |
| PAULA | KELLOGG | | F | y |
| ALETHEA | SHEPPARD | | F | y |
| LYNETTE | SOYER | | F | y |
| DEVERE | DROSS | | F | y |
| REGINA | SQUIRES | | F | y |
| JOHN | BECKSTRAND | | M | y |
| TIA | DAWKINS | | F | y |
| LAURIE | DEPIES | | F | y |
| TRICIA | MATHE | | F | y |
| GINA | PICKETT | | F | y |
| BRENDA | SANDERSON | | F | y |
| CAROLYN | SPILLER | | F | y |
| CARRA | D'NAN | | F | y |
| JON | THOMPSON | | M | y |
| VENETIA | MORRIS | | F | y |
| KONSTANZE | PELARGUS | | F | y |
| MAIA | ARROYO | | F | y |
| DILEK | TAS | | F | y |
| KATHY | YOUNG | | F | y |
| WESAM | MUGHRABI | | M | y |
| KIM | KREBS | | F | y |
| PEGGY | PEABODY | | F | y |
| BRONWYN | HENLEY | | F | y |
| GENA | LESUEUR | | F | y |

| | | | | |
|---|---|---|---|---|
| KIMBERLY | LOCKSLEY | | F | y |
| JAMIE | GRANT | | F | y |
| ARZA | TANNOUS | | F | y |
| TIFFANY | SHELTON | | F | y |
| ANDREA | KIENLEN | | F | y |
| ELLEN | KRAMER | | F | y |
| TERESA | HANSEN | | F | y |
| LAURIE | PARKE | | F | y |
| COLLEEN | BAZZARRE | | F | y |
| IRINA | HERRMANN | | F | |
| DEANNE | NICHOLSON | | F | y |
| ALINA | ADAMS | | F | y |
| KOREY | ADAMS | | M | y |
| KATHY | ADAMS | | F | y |
| JODY | AHRENDT | | F | y |
| MARIA | AILOR | | F | y |
| ERICA | ALFARO | | F | y |
| CYNTHIA | ALLEN | | F | y |
| ALEXANDRIA | ALLEN | | F | y |
| SHARON | ALLISON | | F | y |
| EEVA | ALMINAR | | F | y |
| MARCELLA | ANDERSON | | F | |
| NETIA | ANDERSON | | F | y |
| CHRISTIANE | ANDRESS | | F | y |
| ANNMARIE | ANTONELLI | | F | |
| NAKISHA | ARTIS | | F | y |
| SUSAN | ASLESON | | F | |
| DEBRA | BARNES | | F | y |
| REBECCA | BEIERSDORF | | F | y |
| JAMES | BLEVINS | | M | y |
| AMANDA | BOLDUC | | F | y |
| LAURA | BORDEN | | F | |
| SHARI | BROWN | | F | y |
| JULIET | BRYANT | | F | |
| KARIN | BURGER | | F | y |
| PIA | BUSCHER | | F | y |
| EMILY | BUSKEN | | F | y |
| AMANDA | BUTRUS | | F | y |
| CONSTANCE | BZOSKIE | | F | y |
| MEGAN | CAHILL | | F | y |
| MÄRU | CAICOYA | | F | y |
| PRISCILLA | CALVAO | | F | y |
| AKIKO | CALVERT | | F | y |
| JEANNE | CARLSON | | F | y |
| JANET | CARPENTIERI | | F | y |
| KIMBERLY | CARSON | | F | y |
| SHERRY | CAUDILL | | F | y |

