U. Gwyn Williams
Direct Dial: +1.617.880.4512
gwyn.williams@lw.com

200 Clarendon Street
Boston, Massachusetts 02116
Tel: +1.617.948.6000  Fax: +1.617.948.6001
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM & WATKINS LLP

January 9, 2023

**VIA ECF FILING**

The Honorable James D. Peterson
United States District Court
Western District of Wisconsin
120 North Henry Street
Room 320
Madison, WI 53703

**Re:** *Gilbert v. Lands' End*, Civil Action No. 3:19-cv-00823-jdp;
*Andrews, et al. v. Lands' End*, Civil Action No. 3:19-cv-01066-jdp

Dear Judge Peterson,

    I write on behalf of Defendant, Lands' End, Inc., in response to the Court's December 1, 2022 Order.[1] The Court requested that the Parties submit a list of all Plaintiffs in these matters who were not previously dismissed and who did not assert a property damage claim in a sworn statement or discovery response in connection with this matter. For these Plaintiffs there are no remaining claims, and the Court has stated that it will enter an Order dismissing all claims of these Plaintiffs.

    A complete list of the Plaintiffs who did not assert a property damage claim in a sworn statement or discovery response in connection with this matter is attached as Exhibit A. A list of the Plaintiffs who asserted a property damage claim in a sworn statement or discovery response in connection with this matter and who must submit a settlement demand by March 1, 2023 is attached as Exhibit B. Per the Court's December 1, 2022 Order, the Plaintiffs listed in Exhibit B are the only individuals with claims remaining in this matter.[2]

---

[1] *See* Dkt. No. 229.

[2] Lands' End has conferred with Plaintiffs' counsel regarding the list of named Plaintiffs without and the list of named Plaintiffs with property damage claims remaining in this matter and confirmed the lists are accurate

LATHAM&WATKINS LLP

Respectfully submitted,

*s/ U. Gwyn Williams*
U. Gwyn Williams
of LATHAM & WATKINS LLP

*Counsel for Defendant Lands' End, Inc.*

cc: Counsel of Record