**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| GWYNETH GILBERT and MICHAEL MARTE, on behalf of themselves and the Putative Class,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LANDS' END, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 3:19-cv-00823-jdp |
| STEPHANIE ANDREWS, et al. on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LANDS' END, INC. and LANDS' END OUTFITTERS, INC.<br><br>　　　　　　Defendants. | Civil Action No. 3:19-cv-01066-jdp |

**<u>JOINT NOTICE OF SETTLEMENT IN PRINCIPLE</u>**

COME NOW the Parties by and through the undersigned counsel and file this Joint Notice of Settlement in Principle advising the Court that the Parties have reached an agreement in principle to resolve the remaining claims in this action. The Parties agree that there are no remaining claims to litigate; the Parties will execute formal settlement agreements and file related dismissal papers.

Dated: July 19, 2023                              Respectfully submitted,

                                                 *s/ Bruce A. Maxwell*
                                                 **Bruce A. Maxwell**
                                                 Admitted to the U.S. Supreme Court:
                                                 03/29/1993
                                                 **Bradley Bodiford**
                                                 *(Admitted Pro Hac Vice)*
                                                 Terrell Hogan Yegelwel, P.A.
                                                 233 East Bay Street, 8th Floor
                                                 Jacksonville, Florida 32202
                                                 (904) 632-2424
                                                 Maxwell@terrellhogan.com
                                                 Bodiford@terrellhogan.com

                                                 *Attorneys for Plaintiffs*


                                                 *s/ Gwyn Williams*
                                                 Gwyn Williams (*pro hac vice*)
                                                 Avery E. Borreliz (*pro hac vice*)
                                                 LATHAM & WATKINS LLP
                                                 200 Clarendon Street
                                                 Boston, Massachusetts 02116
                                                 Telephone: 617.948.6000
                                                 Facsimile: 617.948.6001
                                                 gwyn.williams@lw.com
                                                 avery.borreliz@lw.com

                                                 *Attorneys for Defendant*
                                                 *Lands' End, Inc.*