IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GWYNETH GILBERT, et al.,

    Plaintiffs,

  v.

LANDS' END, INC.,

    Defendant.

Case No. 19-cv-823-jdp

STEPHANIE ANDREWS, et al.,

    Plaintiffs,

  v.

LANDS' END, INC. and
LANDS' END OUTFITTERS, INC.,

    Defendants.

Case No. 19-cv-1066-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Lands' End, Inc. and Lands' End Outfitters, Inc. against plaintiffs Gwyneth Gilbert, Stephanie Andrews, et al. dismissing plaintiffs' personal injury claims.

    s/ Deputy Clerk                        10/12/2023
Joel Turner, Clerk of Court              Date