| | | | | |
|---|---|---|---|---|
| KATHERINE | CEDOLA | | F | y |
| LORI | CHAVEZ | | F | y |
| BARBARA | CHELLEMI | | F | y |
| BECKY | CHERRY | | F | y |
| LINDA | CHUNG | | F | y |
| JANIS | CLARY | | F | y |
| CARLIN | CLOWER | | F | y |
| GIGI | COCHRANE | | F | y |
| KAREN | COFFMAN | | F | |
| ANGEL | COOPER | | F | y |
| NANCY | CORCHADO | | F | |
| DENISE | CORSELLO | | F | y |
| KATHLEEN | COTNOIR | | F | y |
| SUSAN | COUVILLION | | F | y |
| KRYSTLE | COWART | | F | y |
| MARSHA | COWLING | | F | y |
| LINDA | CREECH | | F | y |
| NANCY | CUMBA | | F | y |
| RAVEN | CURINGTON | | F | y |
| CORINNE | DALLMAN | | F | y |
| LORIE | DANA | | F | y |
| LINDA | DAVIS | | F | y |
| HENRY | DE VEGA | | M | y |
| ANNE | DEALY | | F | |
| KAROLYN | DENSON | | F | y |
| MICHELLE | DEROCCO | | F | y |
| LORRIE | DETOMASO | | F | y |
| JOANN | DEVENY | | F | y |
| NANCY | DIAMOND | | F | y |
| LINDA | DINGES | | F | |
| SAMANTHA | DOHERTY | | F | y |
| LOUISE | DUHAMEL | | F | y |
| MOLLY | DUNN | | F | y |
| NELA | GLEMMING | | F | y |
| NANCY | GOODRICH | | F | y |
| SPENCER | HAYES | | M | y |
| ANGELA | ALBANY | | F | y |
| AUSTIN | ALFORD | | M | y |
| JANA | ALLAN | | F | y |
| AUDERY | ALLEN | | F | y |
| ALMUDENA PRESAS | ALONSO | | F | y |
| BARBARA | ALVES | | F | y |
| MARY | ANDERSON | | F | y |
| TRACEY | ANDERSON | | F | |
| JAMI | ANDERSON | | F | y |
| SUSAN | ARETZ | | F | y |
| FRANCES | ASHCROFT | | F | y |

| | | | | |
|---|---|---|---|---|
| BONNIE | AUDSLEY | | F | y |
| LYN | AUGUSTIN | | M | y |
| NINA | AVLIES | | F | y |
| JANE | BAER | | F | |
| LAWRENCE | BAIRD | | M | |
| AMELIA | BARDIS | | F | y |
| DEBRA | BARETTA | | F | y |
| DENISE | BARNES | | F | y |
| LYNDA | BARNETT | | F | |
| LINDA | BELL | | F | y |
| KELLY | BELL | | F | y |
| MAURA | BENATTI | | F | y |
| VIRGINIA | BERTOLINO | | F | y |
| POLLY | BIASUCCI | | F | y |
| SACHA | BIGLER | | F | y |
| JANET | BLACK | | F | y |
| JULIA | BLAKE | | F | y |
| MATTHEW | BLAKLEY | | M | y |
| KATHLEEN | BODENE | | F | y |
| CHRISTY | BODZNICK | | F | y |
| MARY | BOEREMA | | F | |
| RITA | BOLDEN | | F | y |
| CINDRA | BORRMAN | | F | y |
| MARILYN | BOWDEN | | F | y |
| JULIE | BOWMAN | | F | y |
| ERIKA | BOWMAN | | F | y |
| JACLYN | BRADLEY | | F | y |
| JACOB | BRAUCHT | | M | y |
| TAMI | BRAUN | | F | y |
| KATHLEEN | BREEDLOVE | | F | y |
| ALISON | BRION | | F | y |
| ALLISON | BROWN | | F | y |
| DENISE | BRYSON | | F | |
| KATHERINE | BULLARD | | F | |
| JENNY | BUNDY | | F | y |
| ANNA | BURKE | | F | y |
| DARIS | CASON | | F | y |
| ALYSS | CAVAGNARO | | F | y |
| EVA | CHAUVIN | | F | y |
| PAULINE | CHENG | | F | y |
| PAULINE | CHEUNG | | F | y |
| JOSEPH | CHIACCIO | | M | y |
| CAROLINE | CIEZ | | F | y |
| MAUREEN | CONNELLY | | F | y |
| ROBERTS | CONNOLLY | | F | y |
| MICHAEL | CORTIS | | M | y |
| MICHAEL | CORTIS | | M | y |

| | | | | |
|---|---|---|---|---|
| CARMEN | CUCHIARA | | F | y |
| TRAVIS | CULBERSON | | M | y |
| SANDRA | DAVIDSON | | F | y |
| TOYNAL | DAVIS | | F | y |
| DEBORAH | DAVIS | | F | y |
| ELAINE | DAVIS | | F | y |
| JO-LYNN | DAVIS | | F | y |
| JOAN | DAWALD | | F | y |
| BILLIE | DAYS | | F | y |
| TAMARA | DEANGELIS | | F | y |
| CYNTHIA | DEHART | | F | y |
| JENNIFER | DELAPENHA | | F | |
| KAY | DENNIS | | F | y |
| KAREN | DERKSEN | | F | y |
| KEVIN | DIAZ | | M | y |
| KAYLA | DIBELLA | | F | y |
| NAGELAH | DIEU | | F | y |
| SUZANNE | DIFRAIA | | F | y |
| JOANNA | DIRIENZO | | F | y |
| MARGARET | DOLEZAL | | F | y |
| PAMELA | DONOVAN | | F | y |
| NANCY | DORMAN | | F | y |
| SUSAN | DUFF | | F | y |
| LEAH | DUKES | | F | y |
| DAWN | DURHAM | | F | y |
| JANN | DYSSEGARD | | F | y |
| MORGAN | ECKHART | | F | y |
| MARGARET | EDWARDS | | F | y |
| JAN | EGGE | | F | |
| SHARON | ELBOIM | | F | y |
| GINA | ELLIS | | F | |
| PATRICIA | EMERY | | F | y |
| EDMUND | ENG | | M | y |
| CHERYLE | ERICK | | F | y |
| LISA | ERICKSON | | F | |
| JESSICA | ESPINOSA | | F | y |
| BRENDA | EVANS | | F | y |
| DEBBY | EVERS | | F | |
| DEVON | FAGAN | | M | y |
| TAYLOR | FAGAN | | F | |
| KIM | FAIRES | | F | |
| DEBORAH | FARRELL | | F | y |
| LAWRENCE | FARRER | | M | y |
| EVA | FARRIS | | F | y |
| CHERYL | FELDT | | F | y |
| BERBELIZ | FERNANDEZ | | F | y |
| MELISSA | FIELDER | | F | y |

| | | | |
|---|---|---|---|
| JAMIE | FINE | F | |
| SOFIA | FISCHER | F | y |
| KIMBERLY | FITCH | F | y |
| ALICIA | FITZGERALD | F | y |
| KATHY | FLETCHER | F | y |
| ANNA | FLORENTINO | F | |
| ASHLEIGH | FOOTE | F | y |
| CHARLES | FORTHOFER | M | y |
| SKYLER | FRAENKEL | M | y |
| JUDITH | FRANZEN | F | y |
| MARY | FREUNDSCHUH | F | y |
| STEPHEN | FRIEDLE | M | y |
| MELODY | FRITZ | F | |
| JP | FROST | F | |
| MYRA | FUJII | F | |
| TWYLA | FULTZ | F | y |
| JADA | GAITHER | F | y |
| NORMA | GARCIA | F | y |
| PRIMA | GARCIA | F | y |
| RACHEL | GAROUTTE | F | |
| JUDY | GARRETT | F | y |
| BAILEY | GARRISON | F | y |
| CHERYL | GEHRKING | F | y |
| AMY | GEST | F | y |
| KEYLE | GLINSEY | M | y |
| BLAIR | GLOVER | F | y |
| JOHN | GOLD | M | y |
| NANCY | GOLTRY | F | y |
| AMBER | GONZALES | F | y |
| MARSHA | GORMAN | F | y |
| TRENA | GRADY | F | |
| ERIN | GRAHAM | F | y |
| MISHA | GREER | F | y |
| KELCI | GRIFFIN | F | y |
| CARMEN | GRIFFITH | F | y |
| CHANDRA | GRONVOLD | F | y |
| DEBRA | HADLER | F | y |
| CHRISTA | HAEFFNER | F | |
| PRISCELLA | HAGLER | F | y |
| MOLLY | HAIR | F | y |
| DOROTHY | HALE | F | y |
| MARY | HALL | F | |
| NICHOLAS | HALL | M | y |
| CLAUDETTE | HANDKE | F | y |
| VICTORIA | HANNIGAN | F | y |
| DARLA | HANSEN | F | y |
| REGINA | HANSEN | F | |

| | | | | |
|---|---|---|---|---|
| BARBARA | HANSEN | | F | y |
| MEGUMI | HARANO | | F | |
| SAMANTHA | HARDING | | F | y |
| DEBRA | HARGIS | | F | y |
| STANLEY | HARRIS | | M | y |
| DONNA | HARRISON | | F | y |
| KARI | HAUSER | | F | y |
| CATHIE | HAYWARD | | F | |
| ROBERT | HEINS | | M | y |
| JEAN | HELEN | | F | y |
| KARLEEN | HEMRICK | | F | y |
| SHAWN | HENCHAL | | F | y |
| CASEY | HENDERSON | | M | y |
| JILL | HENDRICKS | | F | |
| TANISHA | HENRY | | F | y |
| SUSAN | HENSLEY | | F | y |
| KIMARA | HERBERT | | F | y |
| MAGDA | HERMANSEN | | F | y |
| WILLIAM | HERRERA | | M | y |
| LAURA | HERSHBERGER | | F | y |
| TERESA | HIGASHI | | F | |
| HEATHER | HIGHTOWER | | F | y |
| CHRISTINE | HOADLEY | | F | y |
| KIMBERLY | HOFFER | | F | y |
| JUDY | HOLLINGSWORTH | | F | y |
| ELLEN | HOLLOWELL | | F | y |
| HEATHER | HOTVEDT | | F | y |
| JEANNIE | HOWELL | | F | y |
| JOHN | HUEBSCHER | | M | y |
| CYNTHIA | HUFF | | F | y |
| EBONY | HUMPHRIES | | F | y |
| STEPHANIE | HUNT | | F | y |
| GARY | HUTCHINSON | | M | y |
| KENDRA | HUTSON | | F | y |
| JUM HEE | HWANG | | F | y |
| ADELE | IAQUINTA | | F | y |
| GIOVANNA | INGRAM | | F | |
| LAURA | JACKSON | | F | y |
| JEANNE | JACKSON | | F | y |
| KAITLYN | JAGIELO | | F | y |
| WESLEY | JAMES | | M | y |
| KAREN | JAY | | F | |
| MIA | JESPERSEN | | F | y |
| KARI | JOHNKE | | F | y |
| SHANNON | JOHNSEN | | F | |
| BETH | JOHNSON | | F | y |
| PATRICIA | JOHNSTON | | F | y |

| | | | | |
|---|---|---|---|---|
| DE JUR | JONES | | F | y |
| TONISE | JONES | | F | y |
| SHARON | JONES | | F | y |
| SHERRY | JORDAN | | F | y |
| CHRISTOPHER | JOYCE | | M | y |
| DEBRA | JUNG | | F | y |
| SNJEZANA | JURAIC | | F | y |
| KENNETH | KAMINSKI | | M | y |
| AMANDA | KARRICK | | F | y |
| CYNTHIA | KASMIRSKI | | F | y |
| JEAN | KATOPODIS | | F | y |
| RUTA | KAUPIKO | | F | y |
| BRIGITTE | KAZDIN | | F | y |
| MARIE | KEARSE | | F | y |
| ERIKA | KEATON | | F | y |
| SONORA | KELLY | | F | y |
| JUDIE | KIRKLAND | | F | y |
| GEORGE | KIRSENLOHR | | M | y |
| LEAH | KITTS | | F | |
| KATHRYN | KLINKE-SHERRILL | | F | y |
| ROCHELLE | KNIGHT | | F | |
| ANNA | KOSOVAN | | F | y |
| STEPHEN | KOSTORA | | M | y |
| KIRSTEN | KOWALCZYK | | F | y |
| SUPRENA | KRETCHMAN | | F | |
| JILL | KRUPPA | | F | y |
| TSIPORA | KUBA | | F | y |
| TINA | KUDRON | | F | y |
| DEBORAH | KUHN | | F | y |
| MELINDA | KUNDE | | F | y |
| THERESA | KUTSCHALL | | F | y |
| JOAN | LABOW | | F | |
| LAURA | LACKTEN | | F | y |
| VERNON | LACORTE | | M | y |
| LISA | LAMKINS | | F | |
| CONSTANTINA | LANDIS | | F | y |
| LISA | LARSON | | F | y |
| MARIA | LAYGO | | F | y |
| ADENA | LEAL | | F | y |
| KAREN | LEHMAN | | F | |
| LISA | LEISTER | | F | |
| SHEILA | LEMMENS | | F | y |
| ELIZABETH | LEONARDO | | F | y |
| PAMELA | LESLIE | | F | y |
| ANN | LIBERATORE | | F | y |
| CARLA | LIN | | F | y |
| STEPHANIE | LITTLE | | F | y |

| | | | | |
|---|---|---|---|---|
| TONI | LOCKHART | | F | y |
| MARTHA | LONG | | F | |
| TONYA | LOVELACE | | F | y |
| KRISTA | LUCHETTA | | F | y |
| DIANE | LUNDSTROM | | F | y |
| JEANNE | LUNOW | | F | y |
| PATTY | LYSON | | F | |
| CYNTHIA | MACCHI | | F | y |
| GWENDOLYN | MADISON | | F | y |
| JOSE | MALDONADO | | M | y |
| ANITA | MALLOY | | F | y |
| CYNTHIA | MANIO | | F | |
| KAREN | MANUEL | | F | y |
| SUSAN | MARTIN | | F | y |
| SARAH | MARTIN | | F | y |
| GISLAINE | MARTIN | | F | |
| ALEXANDRA | MARTUS | | F | y |
| ROBERT | MARTY | | M | y |
| DEBORAH | MARTY | | F | y |
| EMAN | MARZOUQ | | F | y |
| ELIZABETH | MARZULLO | | F | y |
| HASAN | MASON | | M | y |
| ELENA | MASSIMO | | F | y |
| MICHAEL | MATHEWS | | M | y |
| TYLER | MATHEWS | | M | y |
| SARAH | MATHIEU | | F | y |
| DEMITRIOS | MAVROGIORGOS | | M | y |
| LINDA | MAY | | F | y |
| LORNA | MCCALLA | | F | y |
| DAWN | MCDONNELL | | F | y |
| SHAYLYN | MCENTIRE | | F | y |
| KAITLYN | MCINTOSH | | F | |
| ANNE | MCINTYRE | | F | y |
| CHERYL | MCKAY | | F | y |
| ELIZABETH | MCKENZIE | | F | y |
| VICTORIA | MCLAUGHLIN | | F | |
| JEANNE | MCMAHON | | F | y |
| DEBORAH | MCNULTY | | F | y |
| TRACY | MCPHERSON | | F | y |
| GEORGE | MCTIGUE | | M | y |
| CARMEN | MEADE | | F | |
| KIMBERLY | MEADOWS | | F | y |
| MAE | MENDA | | F | y |
| BROOKE | MESZAROS | | F | y |
| MARGARET | MILLER | | F | y |
| MICHELLE | MILLER | | F | y |
| LYNN | MILLER | | F | y |

| | | | | |
|---|---|---|---|---|
| ROBIN | MILLER | | F | y |
| KIMBERLY | MILLER | | F | y |
| LIZA | MILLER | | F | y |
| MICHELE | MODELLAS | | F | y |
| RICHARD | MOGAN | | M | y |
| LEYDA | MOLINA | | F | y |
| GARY | MONROE | | M | y |
| JILLIAN | MOORE | | F | y |
| NINA | MOORE | | F | y |
| AILEEN | MOSS | | F | y |
| MELINDA | MOTOR | | F | y |
| ANN | MUELLER | | F | y |
| ADILAH | MUHAMMAD | | F | y |
| REBECCA | MULLIGAN | | F | y |
| ROSEMARY | MUNZENMAYER | | F | y |
| JANET | MURPHREE | | F | y |
| WANDA | MURRAY | | F | y |
| CAITLIN | MURRAY | | F | y |
| KIMLOAN | NARDO | | F | y |
| KATHRYN | NASMAN | | F | y |
| ANDREA | NECHVATAL | | F | |
| JENEE | NEEB | | F | y |
| DAVID | NELSON | | M | |
| JANET | NELSON | | F | y |
| EVA | NELSON | | F | y |
| STACI | NEUMAN | | F | |
| SHERYLANN | NITTI | | F | y |
| CHARLENE | NOAH | | F | y |
| MIIKKA | NOEL | | F | y |
| BETH | NORDYKE | | F | y |
| MICHELE | NOREEN | | F | y |
| BRENDA | O'NEALE | | F | y |
| HANNAH | ODAFE | | F | y |
| ANN | OGNOVIC | | F | |
| MOHAMMED | OKEDEYI | | M | y |
| VERONICA | OLPINSKI | | F | y |
| BONNIE | OLSON | | F | y |
| SARA | OLSON | | F | |
| KRISTINA | OLSON | | F | y |
| KODY | ONDRIEZEK | | M | y |
| EVELYN | ORGERON | | F | y |
| HANNAH | ORME | | F | |
| SUSANNE | ORTALE | | F | |
| SONYA | OURLIN | | F | y |
| PENNY | OWENS | | F | |
| MARY | PADUA | | F | |
| ANTHONY | PANZA | | M | y |

| | | | | |
|---|---|---|---|---|
| MARGARET | PARADEAU | | F | y |
| ATHENA | PARADIS | | F | |
| EMMA | PARKER | | F | |
| KAYLA | PARNELL | | F | y |
| CHRISTINE | PARSONS | | F | y |
| JACQUELINE | PARSONS | | F | y |
| STANLEY | PARTYKA | | M | y |
| SHERI | PASCUA | | F | y |
| ANGELA | PATTERSON | | F | y |
| NATANIA | PAYNE | | F | |
| KIMBERLY | PEDRETTI | | F | y |
| SARA | PELOWSKI | | F | y |
| KRISTIN | PENA | | F | y |
| VIRGINIA | PEREZ | | F | y |
| KARINA | PEREZ | | F | |
| STACE | PERKINS | | F | y |
| KENDRA | PERPICH | | F | |
| BRIAN | PERRY | | M | y |
| LAURIE | PETERSON | | F | y |
| JILL | PETERSON | | F | y |
| JENNY | PHILLIPS | | F | y |
| CHASE | PHILLIPS | | M | y |
| YANICK | PICAULT | | F | y |
| TRACY | PIEROSE | | F | y |
| REBECCA | PILOLLA | | F | y |
| BEATRICE | PINON | | F | |
| DINA | PINOS | | F | y |
| TINA | PIPKIN | | F | y |
| MARIA | PIROTTE | | F | |
| CYNDA | POLL | | F | y |
| GINO | PORTESI | | M | y |
| ANDREA | POWER | | F | y |
| SHANA | PROVOST | | F | y |
| ANTOINETTE | QRISTOFF | | F | y |
| JACQUELINE | QUAIN | | F | y |
| JACQUELINE | QUIBLEY | | F | y |
| MELISSA | RAICHART | | F | y |
| LAQUAIL | RAMOS | | F | y |
| KAITLYN | REDCAY | | F | y |
| DEBORAH | REED | | F | y |
| MARY | REED | | F | |
| MARY | REICHENBACH | | F | y |
| CONSTANCE | REID | | F | |
| LOIS | REINKE | | F | y |
| DONNA | REZUTKO | | F | y |
| JULIE | RICE | | F | y |
| CHRISTINA | RICE | | F | y |

| | | | | |
|---|---|---|---|---|
| FRANCES | RICH | | F | y |
| KIMBERLY | RICHA | | F | y |
| JACQUELYNN | RIPLEY | | F | y |
| MARY | ROBERTS | | F | |
| KASLA | ROBERTS | | F | y |
| LYNETTE | ROBINSON | | F | y |
| MICHELE | ROGERS | | F | y |
| MARGARITA | ROHLIK | | F | |
| SHAMIL | ROJAS | | F | y |
| PETER | ROONEY | | M | y |
| DANA | ROSS | | F | y |
| DORA | RUIZ | | F | y |
| JEANNE | SALITURE | | F | y |
| HARMINDER | SAMRA | | F | y |
| JENNIE | SANDUSKY | | F | y |
| MONICA | SANTAMARIA | | F | y |
| MIRIAM | SARGENT | | F | |
| RICHARD | SARNO JR | | M | y |
| LISA | SATTERFIELD | | F | y |
| BEATRICE | SAUNDERS | | F | y |
| MARGARET | SCHELITZCHE | | F | |
| PHILLIP | SCHIEFER | | M | y |
| SHANNA | SCHULTZ | | F | |
| SONYA | SCHUSCHEL | | F | y |
| JANE | SCHWARZ | | F | y |
| BRANDIS | SCOGGINS | | F | y |
| JENNNIFER | SEDA | | F | |
| AIMEE | SEEHAUSEN | | F | y |
| LISA | SEIBERT | | F | y |
| LISA | SHACKELFORD | | F | |
| SHANNON | SHANNON | | M | |
| MICHELE | SHERACK | | F | y |
| KATHRYN | SHERRILL | | F | y |
| DELLANE | SHIPPEE | | F | y |
| BRENDA | SHORKEY | | F | y |
| KATIE | SIEG | | F | y |
| OSWALDO | SILVA | | M | y |
| MARIANN | SINGER | | F | y |
| MELYNDA | SINSLEY | | F | y |
| KENYA | SKYTTE | | F | y |
| PEGGY | SLATER | | F | y |
| LISA | SMILEY | | F | |
| GAIL | SMITH | | F | y |
| CHRISTINE | SMITH | | F | |
| JASTONE | SMITH | | F | y |
| SALINAH | SMITH | | F | y |
| KRISTAL | SNOWMAN | | F | y |

| | | | | |
|---|---|---|---|---|
| INRJAE | SON | | F | y |
| KIM | SORENSEN | | F | |
| FRANCHESCA | SOTO | | F | y |
| LAURA | SPARLING | | F | |
| DEBRA | SPAULDING | | F | y |
| GWENDOLYN | SPENCE | | F | |
| JORDANA | SPERL | | F | y |
| CINDEE | SPERRY | | F | y |
| ANGIE | SPRADLING | | F | y |
| STACI | SPURLOCK | | F | y |
| JANICE | ST PETER | | F | y |
| RACHAEL | STALNAKER | | F | y |
| EILEEN | STEIGERWALD | | F | |
| D'ERICKA | STEVENSON | | F | |
| SUZANNE | STEWART | | M | y |
| HEATHER | STEWART | | F | y |
| AMANDA | STEWART | | F | y |
| COLETTE | STICKLEY | | F | y |
| CHRISTOPHER | STO DOMINGO | | M | y |
| KAREN | STOKES | | F | y |
| PETER | STRECANSKY | | M | y |
| AYFER | STREET | | F | y |
| LISA | SUEMNICHT | | F | y |
| THEANN | SULLIVAN | | F | y |
| PATRICIA | SUTHERLAND | | F | y |
| SANDRA | SVIGGUM | | F | |
| REBECCA | SYDESKI | | F | y |
| NANCY | TALARICO | | F | y |
| RANDA | TALLEY | | F | y |
| REBECCA | TANGEN | | F | y |
| PHYLLIS | TAYLOR | | F | y |
| TRACEY | TAYLOR | | F | y |
| LEONDRA | TAYLOR | | F | y |
| ELIZABETH | TERRY | | F | y |
| LAURIE | TESCH | | F | |
| TRANG | THANH | | F | y |
| BROOKE | THIBODEAUX | | F | y |
| DEBORAH | THICKELSON | | F | y |
| VONDA | THOMAS | | F | y |
| SUSAN | THOMPSON | | F | y |
| HOLLY | THOMPSON | | F | y |
| AMANDA | THOMPSON | | F | y |
| JASON | THOMPSON | | M | y |
| DEMARIO | THORNTON | | M | y |
| TROY | THORUP | | M | y |
| RHONDA | TILTON | | F | y |
| THOMAS | TIPTON | | M | y |

| | | | |
|---|---|---|---|
| NANCY | TO | F | |
| KIMBERLY | TOBIN | F | y |
| KRISTIN | TOMPKINS | F | y |
| JEAN | TORRANCE | F | y |
| HENRIQUE | TORRES | M | y |
| KATRINA | TRAVIS | F | y |
| WENDI | TREMBLAY | F | |
| LINDA | TUCKER | F | y |
| PATRICIA | TURCO | F | y |
| DEANNA | TURNER | F | y |
| PATRICIA | TUSCANO | F | y |
| TERI | UNSWORTH | F | |
| ROBERT | VAIL | M | y |
| WENDY | VANDERTUUK | F | |
| JOHN | VANRISSEGHEM | M | |
| GRAEME | WAGNER | F | y |
| MELINDA | WALLACE | F | y |
| LAURI | WALTERS | F | y |
| VERNELL | WASHINGTON | F | y |
| CHRISTOPHER | WAZ | M | |
| CATHERINE | WEIDA | F | y |
| RICHARD | WERWIE | M | y |
| EMILY | WESLEY | F | y |
| DIANE | WHITE | F | |
| KRYSTLE | WHITEHEAD | F | y |
| KAREN | WIECZOREK | F | y |
| APRIL | WILHITE | F | y |
| KRISTA | WILLIAMS | F | y |
| ANNA | WILLIAMSON | F | |
| CYNTHIA | WILSON | F | y |
| DENA | WILSON | F | y |
| TAMMY | WINCHESTER | F | |
| JOHANNA | WINKLER | F | y |
| BARBARA | WINSLOW | F | y |
| TERRI | WINSLOW | F | y |
| ROBERT | WOLFE | M | y |
| CHINGY | WONG | F | y |
| LISA | WOODCOCK | F | |
| AMY | YON | F | |
| BONNIE | YOUNKER | F | |
| ANNA | ZALUZHNY | F | y |
| REBECCA | ZETNICK | F | y |
| PATRICIA | ZOPFI | F | |

| Need for Medical Monitoring? (Y/) | Property Dam |
|---|---|
| y | |
| y | |
| y | y |
| y | |
| y | |
| y | |
| y | y |
| y | |
| y | |
| y | |
| | y |
| y | y |
| y | |
| | y |
| y | |
| y | |
| y | y |
| y | y |
| y | |
| y | |
| y | y |
| y | y |
| y | y |
| y | |
| y | |
| y | |
| y | y |
| y | |

| | |
|---|---|
| y | |
| y | y |
| y | y |
| y | |
| | y |
| y | |
| y | y |
| y | |
| y | |
| y | y |
| y | |
| | y |
| y | |
| y | |
| y | |
| y | |
| | y |
| y | y |
| | y |
| | y |
| y | |
| y | y |
| y | y |
| y | |
| y | |
| y | y |
| y | y |
| y | |
| y | y |
| y | y |
| y | y |

y
y                                    y
y
y
y
y
y                                    y
y                                    y
                                     y

y                                    y
y                                    y

y
                                     y


y
                                     y
y
y
y                                    y
y                                    y

y
y
y
y                                    y
y                                    y


y                                    y
y

y

y                                    y



y                                    y
y                                    y


y                                    y









Case: 3:19-cv-00823-jdp     Document #: 215-5     Filed: 12/23/21     Page 30 of 1240













































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































ast, zyrtec, ketoconazole, doxycycline, glimedpiride, telmisertar, rosuvastatin




































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































































